# EXHIBIT 2



**CRUM & FORSTER®**
A FAIRFAX COMPANY

305 Madison Ave
Morristown, NJ 07962
973-490-6600

**June 4, 2020**

**I CERTIFY THAT THE ENCLOSED IS A TRUE AND COMPLETE COPY OF INSURANCE POLICY NUMBER 506-878025-4 ISSUED BY:**

**United States Fire  Insurance Company**

SIGNED: *Diane Carroll*

NAME: *DIANE CARROLL*

TITLE: *CLAIMS MANAGER*

DATE: *6/4/2020*

CERTIFIED TO BEFORE ME THIS DAY OF _6/4_ , 20 _20_

_____
**NOTARY PUBLIC**

Dillon S Hoover
Notary Public
New Jersey
My Commission Expires 8-15-2024
No. 50110798

Crum & Forster Enterprise is part of Fairfax Financial Holdings Limited.

C&F and Crum & Forster are registered trademarks of United States Fire Insurance Company.

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

 © ISO Properties, Inc., 2004

IL U 023 04 05

# OKLAHOMA UNINSURED MOTORISTS COVERAGE SELECTION/REJECTION

| Applicant/Named Insured:<br>KILHOFFER PROPANE, INC. | Policy Effective Date:<br>10-05-2014 |
|---|---|
| Company:<br>UNITED STATES FIRE INSURANCE COMPANY | |
| Producer:<br>MARKETERS GENERAL INS AGCY INC | |

Oklahoma law permits you to make certain decisions regarding Uninsured Motorists Coverage. This document briefly describes this coverage and the options available.

You should read this document carefully and contact us or your agent if you have any questions regarding Uninsured Motorists Coverage and your options with respect to this coverage.

This document includes general descriptions of coverage. However, no coverage is provided by this document. You should read your policy and review your Declaration page(s) and/or Schedule(s) for complete information on the coverages you are provided.

### A. Oklahoma Uninsured Motorists Coverage Law — Required Notice

Oklahoma law gives you the right to buy Uninsured Motorists Coverage in the same amount as your bodily injury liability coverage. THE LAW REQUIRES US TO ADVISE YOU OF THIS VALUABLE RIGHT FOR THE PROTECTION OF YOU, MEMBERS OF YOUR FAMILY (IF YOU ARE DESIGNATED IN THE DECLARATIONS AS AN INDIVIDUAL), AND OTHER PEOPLE WHO MAY BE HURT WHILE RIDING IN YOUR INSURED VEHICLE. YOU SHOULD SERIOUSLY CONSIDER BUYING THIS COVERAGE IN THE SAME AMOUNT AS YOUR LIABILITY INSURANCE COVERAGE LIMIT.

Uninsured Motorists Coverage, unless otherwise provided in your policy, pays for bodily injury damages to you, members of your family who live with you (if you are designated in the Declarations as an individual) and other people riding in your car who are injured by: (1) an uninsured motorist, (2) a hit-and-run motorist or (3) an insured motorist who does not have enough liability insurance to pay for bodily injury damages to any insured person. Uninsured Motorists Coverage, unless otherwise provided in your policy, protects you and family members who live with you while riding in any vehicle or while a pedestrian. THE COST OF THIS COVERAGE IS SMALL COMPARED WITH THE BENEFITS!

### B. Mandatory Offer Uninsured Motorists Coverage

Please indicate your choices by initialing next to the appropriate item below.

### 1. Selection Of Uninsured Motorists Coverage

| (Initials) | |
|---|---|
| _____ | I select Uninsured Motorists Coverage at limits equal to the limits of my Bodily Injury Liability Coverage (split limits) or Combined Single Limit for Liability Coverage. |

### 2. Rejection Of Bodily Injury Uninsured Motorists Coverage

| (Initials) | |
|---|---|
| _____ | I reject Uninsured Motorists Coverage. |

 © ISO Properties, Inc., 2005

**3.  Lower Limit(s) For Uninsured Motorists Coverage**

| (Initials) | | | | |
|---|---|---|---|---|
| _____ | I reject Uninsured Motorists Coverage at limits equal to my Bodily Injury Liability Coverage (split limits) or Combined Single Limit for Liability Coverage and I select the following lower limits. | | | |

(Choose one):

| (Initials) | Split Limits | OR | (Initials) | Combined Single Limits |
|---|---|---|---|---|
| _____ $ | 25,000/50,000 | | _____ $ | 50,000 |
| _____ | 50,000/100,000 | | _____ | 75,000 |
| _____ | 100,000/200,000 | | _____ | 100,000 |
| _____ | 100,000/300,000 | | _____ | 200,000 |
| _____ | 250,000/500,000 | | _____ | 250,000 |
| _____ | 500,000/500,000 | | _____ | 300,000 |
| _____ | 500,000/1,000,000 | | _____ | 350,000 |
| _____ | 1,000,000/1,000,000 | | _____ | 500,000 |
| _____ | _____ | | _____ | 1,000,000 |
| | (Other) | | | |
| | | | _____ | _____ |
| | | | | (Other) |

_____          _____

**Signature of Named Insured/Applicant**                              **Date**

         © ISO Properties, Inc., 2005         IL U 023 04 05

POLICY NUMBER: 5068780254

IL 09 95 01 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDITIONAL EXCLUSION OF TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN PROTECTION COVERAGE FORM
FARM COVERAGE PART
STANDARD PROPERTY POLICY

## SCHEDULE

The **Exception Covering Certain Fire Losses** (Paragraph **D.**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Applicability Of The Provisions Of This Endorsement**

1. The provisions of this endorsement become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.

   a. The federal Terrorism Risk Insurance Program ('Program'), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Form, Coverage Part or Policy; or

© ISO Properties, Inc., 2005

b. **A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:**

   (1) **Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or**

   (2) **Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or**

   (3) **Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.**

2. **If the provisions of this endorsement become applicable, such provisions:**

   a. **Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to loss or damage from an incident(s) of terrorism (however defined) that occurs on or after the date when the provisions of this endorsement become applicable; and**

   b. **Remain applicable unless we notify you of changes in these provisions, in response to federal law.**

3. **If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.**

B. The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:

   a. Use or threat of force or violence; or

   b. Commission or threat of a dangerous act; or

   c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

2. When one or both of the following applies:

   a. The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

   b. It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

C. The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

 © ISO Properties, Inc., 2005 **IL 09 95 01 07** ☐

5. The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold is exceeded.

With respect to this Item **C.5.,** the immediately preceding paragraph describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Coverage Part or Policy.

**D. Exception Covering Certain Fire Losses**

The following exception to the Exclusion Of Terrorism applies only if indicated and as indicated in the Schedule of this endorsement.

If "terrorism" results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements that apply to those coverage forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

**E. Application Of Other Exclusions**

1. When the Exclusion Of Terrorism applies in accordance with the terms of **C.1.** or **C.2.,** such exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Form, Coverage Part or Policy.

2. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage which would otherwise be excluded under this Coverage Form, Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

POLICY NUMBER: 5068780254

IL 09 99 01 07

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE OF PREMIUM AND ESTIMATED PREMIUM FOR CERTIFIED ACTS OF TERRORISM COVERAGE (PURSUANT TO TERRORISM RISK INSURANCE ACT)

**SCHEDULE**

---

**SCHEDULE – PART I**

**Terrorism Premium (Certified Acts)**

**(A) Premium through end of year (12/31/2014   )** $ 85.00

**(B) Estimated Premium beyond the date specified above**           $ 67.74
(Refer to Paragraph **C.** in this endorsement.)

**This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(s):**
5068780254

**Additional information, if any, concerning the terrorism premium:**

---

**SCHEDULE – PART II**

**Federal share of terrorism losses**           85   **% Year:** 2014
(Refer to Paragraph **B.** in this endorsement.)

**Federal share of terrorism losses**           TBD   **% Year:** 2015
(Refer to Paragraph **B.** in this endorsement.)

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

---

            © ISO Properties, Inc., 2005              ☐

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under that Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. For losses occurring in 2006, the federal share equals 90% of that portion of the amount of such insured losses that exceeds the applicable insurer retention. For losses occurring in 2007, the federal share equals 85% of that portion of the amount of such insured losses that exceeds the applicable insurer retention. If the federal program is extended beyond 2007, the applicable percentage is shown in Part **II** of the Schedule of this endorsement or in the policy Declarations.

**C. Possibility Of Additional Or Return Premium**

The premium for certified acts of terrorism coverage is calculated based in part on the federal participation in payment of terrorism losses as set forth in the Terrorism Risk Insurance Act. The federal program established by the Act is scheduled to terminate at the end of the year specified in Part **I** of the Schedule of this endorsement, unless extended by the federal government. If the federal program terminates or if the level or terms of federal participation change, the estimated premium shown in **(B)** in Part **I** of the Schedule may not be appropriate.

If this policy contains a Conditional Exclusion, continuation of coverage for certified acts of terrorism, or termination of such coverage, will be determined upon disposition of the federal program, subject to the terms and conditions of the Conditional Exclusion. If this policy does not contain a Conditional Exclusion, coverage for certified acts of terrorism will continue. In either case, when disposition of the federal program is determined, we will recalculate the premium shown in **(B)** in Part **I** of the Schedule and will charge additional premium or refund excess premium, if indicated.

If we notify you of an additional premium charge, the additional premium will be due as specified in such notice.

© ISO Properties, Inc., 2005

**IL 09 99 01 07**   ☐

**Policy Number**
**5068780254**
RENEWAL OF:
5068747674

# COMPAC III
## COMMON POLICY DECLARATIONS

### UNITED STATES FIRE INSURANCE COMPANY

| **Item 1.** Named Insured and Mailing Address | Agent Name and Address | |
|---|---|---|
| KILHOFFER PROPANE, INC.<br>FARM TO MARKET ROAD<br>CANUTE OK 73626 | MARKETERS GENERAL INS AGCY INC<br>6901 N. ROBINSON, SUITE A<br>OKLAHOMA CITY OK 73116 | RETURN TO<br>COMPANY<br>IF CANCELLED |

| **Item 2.** Policy Period | From: 10-05-2014 | To: 10-05-2015 |
|---|---|---|
| | **at 12:01 A.M., Standard Time at your mailing address shown above.** | |

**Item 3.** Business Description: LPG DEALER

Form of Business: CORPORATION

**Item 4.** In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

This policy consists of the following coverage parts for which a premium is indicated. Where no premium is shown, there is no coverage. This premium may be subject to adjustment.

| Coverage Part(s) | | Premium |
|---|---|---|
| Commercial Property Coverage Part | $ | 7,851.00 |
| Commercial General Liability Coverage Part | $ | 10,727.00 |
| Commercial Crime Coverage Part | $ | NOT COVERED |
| Commercial Inland Marine Coverage Part | $ | 216.00 |
| Commercial Auto (Business or Truckers) Coverage Part | $ | 14,414.00 |
| Commercial Garage Coverage Part | $ | NOT COVERED |
| | $ | |
| | $ | |
| | $ | |
| **Total Policy Premium** | $ | 33,208.00 |

☐ Direct Bill   ☒ See Premium Payment Schedule     Client No. 3148602

Audit Period: Annual (unless otherwise stated):
☐ Monthly   ☐ Quarterly   ☐ Semi-Annual   ☐ Other (Describe)

**Item 5.** Forms and Endorsements

Form(s) and Endorsement(s) made a part of this policy at time of issue:

**See Schedule of Forms and Endorsements**

Countersigned:

Date:_____   By:_____

                                         Authorized Representative

THIS COMMON POLICY DECLARATION AND THE SUPPLEMENTAL DECLARATION(S), TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART(S), COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, COMPLETE THE ABOVE NUMBERED POLICY.

FM 600.0.959 04 94



**FAIRMONT SPECIALTY CLAIM REPORTING PROCEDURES**

Superior claims service is more than carrying out a contractual responsibility, it combines the highest level of professionalism and fairness.

When a claim is reported, the parties involved are promptly contacted to investigate and assess the loss, explain and provide guidance about the claims process.  Our claim professionals are available to assist you 24-hours a day, 365 days a year.  Below are a few suggestions that will help ensure claims receive the prompt attention our policyholders deserve.

- **IMMEDIATE REPORTING OF ALL ACCIDENTS OR UNUSUAL OCCURRENCES.  Any accident should be immediately reported to your agent.**  Each of your employees should be instructed to promptly report to you any accident that occurs.  It is extremely important that our Company be notified as quickly as possible of everything that occurs.  **Particularly important are those accidents, or occurrences, in which you do not feel that you are at fault or do not feel that you are involved.**  Attorneys and claimants are becoming more vigorous in pressing claims, whether or not the facts warrant it.  When we are notified immediately, we can make a prompt and thorough investigation and be in a better position to prove that you are not liable.  If we are not notified until several months later, when an attorney finally enters into the picture, it is frequently impossible to obtain the necessary evidence to prove that you were not responsible.

- **EACH EMPLOYEE SHOULD BE INSTRUCTED TO NOTIFY THE POLICE OR OTHER PROPER AUTHORITIES AS SOON AS POSSIBLE AFTER AN ACCIDENT OR LOSS.**

- **THE EMPLOYEE SHOULD OBTAIN THE NAMES AND ADDRESSES OF ALL PARTIES INVOLVED IN THE ACCIDENT, INCLUDING THE NAMES AND ADDRESSES OF ALL POSSIBLE WITNESSES.**  In the case of traffic accidents, when possible, write down the license numbers of all cars at the scene when the accident occurred.  We can obtain the names of the additional witnesses through tracing these registrations.

- **THE EMPLOYEE SHOULD BE INSTRUCTED NOT TO DISCUSS THE ACCIDENT WITH ANYONE EXCEPT THE INVESTIGATING OFFICER OR AN AUTHORIZED REPRESENTATIVE OF THE COMPANY.  UNDER NO CIRCUMSTANCES SHOULD THE INSURED ADMIT RESPONSIBILITY FOR AN ACCIDENT.**  Requests from outside parties for information about the loss should immediately be referred to the Company for handling.

- Do not furnish information about your insurance policy, such as the limits of liability, to any party.  It is sufficient to simply advise them the name of the company carrying your insurance coverage and refer them to us.

- Vehicles should not be repaired until clearance is received from us, as we may desire an appraisal of the damages and photographs.  We do understand the importance of getting you back on the road as soon as possible and we will work with you to get this accomplished.

- **IN ANY ACCIDENT INVOLVING A MECHANICAL DEFECT OR FAILURE, THE PART SHOULD BE PRESERVED FOR THE COMPANY SO THAT IT MAY BE INSPECTED BY OUR REPRESENTATIVES OR ENGINEERS.**  Quite often an engineering inspection of the part involved will show that the actual responsibility for the accident lies with the manufacturer or supplier of the part involved.

OS 622 (0413)

- In many cases, additional information may become available to you after the accident has been reported.   In some cases, you may be personally acquainted with the claimant or people involved and have information that would be of value to us in our handling of the claim on your behalf.   We solicit your assistance and request that you let us have your views on anything that may develop in a matter involving your company that is related to a loss.

**We would like to stress again the importance of promptly reporting accidents.   The sooner we can begin an investigation, the better job we can do for you.   In accidents of a serious nature, if your agent is not immediately available, the accident may be reported by calling our Claims department.**

**It is our goal to contact all parties within 24 hours of our receipt of a loss.   Accidents can be reported on a 24-hour, seven-day a week basis, and you should simply inform the party who answers that you desire to report an accident.   Please have your policy number available, if possible.**

**You can reach us at:**

| | |
|---|---|
| **Toll Free during regular business hours:** | **(800) 392-1970** |
| **Toll Free after regular business hours:** | **(866) 892-1978** |
| **Direct:** | **(713) 954-8100** |
| **Fax:** | **(877) 622-6538** |
| **E-mail:** | **FSGHouston_NewLosses@fairmontspecialty.com** |

OS 622 (0413)

# IMPORTANT INFORMATION AFFECTING YOUR POLICY – READ CAREFULLY

# ANY NOTICES PRINTED ON THIS PAGE RELATE TO THE ATTACHED POLICY.

**PLEASE NOTE CAREFULLY**

The Company shall be permitted but not obligated to inspect the named insured's property and operations at any time.  Neither the Company's right to make inspections nor the making thereof, nor any report or recommendations resulting therefrom, constitute an undertaking for the benefit of the named insured or others, to determine or warrant that such property or operations are safe or healthful, or are in compliance with any law, rule or regulation.

(Refer to the terms of your policy regarding "Inspections and Surveys")

OS 635 (0413)

**IMPORTANT INFORMATION AFFECTING YOUR POLICY — READ CAREFULLY**
**ANY NOTICES PRINTED ON THIS PAGE RELATE TO THE ATTACHED POLICY.**

## LOSS CONTROL SERVICE

Fairmont Specialty provides service to its policyholders to help them improve the insurability of exposures insured under the terms of the Fairmont Specialty policy.  Working through the independent agents that represent Fairmont Specialty, the following services are available:

-       Mailing of safety information to firms who request education material; such materials stress the benefits of loss prevention to minimize loss costs.

-       On site surveys to assist the policyholder by providing personal contact and offering:

- ▪       Initial survey and evaluation relative to the insurability of the account;

- ▪       Specific suggestions for improving the present loss control practices;

- ▪       Explanation of DOT requirements related to record keeping requirements, standards and administrative procedures;

- ▪       Consultation and training to help management understand the hazards associated with their operation, accident investigation procedures and effective techniques for establishing a loss control program;

- ▪       Periodic summaries of accidents and analysis of the loss cause; and

- ▪       Follow-up surveys to check on program and to provide continuing assistance when needed.

For assistance or additional information, contact your agent or

**Fairmont Specialty**

**Loss Control Department**

**PO Box 2807**

**Houston, TX  77252-2807**

**(713) 954-8100**

U9563 (0413)



**ANY NOTICES PRINTED ON THIS PAGE RELATE TO THE ATTACHED POLICY.**

### PREMIUM AUDIT SERVICE

Fairmont Specialty wants to provide excellent service and coverages to our insureds at the most equitable premium possible for the operations of your business.  One of the ways we ensure that you are charged the correct premium for your operation is by completing a premium audit at the end of the policy period.

### What is a premium audit?

A premium audit is a review of your operations and an examination of your accounting records to determine the exact exposures for the coverage(s) provided during the policy period.

### Why is a premium audit necessary?

Certain coverages included on this policy are based on variables, which change with the amount of business you do.  At the inception of this policy these variables are estimates, which have been provided to us by you and or your agent.  Shortly after the expiration of the policy period the premium audit will be completed to determine the exact amount of these variables during the policy period.  Adjustment to the total premium for the policy is made based on this audit.

### How is the premium audit completed?

We use three different methods to complete the premium audit.  Only one method will be used for your policy and is determined according to the nature and size of your business:

1. A Fairmont Specialty employee (premium auditor) will contact you for an appointment to visit your office, review your accounting records and complete the audit.
2. An employee of an independent premium auditing firm will contact you for an appointment to visit your office, review your accounting records and complete the audit.
3. You will be requested to fill out a form that will be mailed to you.

### What are the different variables that will be audited?

Based on your operations, any or all of the following items will be audited:

1. Sales – this is normally measured in dollars or gallons and depends on the operations.
2. Remuneration (Payroll)
3. Amount you paid to sub contractors.

For additional information contact your agent or the
Fairmont Specialty Premium Audit Department
P.O. Box 2807
Houston, TX  77252-2807
713-954-8373
ssumners@fairmontspecialty.com

U9794 (0413)

Dear Insured:

In the event of an accident, Fairmont Specialty, part of Crum & Forster group's Claim Department can process your claim quickly and efficiently if we have accurate detailed information about the accident as soon as possible.

This Accident Report Guide can help you provide us with that information. Details of the loss should be entered in the guide at the scene of the accident.  The Guide is easy to read and its instructions easy to follow.

We recommend that you immediately affix the insurance identification card for your vehicle in the space provided at the bottom of the form.  Both the insurance identification card and the Accident Report Guide should be placed in the vehicle's glove compartment.

By accurately completing the Accident Report Guide and forwarding it to our Claim Department, we will be able to process your claim as quickly as possible.


Thank you for your help.

Sincerely,
The Claim Department

# A C C I D E N T   R E P O R T   G U I D E

## H E L P   U S   H E L P   Y O U

## I N   C A S E   O F   A N   A C C I D E N T
## C O M P L E T E   T H E   R E V E R S E   S I D E

**DO NOT** admit liability, and do not discuss accident with anybody except your Fairmont insurance agent or the police.

**DO** write down names, addresses and license numbers of person involved and names and addresses of witnesses.

**DO** notify the police immediately.

**DO** report accident to your Fairmont insurance agent promptly.

---

**MY FAIRMONT SPECIALTY AGENT IS:**

MARKETERS GENERAL INSURANCE AGENCY, INC.
6901 NORTH ROBINSON AVENUE
SUITE A
OKLAHOMA CITY, OK 73116
405-848-7607

---

**N O T E S :**                    **PLEASE AFFIX ID CARD HERE**

# IN CASE OF ACCIDENT YOU <u>MUST</u> OBTAIN THE FOLLOWING

**OTHER VEHICLE:**

Driver's Name _____

Address _____

City & State _____

Phone _____

Driver's License No. _____

Vehicle_____

License No. _____ State_____

Owner of Vehicle _____

Address _____

City & State _____

Phone _____

Insurance Co. _____

Agent Phone No. _____

Policy No._____

Damage_____

**WITNESS:**

1. Name _____

   Address _____

   City _____ Phone_____

2. Name _____

   Address _____

   City _____ Phone_____

**INJURED PERSONS:**

1. Name _____

   Address _____

   City _____ Phone_____

   Nature and Extent_____

2. Name _____

   Address _____

   City _____ Phone_____

   Nature and Extent_____

Ambulance Called?   Yes ☐   No ☐

Time_____ Date _____

Place _____

Describe What Occured _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Police Dept. Called?      Yes ?          No ?

Were Police Present?     Yes ?          No ?

Who Received Ticket? _____



Show Vehicles:    YOURS 1.    OTHER 2.

**YOUR VEHICLE:**

Vehicle _____

Driver _____

Work Phone _____

Home Phone _____

**Fairmont Specialty, part of Crum & Forster group**

Attn:  Claims Department
P.O. Box 2807
Houston, Texas  77252-2807
(713) 954-8100

U-9512CF(02/05)

Policy Number
**5068780254**

# *Crum Forster*

### SCHEDULE OF FORMS AND ENDORSEMENTS

### UNITED STATES FIRE INSURANCE COMPANY

Named Insured  KILHOFFER PROPANE, INC.

Effective Date: 1 0 - 0 5 - 2 0 1 4
12:01 A.M., Standard Time

Agent Name   MARKETERS GENERAL INS AGCY INC

Agent No. 8 4 5 9 7

---

COMMON POLICY FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| IL 09 95 | 01-07 | COND EXCL-TERROR (REL TO DISP/FED TRIA) |
| IL 09 99 | 01-07 | DISC OF PREM/EST PREM CERT ACTS/TERR COV |
| FM 600.0.959 | 04-94 | COMPAC III - DEC |
| FM 206.0.2 | 04-94 | SCHEDULE OF FORMS AND ENDORSEMENTS |
| FM 206.0.11 | 11-08 | SIGNATURE PAGE - US FIRE |
| FM 206.0.3 | 04-94 | SCHEDULE OF LOCATIONS |
| IL 00 17 | 11-98 | COMMON POLICY CONDITIONS |
| FM 600.0.963 | 04-94 | PREMIUM PAYMENT SCHEDULE |
| IL 00 21 | 09-08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDT |
| IL 01 74 | 07-05 | OKLAHOMA CHANGES-APPRAISAL |
| IL 01 77 | 10-10 | OK CHANGES-CONCEALMENT, MISREP OR FRAUD |
| IL 01 79 | 10-02 | OKLAHOMA NOTICE |
| IL 02 36 | 09-07 | OKLAHOMA CHANGES-CANC & NONRENL |
| FM 600.0.1191 | 08-05 | CYBER RISK EXCLUSION |
| IL 09 52 | 03-08 | CAP/LOSSES FROM CERTIFIED ACTS OF TERROR |
| IL P 001 | 01-04 | US TREASURY DEPT'S OFAC ADVISORY NOTICE |

PROPERTY FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| FM 600.0.960 | 04-94 | COMM PROPERTY COV PART DEC |
| FM 600.0.1299 | 06-11 | PROPERTY COVERAGE EXTENSION END-OK |
| CP 00 10 | 10-12 | BUILDING & PERSONAL PROPERTY COVERAGE |
| CP 00 30 | 10-12 | BUSINESS INCOME COVERAGE (&/EX EXP) |
| CP 00 90 | 07-88 | COMMERCIAL PROPERTY CONDITIONS |
| CP 01 40 | 07-06 | EXCL OF LOSS DUE TO VIRUS OR BACTERIA |
| CP 10 30 | 10-12 | CAUSES OF LOSS - SPECIAL FORM |
| FM 600.0.1286 | 04-13 | FAIRMONT PROPERTY COVERAGE EXT SUPPL |

GENERAL LIABILITY FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| CG 00 01 | 04-13 | COMMERCIAL GENERAL LIABILITY COV FORM |
| CG 21 84 | 01-08 | EXCL NUC/BIO/CHEM CERT ACTS-TERR;CAP LS |
| CG 21 87 | 01-07 | COND EXCL-TERR (DISP/FED TRIA ACT 2002) |
| FM 101.0.1252 | 10-05 | ABSOLUTE ASBESTOS EXCLUSION |
| FM 101.0.2631 | 02-11 | EXCLUSION OF INJURY OR DAMAGE CAUSED BY |
| FM 101.0.2636 | 02-11 | PETROLEUM JOBBERS GL ENHANCEMENT END |
| FM 101.0.2644 | 02-11 | USED TIRES AND RECAPPED TIRES EXCLUSION |
| U  9586 | 03-06 | EXCLUSION - FAILURE TO SUPPLY |
| FM 101.0.1404 | 07-01 | COMM GL COV PART SUPP DECLARATION |
| FM 101.0.1405 | 04-94 | COMM GL COV PART SUPP DECLARATION |
| FM 206.0.5 | 04-94 | COMMERCIAL GENERAL LIABILITY COVERAGE |
| CG 01 09 | 11-85 | KS AND OK CHANGES - TRANSFER OF RIGHTS |
| CG 20 26 | 04-13 | ADDL INSD-DESIGNATED PERSON/ORGANIZATION |
| CG 21 34 | 01-87 | EXCL-DESIGNATED WORK |
| CG 21 47 | 12-07 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG 21 55 | 09-99 | TOTAL POLLUTION EXCL. WITH HOSTILE FIRE |
| CG 21 67 | 12-04 | FUNGI OR BACTERIA EXCLUSION |
| CG 21 76 | 01-08 | EXCL OF PUNITIVE DAM REL TO CERTIF ACT |
| FM 101.0.1968 | 12-01 | AMENDMENT/PERS & ADVERTISING INJ EXCL C. |
| FM 101.0.2115 | 07-03 | ABSOLUTE SILICA EXCLUSION |
| FM 600.0.955 | 03-08 | LEAD EXCLUSION |
| CG 24 04 | 05-09 | WAIVER OF TRANSFER RIGHTS OF RECOVERY |
| CG 02 24 | 10-93 | EARLIER NOTICE OF CANC PROVIDED BY US |
| CG 21 06 | 05-14 | EXCL-ACC/DISCL OF CONFI OR PERSONAL INFO |
| CG 22 66 | 11-85 | MISDELIVERY OF LIQUID PRODUCTS COVERAGE |
| CG 22 68 | 09-97 | OPER OF CUST'S AUTO ON PARTICULAR PREMIS |

Policy Number
**5068780254**

**Crum Forster**

## SCHEDULE OF FORMS AND ENDORSEMENTS

## UNITED STATES FIRE INSURANCE COMPANY

Named Insured  KILHOFFER PROPANE, INC.

Effective Date: 10-05-2014
12:01 A.M., Standard Time

Agent Name   MARKETERS GENERAL INS AGCY INC

Agent No.  84597

---

**INLAND MARINE FORMS AND ENDORSEMENTS**

| CM 00 01 | 09-04 | COMMERCIAL IM CONDITIONS |
| FM 300.0.816 | 12-95 | CONTRACTORS EQUIP COV FORM DEC |
| FM 300.0.907 | 04-94 | INLAND MARINE SUPP COV PART DEC |
| FM 206.0.5 | 04-94 | COMMERCIAL INLAND MARINE |

**AUTOMOBILE FORMS AND ENDORSEMENTS**

| CA 23 86 | 10-13 | EXCLUSION OF TERRORISM/MIN STAT LIMITS |
| CA 23 94 | 10-13 | SILICA/SILICA-RELATED EXCL FOR COVRD AU |
| FS 114.0.1333 | 07-08 | PHYSICAL DAMAGE COVERAGE EXTENSION |
| FM 114.0.1116 | 10-13 | BUSINESS AUTO POLICY-DEC |
| FM 114.0.1116(A) | 10-13 | SCHEDULE OF HIRED/BORROWED COVERED AUTOS |
| FM 114.0.1116(B) | 10-13 | SCHEDULE OF COVERED AUTOS YOU OWN |
| FM 204.0.1 | 04-94 | SCHEDULE OF LOSS PAYEES (AUTO) |
| CA 00 01 | 10-13 | BUSINESS AUTO COVERAGE FORM |
| FM 206.0.5 | 04-94 | COMMERCIAL AUTOMOBILE COVERAGE |
| FM 206.0.5 | 04-94 | COMMERCIAL AUTOMOBILE COVERAGE |
| CA 01 32 | 10-13 | OKLAHOMA CHANGES |
| CA 21 18 | 10-13 | OKLAHOMA UNINSURED MOTORISTS COVERAGE |
| FM 114.0.1254 | 06-03 | COVERAGE SYMBOL ENDORSEMENT |
| CA 20 48 | 10-13 | DESIGNATED INSURED |
| CA 23 05 | 10-13 | WRONG DELIVERY OF LIQUID PRODUCTS |
| CA 99 03 | 10-13 | AUTO MEDICAL PAYMENTS COVERAGE |
| CA 99 28 | 10-13 | STATED AMOUNT  INSURANCE |
| CA 99 37 | 10-13 | GARAGEKEEPERS COVERAGE |
| CA 99 44 | 10-13 | LOSS PAYABLE CLAUSE |
| CA 99 48 | 10-13 | POLLUTION LIAB BROAD COV FOR COV AUTO |
| FM 114.0.1096 | 03-09 | WAIVER OF SUBROGATION |
| FM 2.0.1001 | 10-12 | STATED AMOUNT PHYSICAL DAMAGE |
| MC S 90 | 04-00 | MTR CARRIER POL OF INS FOR PUB LIAB SECT |

FM 206.0.2 04 94

**United States Fire Insurance Company**
**A Delaware Corporation**
**Home Office: Wilmington, DE**

(A Capital Stock Company)

SIGNATURE

Douglas M. Libby
Chairman & CEO

SIGNATURE

James Kraus
Secretary

FM 206.0.11 11 08

**Policy Number**
**5068780254**

**Crum Forster**

### SCHEDULE OF LOCATIONS

### UNITED STATES FIRE INSURANCE COMPANY

Named Insured  KILHOFFER PROPANE, INC.

Agent Name   MARKETERS GENERAL INS AGCY INC

Effective Date: 1 0 - 0 5 - 1 4
12:01 A.M., Standard Time

Agent No.  84597

| Loc. No. | Bldg. No. | Designated Locations (Address, City, State, Zip Code) | Occupancy |
|---|---|---|---|
| 001 | 001 | 11068 N 2080 ROAD, CANUTE, OK 73626-0000 | BULK PLANT |
| 001 | 002 | 11068 N 2080 ROAD, CANUTE, OK 73626-0000 | BULK STORAGE |
| 001 | 003 | 11068 N 2080 ROAD, CANUTE, OK 73626-0000 | PUMPS |
| 001 | 004 | 11068 N 2080 ROAD, CANUTE, OK 73626-0000 | WAREHOUSE |
| 001 | 005 | 11068 N 2080 ROAD, CANUTE, OK 73626-0000 | BOTTLE FILLING |
| 002 | 001 | 1/4 MILE SOUTH ON FARM, TO MARKET ROAD, CANUTE, OK 73626-0000 | BULK STORAGE |
| 003 | 001 | SEC 18, RGE 11, TOWN 20,, LOT 4,  E EDGE OF TOWN, ELK CITY, OK 73644-0000 | BULK STORAGE |
| 003 | 002 | SEC 18, RGE 11, TOWN 20,, LOT 4,  E EDGE OF TOWN, ELK CITY, OK 73644-0000 | BULK STORAGE |
| 004 | 001 | I 40 & 9TH, CANUTE, OK 73626 | |
| 005 | 001 | 200 N 9TH STREET, CANUTE, OK 73626 | |
| 006 | 001 | 11375 N. 1971 ROAD, ELK CITY, OK 73644 | VACANT LAND |

FM 206.0.3 04 94

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

 Copyright, Insurance Services Office, Inc., 1998 ☐

Policy Number
**5068780254**

**Crum Forster**

**PREMIUM PAYMENT SCHEDULE**

**UNITED STATES FIRE INSURANCE COMPANY**

Named Insured  KILHOFFER PROPANE, INC.            Effective Date: 10-05-14

                                                 12:01 A.M., Standard Time

Agent Name  MARKETERS GENERAL INS AGCY INC        Agent No. 84597

| | DUE | SERVICE CHARGE | PREMIUM | SURCHARGE | REVISED INSTALLMENT TOTAL |
|---|---|---|---|---|---|
| DEPOSIT | 10/05/2014 | $ | 33,208.00 | | $    33,208.00 |

Failure to pay the Installment Premium by the Date Due shown shall constitute non-payment of premium for which we may cancel this policy.

FM 600.0.963 04 94

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

© ISO Properties, Inc., 2007

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

  **(a)** Any "nuclear reactor";

  **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

  **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

  **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2007

IL 01 74 07 05

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OKLAHOMA CHANGES – APPRAISAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

**A.** Except as provided in **B.** below, the **Appraisal** Condition is replaced by the following:

**APPRAISAL**

If we and you disagree on the value of the property or the amount of loss ("loss"), either party may make written demand for an appraisal of the loss. In this event, only the party which demanded the appraisal will be bound by the results of that appraisal.

Each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days after the written demand for an appraisal has been made. The two appraisers will select an umpire. If they cannot agree upon an umpire within 15 days, then, at the request of either you or us, and after notice of hearing to the nonrequesting party by certified mail, selection of the umpire will be made by a judge of a district court in the county where the loss ("loss") occurred. The appraisers will state separately the value of the property and amount of loss ("loss"). If the appraisers submit a written report of agreement to us, the amounts agreed upon will be the value of the property and the amount of loss ("loss") and will be binding on the party which demanded the appraisal. If the appraisers fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding on the party which demanded the appraisal. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**B.** The **Appraisal** Condition in the:

**1.** Business Income Coverage Form (And Extra Expense) **CP 00 30;**

**2.** Business Income Coverage Form (Without Extra Expense) **CP 00 32;** and

**3.** Capital Assets Program Coverage Form (Output Policy), **OP 00 01,** Paragraph **A.7.** Business Income And Extra Expense

is replaced by the following:

**APPRAISAL**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either party may make written demand for an appraisal of the loss. In this event, only the party which demanded the appraisal will be bound by the results of that appraisal.

Each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days after the written demand for an appraisal has been made. The two appraisers will select an umpire. If they cannot agree upon an umpire within 15 days, then, at the request of either you or us, and after notice of hearing to the nonrequesting party by certified mail, selection of the umpire will be made by a judge of a district court in the county where the loss occurred. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If the appraisers submit a written report of agreement to us, the amounts agreed upon will be the value of the property and the amount of loss and will be binding on the party which demanded the appraisal. If the appraisers fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding on the party which demanded the appraisal. Each party will:

**(1)** Pay its chosen appraiser; and

**(2)** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

© ISO Properties, Inc., 2004

INTERLINE
IL 01 77 10 10

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OKLAHOMA CHANGES – CONCEALMENT, MISREPRESENTATION OR FRAUD

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART – FARM PROPERTY – OTHER FARM PROVISIONS FORM – ADDITIONAL COVERAGES, CONDITIONS, DEFINITIONS
FARM COVERAGE PART – LIVESTOCK COVERAGE FORM
FARM COVERAGE PART – MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to the **Standard Property Policy CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The **Concealment, Misrepresentation Or Fraud** condition is replaced by the following:

Except as provided in Paragraphs **C.** and **D.,** we do not provide coverage in any case of fraud by you as it relates to this Coverage Part at any time. We also do not provide coverage if you or any other insured ("insured"), at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

**C.** The **Concealment, Misrepresentation Or Fraud** condition in the Commercial Auto Coverage Part is replaced by the following:

We do not provide coverage in any case of fraud by you at any time as it relates to this Coverage Part. We also do not provide coverage if you or any other "insured", at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This Coverage Part;

**2.** The covered "auto";

**3.** Your interest in the covered "auto"; or

**4.** A claim under this Coverage Part.

However, this provision does not apply, but only up to the compulsory or financial responsibility limits required by Oklahoma law, if an "accident" results in a third party liability claim against the "insured" under this Coverage Part.

**D.** Under the Kidnap/Ransom And Extortion Coverage Form, the **Concealment, Misrepresentation Or Fraud** condition is replaced by the following:

We do not provide coverage in any case of fraud by you as it relates to this insurance at any time. We also do not provide coverage if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This insurance;

**2.** A person insured under this insurance;

**3.** The "property" covered under this insurance;

**4.** Your interest in the "property" covered under this insurance; or

**5.** A claim under this insurance.

 © Insurance Services Office, Inc., 2010   ☐

**IL 01 79 10 02**

# OKLAHOMA NOTICE

The following statement is added to the policy:

**WARNING:**

Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy, containing any false, incomplete or misleading information, is guilty of a felony.

 © ISO Properties, Inc., 2002 ☐

IL 02 36 09 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OKLAHOMA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

After coverage has been in effect for more than 45 business days or after the effective date of a renewal of this policy, no notice of cancellation will be issued by us unless it is based on at least one of the following reasons:

**(1)** Nonpayment of premium;

**(2)** Discovery of fraud or material misrepresentation in the procurement of the insurance or with respect to any claims submitted under it;

**(3)** Discovery of willful or reckless acts or omissions by you that increase any hazard insured against;

**(4)** The occurrence of a change in the risk that substantially increases any hazard insured against after insurance coverage has been issued or renewed;

**(5)** A violation of any local fire, health, safety, building, or construction regulation or ordinance with respect to any covered property or its occupancy that substantially increases any hazard insured against;

**(6)** A determination by the Insurance Commissioner that the continuation of the policy would place us in violation of the insurance laws of this state;

**(7)** Your conviction of a crime having as one of its necessary elements an act increasing any hazard insured against; or

**(8)** Loss of or substantial changes in applicable reinsurance.

**B.** The following are added to the Common Policy Conditions and supersede any provisions to the contrary:

**1. Nonrenewal**

**a.** If we elect not to renew this policy, we will mail or deliver written notice of nonrenewal to the first Named Insured at least 45 days before:

**(1)** The expiration date of this policy; or

**(2)** An anniversary date of this policy, if it is written for a term longer than one year or with no fixed expiration date.

 © ISO Properties, Inc., 2006 ☐

**b.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us.

**c.** If notice is mailed:

  **(1)** It will be considered to have been given to the first Named Insured on the day it is mailed.

  **(2)** Proof of mailing will be sufficient proof of notice.

**d.** If notice of nonrenewal is **not** mailed or delivered at least 45 days before the expiration date or an anniversary date of this policy, coverage will remain in effect until 45 days after notice is given. Earned premium for such extended period of coverage will be calculated pro rata based on the rates applicable to the expiring policy.

**e.** We will **not** provide notice of nonrenewal if:

  **(1)** We, or another company within the same insurance group, have offered to issue a renewal policy; or

  **(2)** You have obtained replacement coverage or have agreed in writing to obtain replacement coverage.

**f.** If we have provided the required notice of nonrenewal as described in **B.1.a.** above, and thereafter extend the policy for a period of 90 days or less, we will **not** provide an additional nonrenewal notice with respect to the period of extension.

**2. Premium Or Coverage Changes At Renewal**

**a.** If we elect to renew this policy, we will give written notice of any premium increase, change in deductible, or reduction in limits or coverage, to the first Named Insured, at the last mailing address known to us.

**b.** Any such notice will be mailed or delivered to the first Named Insured at least 45 days before:

  **(1)** The expiration date of this policy; or

  **(2)** An anniversary date of this policy, if it is written for a term longer than one year or with no fixed expiration date.

**c.** If notice is mailed:

  **(1)** It will be considered to have been given to the first Named Insured on the day it is mailed.

  **(2)** Proof of mailing will be sufficient proof of notice.

**d.** If the first Named Insured accepts the renewal, the premium increase or coverage changes will be effective the day following the prior policy's expiration or anniversary date.

**e.** If notice is **not** mailed or delivered at least 45 days before the expiration date or anniversary date of this policy, the premium, deductible, limits and coverage in effect prior to the changes will remain in effect until:

  **(1)** 45 days after notice is given; or

  **(2)** The effective date of replacement coverage obtained by the insured;

  whichever occurs first.

  If the first Named Insured then elects **not** to renew, any earned premium for the resulting extended period of coverage will be calculated pro rata at the lower of the new rates or rates applicable to the expiring policy.

**f.** We will **not** provide notice of the following:

  **(1)** Changes in a rate or plan filed pursuant to the Property and Casualty Competitive Loss Cost Rating Act applicable to an entire class of business;

  **(2)** Changes which are based upon the altered nature or extent of the risk insured; or

  **(3)** Changes in policy forms filed with or approved by the Insurance Commissioner and applicable to an entire class of business.

 © ISO Properties, Inc., 2006 **IL 02 36 09 07**   ☐

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CYBER RISK EXCLUSION

This endorsement modifies insurance provided under the following:

> **BOILER AND MACHINERY COVERAGE PART**
> **COMMERCIAL CRIME COVERAGE PART**
> **COMMERCIAL INLAND MARINE COVERAGE PART**
> **COMMERCIAL PROPERTY COVERAGE PART**

The following is an addition to the Perils Excluded Section.

**Cyber Risk Exclusion**

The Company will not pay for Damage or Consequential loss directly or indirectly caused by, consisting of, or arising from:

1. Any functioning or malfunctioning of the internet or similar facility, or of any intranet or private network or similar facility,

2. Any corruption, destruction, distortion, erasure or other loss or damage to data, software, or any kind of programming or instruction set,

3. Loss of use or functionality whether partial or entire of data, coding, program, software, any computer or computer system or other device dependent upon any microchip or embedded logic, and any ensuing liability or failure of the Insured to conduct business.

This endorsement shall not exclude subsequent Damage or Consequential loss, not otherwise excluded, which itself results from a defined Peril.  Defined Peril shall mean: Fire, Lightning, Explosion, Aircraft or Vehicle Impact, Falling Objects, Windstorm, Hail, Tornado, Cyclone, Hurricane, Earthquake, Volcano, Tsunami, Flood, Freeze or Weight of Snow.

This endorsement shall not act to increase or broaden coverage afforded by this policy.

Such Damage or Consequential loss described in 1, 2, or 3 above is excluded, regardless of any other cause that contributed concurrently or in any other sequence.

All other terms, conditions and exclusions of this policy remain unchanged.

IL 09 52 03 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

| Policy Number | |
|---|---|
| **5068780254** | |

**COMMERCIAL PROPERTY COVERAGE PART**
**SUPPLEMENTAL DECLARATIONS**
**UNITED STATES FIRE INSURANCE COMPANY**

*Crum Forster*

| Named Insured | KILHOFFER PROPANE, INC. | Effective Date: | 10-05-14 |
|---|---|---|---|
| | | | 12:01 A.M., Standard Time |
| Agent Name | MARKETERS GENERAL INS AGCY INC | Agent No. | 84597 |

| **Item 1.** | Business Description:   LPG DEALER |
|---|---|

| **Item 2.** | Premises Described: |
|---|---|
| | **See Schedule of Locations** |

| **Item 3.** | $250 Deductible unless otherwise indicated. |
|---|---|

**Item 4.   Coverage Provided**

| Loc. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Coins. |
|---|---|---|---|---|---|
| 001 | 001 | BUILDING NON-COMBUSTIBLE | $ 110,000 | SPECIAL | 90 |

**Other Provisions**

| | |
|---|---|
| ☐ Agreed Value:          Expires: | ☐ Replacement Cost |
| ☐ Business Income Indemnity: Monthly Limit: | Period: Maximum     ☐ Inflation Guard:     % |
| ☐ Reporting | Extended |
| Deductible: 1,000     Earthquake Deductible:     % | Exceptions |

| Loc. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Coins. |
|---|---|---|---|---|---|
| 001 | 001 | BUSINESS PERS PROP NON-COMBUSTIBLE | $ 19,800 | SPECIAL | 90 |

**Other Provisions**

| | |
|---|---|
| ☐ Agreed Value:          **Expires:** | ☒ Replacement Cost |
| ☐ Business Income Indemnity: Monthly Limit: | Period: Maximum     ☐ Inflation Guard:     % |
| ☐ Reporting | Extended |
| Deductible: 1,000     Earthquake Deductible:     % | Exceptions |

| Loc. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Coins. |
|---|---|---|---|---|---|
| 001 | 001 | BUS INC OTHER THAN RENTAL NON-COMBUSTIBLE | $ 1,000 | SPECIAL | |

**Other Provisions**

| | |
|---|---|
| ☐ Agreed Value:          Expires: | ☐ Replacement Cost |
| ☒ Business Income Indemnity: Monthly Limit: 1/4 | Period: Maximum     ☐ Inflation Guard:     % |
| ☐ Reporting | Extended |
| Deductible:     Earthquake Deductible:     % | Exceptions |

| **Item 5.** | Forms and Endorsements |
|---|---|

Form(s) and Endorsement(s) made a part of this policy at time of issue:
   **See Schedule of Forms and Endorsements**

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

FM 600.0.960 04 94

**Policy Number**
**5068780254**

**Crum Forster**

### COMMERCIAL PROPERTY COVERAGE PART
### EXTENSION OF SUPPLEMENTAL DECLARATIONS
### UNITED STATES FIRE INSURANCE COMPANY

Named Insured   KILHOFFER PROPANE, INC.          Effective Date:   10-05-14
                                                                 12:01 A.M., Standard Time
Agent Name      MARKETERS GENERAL INS AGCY INC    Agent No.      84597

---

**Item 4.    Coverage Provided (applies only when limit is shown below)**

| Loc. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Coins. |
|---|---|---|---|---|---|
| 001 | 002 | BUILDING NON-COMBUSTIBLE | $ 150,000 | SPECIAL | 90 |

**Other Provisions**

☐ Agreed Value:              Expires:              ☐  Replacement Cost
☐ Business Income Indemnity: Monthly Limit:       Period: Maximum    ☐ Inflation Guard:     %
☐ Reporting                                          Extended
Deductible: 1,000      Earthquake Deductible:        %          Exceptions

| Loc. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Coins. |
|---|---|---|---|---|---|
| 001 | 002 | BUSINESS PERS PROP NON-COMBUSTIBLE | $ 56,000 | SPECIAL | 90 |

**Other Provisions**

☐ Agreed Value:              Expires:              ☒  Replacement Cost
☐ Business Income Indemnity: Monthly Limit:       Period: Maximum    ☐ Inflation Guard:     %
☐ Reporting                                          Extended
Deductible: 1,000      Earthquake Deductible:        %          Exceptions

| Loc. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Coins. |
|---|---|---|---|---|---|
| 001 | 003 | BUILDING NON-COMBUSTIBLE | $ 37,250 | SPECIAL | 90 |

**Other Provisions**

☐ Agreed Value:              Expires:              ☒  Replacement Cost
☐ Business Income Indemnity: Monthly Limit:       Period: Maximum    ☐ Inflation Guard:     %
☐ Reporting                                          Extended
Deductible: 1,000      Earthquake Deductible:        %          Exceptions

| Loc. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Coins. |
|---|---|---|---|---|---|
| 001 | 004 | BUILDING NON-COMBUSTIBLE | $ 177,700 | SPECIAL | 90 |

**Other Provisions**

☐ Agreed Value:              Expires:              ☒  Replacement Cost
☐ Business Income Indemnity: Monthly Limit:       Period: Maximum    ☐ Inflation Guard:     %
☐ Reporting                                          Extended
Deductible: 1,000      Earthquake Deductible:        %          Exceptions

---

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

FM 600.0.960A 04 94

**Policy Number**
**5068780254**

**_Crum_ _Forster_**

**COMMERCIAL PROPERTY COVERAGE PART**
**EXTENSION OF SUPPLEMENTAL DECLARATIONS**
**UNITED STATES FIRE INSURANCE COMPANY**

| | | |
|---|---|---|
| Named Insured   KILHOFFER PROPANE, INC. | Effective Date:   10-05-14 | |
| | 12:01 A.M., Standard Time | |
| Agent Name     MARKETERS GENERAL INS AGCY INC | Agent No.      84597 | |

**Item 4.** Coverage Provided (applies only when limit is shown below)

| Loc. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Coins. |
|---|---|---|---|---|---|
| 001 | 004 | BUSINESS PERS PROP NON-COMBUSTIBLE | $ 38,500 | SPECIAL | 90 |

**Other Provisions**

| ☐ Agreed Value: | Expires: | ☒ Replacement Cost | |
| ☐ Business Income Indemnity: Monthly Limit: | Period: Maximum | ☐ Inflation Guard:  % |
| ☐ Reporting | | Extended |
| Deductible: 1,000   Earthquake Deductible:  % | | Exceptions |

| Loc. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Coins. |
|---|---|---|---|---|---|
| 001 | 005 | BUILDING NON-COMBUSTIBLE | $ 3,900 | SPECIAL | 90 |

**Other Provisions**

| ☐ Agreed Value: | Expires: | ☒ Replacement Cost | |
| ☐ Business Income Indemnity: Monthly Limit: | Period: Maximum | ☐ Inflation Guard:  % |
| ☐ Reporting | | Extended |
| Deductible: 1,000   Earthquake Deductible:  % | | Exceptions |

| Loc. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Coins. |
|---|---|---|---|---|---|
| 002 | 001 | BUILDING NON-COMBUSTIBLE | $ 71,600 | SPECIAL | 90 |

**Other Provisions**

| ☐ Agreed Value: | Expires: | ☒ Replacement Cost | |
| ☐ Business Income Indemnity: Monthly Limit: | Period: Maximum | ☐ Inflation Guard:  % |
| ☐ Reporting | | Extended |
| Deductible: 1,000   Earthquake Deductible:  % | | Exceptions |

| Loc. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Coins. |
|---|---|---|---|---|---|
| 002 | 001 | BUSINESS PERS PROP NON-COMBUSTIBLE | $ 19,500 | SPECIAL | 90 |

**Other Provisions**

| ☐ Agreed Value: | Expires: | ☒ Replacement Cost | |
| ☐ Business Income Indemnity: Monthly Limit: | Period: Maximum | ☐ Inflation Guard:  % |
| ☐ Reporting | | Extended |
| Deductible: 1,000   Earthquake Deductible:  % | | Exceptions |

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

FM 600.0.960A 04 94

| Policy Number | |
|---|---|
| **5068780254** | **Crum Forster** |

**COMMERCIAL PROPERTY COVERAGE PART**
**EXTENSION OF SUPPLEMENTAL DECLARATIONS**
**UNITED STATES FIRE INSURANCE COMPANY**

| Named Insured | KILHOFFER PROPANE, INC. | Effective Date: | 10-05-14 |
|---|---|---|---|
| | | | 12:01 A.M., Standard Time |
| Agent Name | MARKETERS GENERAL INS AGCY INC | Agent No. | 84597 |

**Item 4.** Coverage Provided (applies only when limit is shown below)

| Loc. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Coins. |
|---|---|---|---|---|---|
| 002 | 001 | BUS INC OTHER THAN RENTAL NON-COMBUSTIBLE | $ 1,000 | SPECIAL | |

**Other Provisions**

☐ Agreed Value:  Expires:  ☐ Replacement Cost
☒ Business Income Indemnity: Monthly Limit: 1/4  Period: Maximum  ☐ Inflation Guard:  %
☐ Reporting  Extended
Deductible:  Earthquake Deductible:  %  Exceptions

| Loc. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Coins. |
|---|---|---|---|---|---|
| 003 | 001 | BUILDING NON-COMBUSTIBLE | $ 60,000 | SPECIAL | 90 |

**Other Provisions**

☐ Agreed Value:  Expires:  ☐ Replacement Cost
☐ Business Income Indemnity: Monthly Limit:  Period: Maximum  ☐ Inflation Guard:  %
☐ Reporting  Extended
Deductible: 1,000  Earthquake Deductible:  %  Exceptions

| Loc. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Coins. |
|---|---|---|---|---|---|
| 003 | 001 | BUSINESS PERS PROP NON-COMBUSTIBLE | $ 7,800 | SPECIAL | 90 |

**Other Provisions**

☐ Agreed Value:  Expires:  ☒ Replacement Cost
☐ Business Income Indemnity: Monthly Limit:  Period: Maximum  ☐ Inflation Guard:  %
☐ Reporting  Extended
Deductible: 1,000  Earthquake Deductible:  %  Exceptions

| Loc. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Coins. |
|---|---|---|---|---|---|
| 003 | 001 | BUS INC OTHER THAN RENTAL NON-COMBUSTIBLE | $ 1,000 | SPECIAL | |

**Other Provisions**

☐ Agreed Value:  Expires:  ☐ Replacement Cost
☒ Business Income Indemnity: Monthly Limit: 1/4  Period: Maximum  ☐ Inflation Guard:  %
☐ Reporting  Extended
Deductible:  Earthquake Deductible:  %  Exceptions

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

FM 600.0.960A 04 94

| Policy Number | |
|---|---|
| **5068780254** | **Crum Forster** |

### COMMERCIAL PROPERTY COVERAGE PART
### EXTENSION OF SUPPLEMENTAL DECLARATIONS
### UNITED STATES FIRE INSURANCE COMPANY

Named Insured  KILHOFFER PROPANE, INC.            Effective Date:  10-05-14
                                                  12:01 A.M., Standard Time
Agent Name    MARKETERS GENERAL INS AGCY INC      Agent No.    84597

---

**Item 4.   Coverage Provided (applies only when limit is shown below)**

| Loc. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Coins. |
|---|---|---|---|---|---|
| 003 | 001 | FENCES & ARBORS METAL/MASONRY | $ 30,000 | SPECIAL | 90 |

**Other Provisions**

☐ Agreed Value:                    Expires:          ☐   Replacement Cost
☐ Business Income Indemnity: Monthly Limit:       Period: Maximum      ☐ Inflation Guard:      %
☐ Reporting                                              Extended
Deductible: 1,000      Earthquake Deductible:          %      Exceptions

| Loc. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Coins. |
|---|---|---|---|---|---|
| 003 | 002 | BUILDING FRAME | $ 18,000 | SPECIAL | 90 |

**Other Provisions**

☐ Agreed Value:                    Expires:          ☒   Replacement Cost
☐ Business Income Indemnity: Monthly Limit:       Period: Maximum      ☐ Inflation Guard:      %
☐ Reporting                                              Extended
Deductible: 1,000      Earthquake Deductible:          %      Exceptions

| Loc. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Coins. |
|---|---|---|---|---|---|
| 005 | 001 | BUILDING NON-COMBUSTIBLE | $ 150,000 | SPECIAL | 90 |

**Other Provisions**

☐ Agreed Value:                    Expires:          ☒   Replacement Cost
☐ Business Income Indemnity: Monthly Limit:       Period: Maximum      ☐ Inflation Guard:      %
☐ Reporting                                              Extended
Deductible: 1,000      Earthquake Deductible:          %      Exceptions

| Loc. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Coins. |
|---|---|---|---|---|---|
| 005 | 001 | BUS INC OTHER THAN RENTAL NON-COMBUSTIBLE | $ 18,000 | SPECIAL | |

**Other Provisions**

☐ Agreed Value:                    Expires:          ☐   Replacement Cost
☒ Business Income Indemnity: Monthly Limit: 1/4       Period: Maximum      ☐ Inflation Guard:      %
☐ Reporting                                              Extended
Deductible:      Earthquake Deductible:          %      Exceptions

---

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

FM 600.0.960A 04 94

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROPERTY COVERAGE EXTENSION ENDORSEMENT - OKLAHOMA

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
CAUSES OF LOSS – SPECIAL FORM

## SECTION I.  EXTENSIONS OF COVERAGE

The Following Additional Coverages And Extensions Apply at Each Described Premises Per Occurrence, Except As May Be Noted Below.

**A.  Premises Boundary Increased To 1000 Feet**
Any reference in any of the Coverage Forms to 100 feet from the described premises is amended to read 1,000 feet from the described premises, except where otherwise noted.

**B.  Fine Arts, Including Newly Acquired Fine Arts**

Under the Building And Personal Property Coverage Form, you may extend Paragraph **5.** Coverage Extensions to apply to "fine arts", including newly acquired "fine arts", whether owned by you or others, and in your care, custody or control.

  **1.**  Coverage for newly acquired "fine arts" will end when any of the following first occurs:

   **a.**  The policy expires;

   **b.**  30 days after you acquire the "fine arts"; or

   **c.**  You report values to us.

  **2.**  We will charge you additional premium for values reported from the date you acquire the "fine arts".

  **3.**  We will determine the value of "fine arts" under this Extension, in the event of loss or damage, at its market value at the time of loss or damage.

  **4.**  Our payment for loss or damage to "fine arts" of others will only be for the account of the owner of the "fine arts".

  **5.**  As a condition of coverage, you agree that if "fine arts" are to be moved, whether on or off described premises, and such move requires packing and/or unpacking, the packing and/or unpacking will be done by competent persons trained in packing and/or unpacking of "fine arts".

  **6.**  This Extension does not include "fine arts" in transit or in the open.

The most we will pay for loss or damage to "fine arts" under this Extension at each described premises is the Fine Arts Limit of Insurance indicated in the Supplemental Schedule.  For newly acquired "fine arts", the most we will pay is the Newly Acquired Fine Arts Limit of Insurance indicated in the Supplemental Schedule.

**C. Amendment To Property Not Covered**

Under the Building And Personal Property Coverage Form, Subparagraph **2.g.**, **2.m.** and **2.q.** of Paragraph **2.** Property Not Covered of Section **A.** Coverage are deleted and replaced by the following:

**2. Property Not Covered**

Covered Property does not include:

**g.** Foundations of buildings, supports, structures, machinery or boilers if their foundations are below:

**(1)** The lowest basement floor; or

**(2)** The surface of the ground, if there is no basement, except as provided in the Additional Coverages for Foundations And Underground Pipes, Fuel Storage Tanks And Pumps and Ordinance Or Law, as may be applicable.

**m.** Underground pipes, flues or drains, except as provided in the Additional Coverages for Foundations And Underground Pipes, Fuel Storage Tanks And Pumps and Ordinance Or Law, as may be applicable.

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or televisions antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants other than "stock" of trees, shrubs or plants, all except as provided in the Additional Coverages or Coverage Extensions.

**D. Debris Removal**

Under the Building And Personal Property Coverage Form, Subparagraphs **(1)** through **(4)** of the Debris Removal Additional Coverage are deleted and replaced by the following:

**Debris Removal**

**(1) Covered Property**

**(a)** Subject to Paragraph **(1)(b)** and **(1)(c)**, we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the Policy Period.

**(b)** Subject to the exceptions in Paragraph **(1)(c)**, the following provisions apply:

**i.** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**ii.** Subject to **(i)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

(c) We will pay up to the additional Limit of Insurance indicated in the Supplemental Schedule for Debris Removal, for each described premises, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

    **i.** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

    **ii.** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(c)(i)** and/ or **(c)(ii)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus the limit indicated in the Supplemental Schedule for Debris Removal – Covered Property.

**(2) Other Than Covered Property**

We will pay your expense, up to the Limit of Insurance indicated in the Supplemental Schedule, for any one occurrence, to remove debris of other than Covered Property from described premises caused by a Covered Cause of Loss that occurs during the Policy Period.

**(3)** Debris removal does not apply to costs to:

    **(a)** Extract "pollutants" from land or water; or

    **(b)** Remove, restore or replace polluted land or water.

**(4)** Debris removal expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

For purposes of the Examples provided under Subparagraph **(5)** of the Debris Removal Additional Coverage provided in the Building And Personal Property Coverage Form, the reference to $10,000, wherever it appears in the Examples, is amended to read $25,000, assuming this is the Limit of Insurance shown in the Supplemental Schedule of this Endorsement.

**E.  Fire Department Service Charge**

The Fire Department Service Charge Additional Coverage under Subparagraph **4.c.** in the Building And Personal Property Coverage Form is amended to provide a limit of up to the Limit of Insurance indicated in the Supplemental Schedule.

**F.  Pollutant Clean-up And Removal**

The Pollutant Clean-up And Removal Additional Coverage under Subparagraph **4.d.** of the Building And Personal Property Coverage Form is revised as follows:

**1.** The reference to a $10,000 Limit of Insurance at each described premises is deleted and replaced with Paragraph **3.** below.  The coverage applicable to each described premises is revised to read Pollutant Clean-up And Removal At Described Premises.

**2.** For purposes of this Endorsement, this Additional Coverage is extended to include pollutant clean-up and removal at non-owned premises as follows:

**Pollutant Clean-up And Removal At Non-Owned Premises**

We will pay your expense to extract "pollutants" from land or water at premises not owned, leased or rented to you if the discharge, dispersal, seepage, migration or release of the "pollutants" is caused by or results from a Covered Cause of Loss to an above ground tank owned by you and leased or loaned to someone else for storage of a liquid product at a premises you do not own, lease or rent.

The expenses will be paid provided that:

**a.** The discharge, dispersal. Seepage, migration or release of the "pollutants" is demonstrable as beginning and ending within 72 hours of the Covered Cause of Loss; and

**b.** The discharge dispersal, seepage, migration or release of the "pollutants" is reported to us within 120 hours from the time of the Covered Cause of Loss.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

This Additional Coverage is subject to the Limit of Insurance described under Subparagraph **3.** below.

**3.** The most we will pay under this Additional Coverage is the Each Premises Limit shown in the Supplemental Schedule for Pollutant Clean-up And Removal at Described and Non-Owned Premises. However, the most we will pay for all such loss at all locations is the Combined Annual Aggregate Limit of Insurance indicated for Pollutant Clean-up And Removal At Described Premises And Non-Owned Premises indicated in the Supplemental Schedule.

A $5,000 per occurrence deductible applies to this Additional Coverage.

**G. Brands And Labels**

Under the Building And Personal Property Coverage form, Paragraph **4. Additional Coverages** is extended to include the following:

**Brands And Labels**

If branded or labeled merchandise that is Covered Property is damaged by a Covered Cause of Loss, we may take all or any part of the property at an agreed or appraised value.  If so, we will pay for the reasonable expenses you incur to:

**1.** Stamp the word salvage on the merchandise or its containers, if the stamp will not physically damage the merchandise; or

**2.** Remove the brands or labels, if doing so will not physically damage the merchandise.  You must relabel the merchandise or its containers to comply with the law.

We will pay reasonable costs you incur to perform the activity described in Paragraph **1.** or **2.** above.  But the total we pay for these costs and the value of the damaged property will not exceed the applicable Limit of Insurance on such property indicated in the Supplemental Schedule.

**H. Business Income (And Extra Expense)**

Under the Business Income (And Extra Expense) Coverage Form, the most we will pay for loss in any one occurrence as shown in the Declarations is increased to the applicable Limit of insurance indicated in the Supplemental Schedule.

**I. Electronic Data Processing Coverage**

1. Under the Building And Personal Property Coverage Form, the Additional Coverage for Electronic Data set forth in Subparagraph **A.4.f.** is extended to include coverage for electronic data processing equipment subject to the following:

    a. Under this Additional Coverage, electronic data processing equipment means any computer equipment owned by you and similar equipment of others in your care, custody or control.  Computer equipment leased to others is excluded, regardless of location.

    b. We will pay, under this Additional Coverage, for direct physical loss of or damage to electronic data processing equipment at the premises described in the Declarations caused by any Covered Cause of Loss, except as otherwise excluded.  This coverage includes laptops, electronic data processing equipment in transit and off-premises exposures.

       This does not include equipment held for sale or distribution and in the course of manufacture.

    c. This Additional Coverage does not apply to electronic data processing equipment that is covered under another Coverage Extension within this endorsement.

    d. This Additional Coverage is subject to Subparagraph **A.4.f.(3)(d)** of the Building And Personal Property Coverage Form.

    e. Coverage is subject to the Causes Of Loss - Special Form with the following exceptions:

       (1) Exclusion **B.2.a.** is deleted.  However, off-premises disturbances at least 1,000 feet from the described premises continue to be excluded.

       (2) Exclusions **B.2.d.(7)(a) and B.2.d.(7)(b)** are deleted, but only if such dampness or dryness of atmosphere or changes in or extremes of temperature result from physical damage caused by a Covered Cause of Loss to an air conditioning unit or system, including equipment and parts that are part of or used with electronic data processing equipment.

       (3) This Additional Coverage does not apply to:

           (a) Computer-related losses due to the failure, malfunction or inadequacy of:

               (i) Electronic data processing equipment, electronic data, computer operating systems and data, computer networks, microprocessors and any other computerized or electronic data processing equipment or components; or

               (ii) Any products, services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in

Subparagraph **(i)** above, due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times correctly recognize, process, distinguish, interpret or accept one or more dates or times.

**(b)** Any computer advice, consultation, design, evaluation, inspection, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test  for, any potential or actual problems described in the computer-related losses exclusion in Subparagraph **(a)** above.

**(c)** Additional Exclusion **B.5.** of the Causes Of Loss – Special Form is extended to apply to errors or omissions in processing, recording or storing information on electronic data or electronic data processing equipment.  However, if fire or explosion results, we will pay for the loss or damage caused by that fire or explosion.

If an excluded Cause of Loss as described under the exclusions for electrical disturbances, computer-related losses or computer advice or consultation, as described above, results in a "specified cause of loss", or in elevator collision resulting from mechanical breakdown, we will pay for the loss or damage caused by such "specified cause of loss" or elevator collision.  We will not pay for repair, replacement or modification of any items in the computer-related losses exclusion to correct any deficiencies or to change any features.

**f.** Electronic data processing equipment is subject to the deductible applicable to other property, unless a higher deductible is provided in the Declarations.

**g.** We will determine the value of electronic data processing equipment at the cost to replace the damaged equipment.

**2.** The $2,500 Limit of Insurance in Subparagraph **A.5.d.(4)**  of the Business Income (and Extra Expense) Coverage Form (applicable to Interruption of Computer Operations) and the $2,500 Limit of Insurance in Subparagraph **A.4.f.(4)** of the Building and Personal Property Coverage Form (applicable to Electronic Data) are deleted and replaced with Paragraph 3. below.

**3.** The most we will pay for all loss or damage to electronic data processing equipment, electronic data and Business Income (and Extra Expense) loss (applicable to Interruption of Computer Operations) arising out of any such loss or damage is the Limit of Insurance indicated under Electronic Data Processing Coverage in the Supplemental Schedule for Equipment, Electronic Data and Business Income (and Extra Expense) loss as respects Interruption of Computer Operations.

## J. Computer Fraud

**1.** We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from the use of any computer to fraudulently cause a transfer of that property from inside the "premises" or "banking premises":

**a.** To a person (other than a "messenger") outside those "premises"; or

**b.** To a place outside those "premises".

2. Under the Causes Of Loss – Special Form, the following is added to Section **B.** Exclusions:

We will not pay for loss or damage caused by or resulting from:

**a.** The use or purported use of credit, debit, charge, access, convenience, identification, stored-value or other cards or the information contained on such cards.

**b.** A "fraudulent instruction" directing a financial institution to transfer, pay or deliver "funds" from your "transfer account".

**c.** Inventory shortages or that part of any such shortage, the proof of which as to its existence or amount is dependent upon:

    **1)** An inventory computation; or

    **2)** A profit and loss computation.

**d.** Any cause of loss that is excluded pursuant to the exclusions set forth in Section **III.** Additional Crime Exclusions of this Extension Endorsement.

3. In addition to the conditions set forth in Section **IV.** Additional Conditions of this Extension Endorsement, the following additional condition is added under Section **E.** Loss Conditions of the Building And Personal Property Coverage Form to apply to this Additional Coverage:

The following special limit of insurance applies to the property specified below:

We will only pay up to $5,000 for any one "occurrence" of loss of or damage to manuscripts, drawings, or records of any kind, or the cost of reconstructing them or reproducing any information contained in them.

4. Other than with respect to the property specified in Paragraph **3.** above, the most we will pay under this Additional Coverage for loss or damage in any one occurrence is the Limit of Insurance indicated in the Supplemental Schedule for Computer Fraud.

However, if you have other insurance covering the Computer Fraud loss we cover under this endorsement, we will pay only for the amount of covered loss in excess of the amount due from that other insurance, whether you can collect it or not.  But we will not pay more than the Computer Fraud Limit of Insurance shown in the Supplemental Schedule.

All loss or damage under this Additional Coverage caused by one or more persons or involving a single act or series of acts is considered one "occurrence".

If any loss is covered:

**a.** Partly by this Additional Coverage; and

**b.** Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest,

The most we will pay is the larger of the amount recoverable under this Additional Coverage or the prior insurance.

We will pay only for loss or damage you sustain through acts committed or events occurring during the Policy Period applicable to this Additional Coverage. Regardless of the number of years this Additional Coverage remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

**K.  Consigned Property**

Under the Building And Personal Property Coverage Form, Your Business Personal Property is extended to include your owned, consigned "stock" at locations where this property is on a consignment basis.

The most we will pay under this Additional Coverage for loss or damage at any location is the Limit of Insurance indicated in the Supplemental Schedule.

**L.  Credit Card Invoices**

Under the Building And Personal Property Coverage Form, Your Business Personal Property is extended to apply tangible property credit card invoices that are lost, damaged or destroyed due to a covered cause of loss while en route between your premises and your banking institution for receipt and recording.

We will pay the amount you would have been entitled to receive under the invoices had the invoices not been lost, damaged or destroyed.

The most we will pay under this Additional Coverage for the amount of loss you sustain due to lost, damaged or destroyed credit card invoices as a result of a covered cause of loss is the Credit Card Invoices Limit of Insurance indicated in the Supplemental Schedule.

**M.  Damage To Building From Theft**

If loss or damage caused by "theft" or attempted "theft" occurs to buildings you occupy, but do not own, at a described premises, we will also pay the amount you are legally liable to pay for such loss o damage.  However, if the building has been vacant for more than 60 consecutive days before the loss or damage occurs, we will not pay for any loss or damage caused by "theft" or attempted "theft".

The most we will pay under this Additional Coverage in any one occurrence is the Limit of Insurance indicated in the Supplemental Schedule.

**N.  Employee Dishonesty**

1.  Under this Coverage Extension, you may extend the insurance that applies to Your Business Personal Property under the Building And Personal Property Coverage Form, to pay for direct loss of or damage to "money" and "securities" and other property resulting from dishonest acts committed by any of your "employees" acting alone or in collusion with other persons (except you, your partners or "members") with the manifest intent to:

    a.  Cause you to sustain loss or damage; and

    b.  Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other "employee" benefits earned in the normal course of employment) for:

        (1)  Any "employee"; or

        (2)  Any other person or organization.

2. Under the Causes Of Loss – Special Form:

   a. Subparagraph **B.2.h.** of Exclusions does not apply to the Employee Dishonesty Additional Coverage.

   b. The following is added to Section **B.** Exclusions with respect to the coverage provided under this Additional Coverage:

   We will not pay for loss or damage:

   **(1)** The only proof of which as to its existence or amount is:

      **(a)** An inventory computation; or

      **(b)** A profit and loss computation.

   **(2)** Resulting from trading, whether in your name or in a genuine or fictitious account.

   **(3)** Resulting from the fraudulent or dishonest signing, issuing, cancelling or failing to cancel a warehouse receipt or any papers connected with it.

   **(4)** That is excluded pursuant to the exclusions set forth in Section **III.** Additional Crime Exclusions of this Extension Endorsement.

3. The most we will pay under this Additional Coverage for loss or damage in any one occurrence is the Limit of Insurance indicated in the Supplemental Schedule for Employee Dishonesty.

   However, if you have other insurance covering the Employee Dishonesty loss we cover under this endorsement, we will pay only for the amount of covered loss in excess of the amount due from that other insurance, whether you can collect it or not.  But we will not pay more than the Employee Dishonesty Limit of Insurance shown in the Supplemental Schedule.

4. All loss or damage under this Additional Coverage caused by one or more persons or involving a single act or series of acts is considered one "occurrence".

5. If any loss is covered:

   a. Partly by this Additional Coverage; and

   b. Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest,

   The most we will pay is the larger of the amount recoverable under this Additional Coverage or the prior insurance.

   We will pay only for loss or damage you sustain through acts committed or events occurring during the Policy Period applicable to this Additional Coverage. Regardless of the number of years this Additional Coverage remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

6. In addition to the conditions set forth in Section **IV.** Additional Conditions,  the following additional condition is added under Paragraph **E.** Loss Conditions of the Building And Personal Property Coverage Form to apply to this Additional Coverage:

   This Additional Coverage is cancelled as to any "employee" immediately upon discovery by:

   **a.**  You; or

   **b.**  Any of your partners, "members", "managers", officers or directors not in collusion with the "employee" of any dishonest act committed by that "employee" before or after being hired by you.

A $1,000 deductible applies to this Additional Coverage.

**O.  Erroneous Delivery Of Liquid Products**

We will pay for the loss of your liquid products, or liquid products of others in your care, custody or control, which become unusable or destroyed due to the unintentional erroneous introduction of a liquid product into another.  This coverage does not apply to intended mixing exposures that result in cross contamination of your liquid products or liquid products of others in your care, custody or control.

The most we will pay under this Additional Coverage is the Limit of Insurance indicated in the Supplemental Schedule.

**P.  Fire Extinguisher Systems Expense**

We will pay the cost to recharge, refill or replace, whichever is less, your fire extinguishers and fire extinguishing systems including hydrostatic testing (if needed) if they are discharged on or within 1000 feet of the described premises.  This coverage applies to your fire extinguishing systems that are permanently installed in buildings at the described premises.  Coverage applies only when such devices have been discharged while being used to protect Covered Property from loss or damage caused by fire.

This Additional Coverage does not apply if:

   **1.**  The fire extinguishing system is discharged during installation or testing; or

   **2.**  The described premises is or has a restaurant or open cooking and/or deep fat frying exposures, and the fire extinguishing system is not in compliance with NFPA Standard 96 and/ or UL 300.

The most we will pay under this Additional Coverage is the Limit of Insurance indicated in the Supplemental Schedule.

No deductible applies to this Additional Coverage.

**Q.  Forgery Or Alteration**

   **1.**  We will pay for loss resulting directly from "forgery" or alteration of checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in "money" that are:

      **a.**  Made or drawn by or drawn upon you; or

      **b.**  Made or drawn by one acting as your agent;

   or that are purported to have been so made or drawn.

For the purposes of this Additional Coverage, a substitute check as defined in the Check Clearing for the 21st Century Act shall be treated the same as the original it replaced.

2. If you are sued for refusing to pay any instrument covered in Paragraph **Q.1.** above on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense.  The amount that we will pay is in addition to the Limit of Insurance applicable to this Additional Coverage.

3. The most we will pay for all loss resulting directly from an "occurrence" is the applicable Forgery Or Alteration Limit of Insurance indicated in the Supplemental Schedule.

4. We will not pay for loss resulting directly from an "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the Declarations.  We will then pay the amount of loss in excess of the Deductible Amount, up to the Forgery Or Alteration Limit of Insurance indicated in the Supplemental Schedule.

5. In addition to the conditions set forth in Section **IV.** Additional Conditions, the following additional conditions are added under Paragraph **E.** Loss Conditions of the Building And Personal Property Coverage Form to apply to this Additional Coverage.

    a. The Deductible Amount does not apply to legal expenses paid.

    b. We will treat signatures that are produced or reproduced electronically, mechanically or by other means the same as handwritten signatures.

    c. You must include with your proof of loss any instrument involved in that loss, or, if that is not possible, an affidavit setting forth the amount and cause of loss.

6. The exclusions applicable to this Additional Coverage Extension are set forth in Section III. Additional Crime Exclusions of this Extension Endorsement.

## R.  Gas Or Oil Contamination

We will pay for contamination of your liquid petroleum products at the described premises caused by surface water run-off.  Exclusion **B.1.g.1.** of the Causes of Loss – Special Form does not apply with respect to run-off of surface water.

## S.  Leased, Loaned Or Rented Tanks And Related Equipment

Under the Building And Personal Property Coverage Form, Your Business Personal Property is extended to include pumps, tanks, regulators, pipes, fittings and related attachments owned by you while such property is leased, loaned or rented to others by you.

This Additional Coverage does not apply to property in or on a vehicle more than 500 feet from the described premises.

If there is other insurance under this or any other policy covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect it or not.

The most we will pay under this Additional Coverage for loss in any one occurrence is the Limit of Insurance indicated in the Supplemental Schedule.

## T.  Leasehold Interest – Undamaged Improvements And Betterments

Under this Additional Coverage, we will pay for loss of Covered Leasehold Interest you sustain due to cancellation of your lease by the lessor.  The cancellation must

result from direct physical loss of or damage to property at premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

1. The following additional conditions must apply:

   a. The lease cancellation is supported by a valid condition of your lease

   b. You have at least six months remaining in your lease; and

   c. At least 25% of the building is damaged or at least six months is required to repair the building for your occupancy.

2. We will not pay under this Additional Coverage, if the premises where the lease is cancelled has been vacant for more than 60 consecutive days prior to the loss or damage.

3. Covered Leasehold Interest means the following for each lease of real property in which you are the tenant:

   The unamortized portion of the amount paid by you for improvements and betterments. It does not include the value of improvements and betterments recoverable under any other insurance, but only to the extent of such other insurance.

   Improvements and betterments are fixtures, alterations, installations or additions:

   (a) Made a part of the building or structure you occupy, but do not own; and

   (b) You acquired or made at your expense, but can legally remove.

   The most we will pay under this Additional Coverage in any one occurrence is the Leasehold Interest Limit of Insurance indicated in the Supplemental Schedule.

**U. Lessee Changeover – Building**

Under the Building And Personal Property Coverage Form, you may extend coverage to include locations where ownership or responsibility for maintaining insurance on the building is the insured's responsibility, as required by the lease. Coverage will end when any of the following first occurs:

1. The policy expires;

2. 30 days after you last conducted business operations at the leased premises; or

3. You report values to us.

The most we will pay under this Additional Coverage for loss in any one occurrence is the Lessee Changeover - Building Limit of Insurance indicated in the Supplemental Schedule.

**V. Lost Key Consequential Loss**

Under this Additional Coverage, we will pay for consequential loss to repair locks or to replace locks and keys, if a master or grand master key is lost or damage due to a Covered Cause of Loss at a described premises.

We will pay for the following:

1. The actual cost of the keys; and

2. Adjustment of locks to accept new keys; or

**3.** If required, new locks including the cost of their installation.

The most we will pay under this Additional Coverage for loss or damage in any one occurrence is the Lost Key Consequential Loss Limit of Insurance indicated in the Supplemental Schedule.

**W. Mobile Equipment**

We will pay for direct physical loss or damage to your owned and rented mobile equipment, including forklifts, lawn movers, electric carts, tractors and similar vehicles.

This Additional Coverage does not apply to mobile equipment licensed for use on public roads or insured elsewhere.

The most we will pay under this Additional Coverage for loss or damage in any one occurrence is the Limit of Insurance indicated in the Supplemental Schedule.

**X.   Money And Securities**

**1.** Under this Additional Coverage you may extend the insurance that applies to Your Business Personal Property under the Building And Personal Property Coverage Form to pay for loss of your "money" and "securities" while at a "banking premises", within your living quarters or the living quarters of your partners or any "employee" having use and custody of your property, at the described premises, or in transit between any of these places, resulting directly from:

   **a.** "Theft" committed by someone other than you, your managers, partners, "members", officers, directors or "employees";

   **b.** Disappearance; or

   **c.** Destruction.

**2.** Under the Causes Of Loss – Special Form, Subparagraph **C.1.e** is deleted and replaced by:

   Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.  This limitation does not apply to the Additional Coverage for Money And Securities.

**3.** In addition to Section **B.** Exclusions and Section **C.** Limitations applicable to the Causes Of Loss – Special Form, we will not pay for the loss of "money" or "securities" under this Additional Coverage.

   **a.** Resulting from accounting or arithmetical errors or omissions;

   **b.** Due to the giving or surrendering of property in any exchange or purchase;

   **c.** After it has been transferred or surrendered to a person or place outside the "premises" or "banking premises" on the basis of unauthorized instructions or as a result of any threat.

   **d.** Contained in any money-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

   **e.** That is excluded pursuant to the exclusions set forth in Section **III.** Additional Crime Exclusions of this Extension Endorsement.

**4.** The most we will pay under this Additional Coverage for loss of "money" and/or "securities" in any one occurrence is:

    **a.** The Money And Securities – Inside The Premises Limit of Insurance indicated in the Supplemental Schedule while:

        **(1)** Inside the described premises; or

        **(2)** At a "banking premises"; or

    **b.** The Money And Securities – Outside The Premises Limit of Insurance indicated in the Supplemental Schedule while anywhere else.

However, if you have other insurance covering the Money And Securities loss we cover under this endorsement, we will pay only for the amount of covered loss in excess of the amount due from that other insurance, whether you can collect it or not.  But, we will not pay more than the applicable Money And Securities limit shown in the Supplemental Schedule.

All loss caused by one or more persons or involving a single act or series of related acts is considered one "occurrence".

**5.** In addition to the conditions set forth in Section **IV.** Additional Conditions of this Extension Endorsement, the following additional condition is added under Section **E.** Loss Conditions of the Building And Personal Property Coverage Form to apply to this Additional Coverage:

    **a.** Subparagraph **7.** Valuation  is amended to add the following condition:

    The value of any loss for purposes of coverage under the Additional Coverage for Money and Securities shall be determined as follows:

        **(1)** "Money" at its face value; and

        **(2)** "Securities" at their value at the close of business on the day the loss is discovered.

    **b.** We will only pay up to $5,000 for any one "occurrence" of loss of or damage to manuscripts, drawings, or records of any kind, or the cost of reconstructing them or reproducing any information contained in them.

    **c.** The coverage provided under this Additional Coverage for Money And Securities – Outside The Premises does not apply to precious metals.

A $1,000 deductible applies to this Additional Coverage.

**Y.  Money Orders And Counterfeit Money**

We will pay for loss resulting from your having accepted the following, in good faith, in exchange for merchandise, "money" or services:

**1.** Money orders issued by any post office, express company or bank that are not paid upon presentation; or

**2.** "Counterfeit money" that is acquired during the regular course of business.

The most we will pay under this Additional Coverage for loss from money orders and "counterfeit money" in any one "occurrence" is the Limit of Insurance indicated in the Supplemental Schedule.

**Z.  Ordinance Or Law**

**1.  Increased Cost Of Construction**

Under this Additional Coverage, the $10,000 and 5% alternative Limits in both places in Subparagraph **A.4.e.(6)** applicable to each described building are deleted and replaced by the Limit of Insurance indicated for Increased Cost of Construction under the Ordinance or Law Additional Coverage indicated in the Supplemental Schedule.

**2.**  You may also extend the insurance that applies to Buildings described in the Declarations for which the Replacement Cost Optional Coverage applies to include the Ordinance Or Law coverages set forth below in Paragraphs **Z.3.** and **Z.4.**, provided the ordinance or law:

**a.**  Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premise;

**b.**  Is in force at the time of loss; and

**c.**  The building sustains direct physical damage that is covered under the policy and such damage results in enforcement of the ordinance or law.

**3.  Coverage For Loss To The Undamaged Portion Of The Building**

With respect to the building that has sustained covered direct physical damage, we will pay under this coverage for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.

This coverage is included within the Limit of Insurance shown in the Declarations as applicable to the covered building. This coverage does not increase the Limit of Insurance.

When there is a loss in value of an undamaged portion of a building to which this Additional Coverage applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

**a.**  If the property is being repaired or replaced on the same or another premises, we will not pay more than the lesser of:

**(1)**  The amount you would actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

**(2)**  The Limit of Insurance shown in the Declarations as applicable to the covered building.

**b.**  If the property is not repaired or replaced, we will not pay more than the lesser of:

**(1)**  The actual cash value of the building at the time of loss; or

**(2)**  The Limit of Insurance shown in the Declarations (or schedule of insured locations) as applicable to the covered building.

4. **Demolition Cost Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

We will not pay more than the lesser of the following:

a. The amount you actually spend to demolish and clear the site of the described premises; or

b. The Limit of Insurance indicated for Demolition Cost Coverage under the Ordinance or Law Additional Coverage indicated in the Supplemental Schedule.

5. We will not pay under the Demolition Cost Coverage or Coverage For Loss To The Undamaged Portion Of The Building for loss or damage arising out of:

a. Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

b. The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

6. The terms of this Additional Coverage apply separately to each building to which this Additional Coverage applies.

7. Under this Additional Coverage, we will not pay for loss due to any ordinance or law that:

a. You were required to comply with before the loss, even if the building was undamaged; and

b. You failed to comply with.

8. The coverage provided under this Additional Coverage does not increase the "Period of Restoration" or otherwise increase or enlarge your coverage under the Business Income (And Extra Expense) Coverage Form, or any other coverage forms issued by us.

## AA. Outdoor Signs

1. Under Section **C.** Limits Of Insurance of the Building And Personal Property Coverage Form, the $2,500 per occurrence Limit of Insurance for outdoor signs is deleted and replaced by the Limit of Insurance for Outdoor Signs indicated in the Supplemental Schedule.

2. Under Section **B.** Exclusions of the Causes Of Loss – Special form, we will not pay for loss or damage to outdoor signs caused by or resulting from any of the following:

a. Earth Movement

b. Governmental Action

c. Nuclear Hazard

    **d.** War And Military Action

    **e.** Water

    **f.** Exclusions **2.d.(1).**, **2.d.(2)** and **2.d.(6)**.

The most we will pay under this Additional Coverage for loss or damage in any one occurrence is the Outdoor Signs Limit of Insurance indicated in the Supplemental Schedule.

**BB. Property In The Open**

Under the Building And Personal Property Coverage Form, you may extend Your Business Personal Property to include coverage for property in the open beyond 1,000 feet of the described premises.

We will pay for loss or damage to property in the open only if:

**1.** Prior to loss, you submit to us a schedule describing the property in the open, describing the premises and stating the value of the property.

**2.** Such loss or damage is caused by a "specified cause of loss".

The most we will pay under this Additional Coverage for any one occurrence is the Limit of Insurance indicated in the Supplemental Schedule, even if the value of the property exceeds that amount.

**CC. Property In Transit**

The following changes apply to Subparagraph **1.** Property In Transit of Section **F.** Additional Coverage Extensions under the Causes of Loss - Special Form:

**1.** Subparagraph **1.a.** is deleted and replaced by the following:

    **a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property may be in or on a motor vehicle you own, lease or operate or in or on a vehicle of a third party carrier that you hire to transport your goods while between points in the coverage territory.

**2.** Subparagraph **1.b.(2)** is deleted and replaced by the following:

    **(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle, or a vehicle of a third party carrier that you hire to transport your goods, with another vehicle or object. It does not mean your vehicle's, or the third party carrier vehicle's, contact with the road bed.

**3.** The $5,000 Limit of Insurance under Subparagraph **1.c.** is deleted and replaced by the Limit of Insurance for Property In Transit indicated in the Supplemental Schedule.

However, if you have other insurance covering a Property In Transit loss we cover under this endorsement, we will pay only for the amount of covered loss in excess of the amount due from that other insurance, whether you can collect it or not. And we will not pay more than the $5,000 Limit of Insurance provided under Subparagraph **1.c.** Property In Transit of Section **F.** Additional Coverage Extensions under the Causes of Loss – Special Form.

A $1,000 deductible applies to this Extension.

**DD. Property Of Others You Transport**

1. You may extend the insurance that applies to your personal property to apply to property of others transported by you (other than property in the care, custody or control of your salespersons) while in transit more than 1,000 feet from the described premises.  Property must be in or on a motor vehicle you own, lease, hire or operate while between points in the coverage territory.

2. Loss  or damage must be caused by or result from one of the following causes of loss:

   a. Fire. Lightning, explosion, windstorm or hail, riot or civil commotion or vandalism;

   b. Vehicle collision, upset or overturn; or

   c. Theft of property in transit by forced entry into a securely locked body or compartment of the vehicle.  There must be visible marks of the forced entry.

For purposes of this Additional Coverage, Collision means accidental contact of your vehicle, or a vehicle of a third party carrier that you hire to transport property of others, with another vehicle or object.  It does not mean your vehicle's, or the third party carrier vehicle's, contact with the road bed.

The most we will pay under this Additional Coverage in any one occurrence is the Property Of Others Transport Limit of Insurance indicated in the Supplemental Schedule.

**EE. Reward Payment – Arson, Theft Or Vandalism**

Under this Additional Coverage, we will reimburse you for a reward paid for information that leads to an arrest and conviction of any person for arson, "theft" or vandalism.  The arrest and conviction must involve a Covered Cause of Loss to Covered Property caused by arson, "theft" or vandalism.  The amount we pay is not increased by the number of persons involved in providing information.

The following additional conditions apply:

1. An eligible person means that person designated by a law enforcement agency as being the first to voluntarily provide the information leading to the arrest and conviction or return of the stolen Covered Property, and who is not:

   a. You;

   b. Your "employee";

   c. Any person employed by a law enforcement agency or a business engaged in property protection;

   d. Any person who had custody of the Covered Property at the time the "theft" was committed; or

   e. Any person involved in the crime.

2. No reward will be reimbursed unless and until the person(s) committing the crime is (are) convicted or the Covered Property is returned to you.

3. You must have issued public notice of a reward prior to the first person volunteering the information or returning the stolen Covered Property.

The most we will pay under this Additional Coverage in any one occurrence is the lesser of the amount of the reward paid or the Limit of Insurance indicated in the Supplemental Schedule for Reward Payments.  Such amount is additional insurance. No deductible applies to this Additional Coverage

**FF.  Spoilage – Includes Breakdown Or Contamination**

1.  Under the Building And Personal Property Coverage Form, coverage is extended as follows to apply to loss or damage to your "perishable stock" caused by or resulting from the "Breakdown Or Contamination" cause of loss described below.

   **a.**  For purposes of this Additional Coverage, Paragraph **A.1.b.(3)** of Covered Property is amended to include "perishable stock" at the described premises owned by you or by others that is in your care, custody or control.

   **b.**  Property located on buildings or in the open or in vehicles is considered to be Property Not Covered.

   **c.**  With respect to the coverage provided under this Additional Coverage, Paragraph **F.** Additional Conditions is replaced by the following:

   **F.  Additional Condition**

   The following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions:

   **Refrigeration Maintenance Agreements**

   With respect to the "Breakdown Or Contamination" cause of loss, the following condition applies:

   You must maintain a refrigeration maintenance or service agreement.  If you voluntarily terminate this agreement and do not notify us, the insurance provided by this endorsement will be automatically suspended at the involved location.

   **d.**  The following is added to Section **H.** Definitions:

   "Perishable stock" means personal property:

      **a.**  Maintained under controlled conditions for its preservation; and

      **b.**  Susceptible to loss or damage if the controlled conditions change.

   **e.**  As used in this Additional Coverage:

   **(1)**  "Breakdown or contamination" means:

      **(a)**  Change in temperature or humidity resulting from mechanical breakdown or mechanical failure of refrigerating, cooling or humidity control apparatus or equipment, only while such equipment or apparatus is at the described premises; and

      **(b)**  Contamination by the refrigerant.

   This Additional Coverage does not apply to loss or damage that results from breakdown of refrigeration equipment while property is in transit, as it may apply under the Property in Transit Additional Coverage.

   This Additional Coverage does not apply to power outage, which means change in temperature or humidity resulting from complete or partial

interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

2. Under the Causes Of Loss - Special Form, the following applies:

a. Section **F**. Additional Coverage Extensions is extended to apply the "Breakdown Or Contamination" cause of loss to loss or damage to "perishable stock" covered under this Spoilage Additional Coverage.

b. The following is added to Section **B**. Exclusions:

We will not pay for loss or damage to "perishable stock" caused by or resulting from:

(1) The disconnection of any refrigerating, cooling or humidity control system from the source of power.

(2) The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

(3) Power outages, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control;

(4) The inability of an Electrical Utility Company or other power source to provide sufficient power due to:

(a) Lack of fuel; or

(b) Governmental order.

(5) The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

(6) Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

3. The most we will pay for all direct physical loss or damage to "perishable stock" is the Spoilage – Including Breakdown Or Contamination Limit of Insurance indicated in the Supplemental Schedule.

However, if you have other insurance covering the Spoilage loss that we cover under this endorsement, we will pay only for the amount of covered loss in excess of the amount due from that other insurance, whether you can collect it or not.  But, we will not pay more than the applicable Spoilage – Including Breakdown Or Contamination Limit of Insurance indicated in the Supplemental Schedule.

This Additional Coverage does not increase the Limit of Insurance.

4. The coverage provided under this Spoilage Additional Coverage does not increase the actual loss of Business Income (And Extra Expense) you sustain during the "period of restoration" under the Utility Services Additional Coverage.

**GG. Tank Leakage**

The following provision is added to Section **C**. Limitations of the Causes Of Loss – Special Form:

We will pay for the loss of liquids from above ground tanks caused by or resulting from the sudden breakage, failure or malfunction of the tank or its apparatus.  We will not pay for loss of liquids from above ground tanks due to repeated leakage or seepage, or for any inventory shortage.

The most we will pay for this Additional Coverage for loss or damage of liquids occurring during each separate 12-month period of this policy is the Limit of Insurance indicated in the Supplemental Schedule.

**HH. Terminal Access Card**

We will pay for loss of Your Business Personal Property or business personal property of others in your care, custody or control caused by the use of a terminal access card that has been lost, stolen or obtained by kidnapping.

Terminal access card means an imprinted card, key or other unlocking device, which allows access to a premises or terminal or activates a locked device, such as a fuel pump.

The most we will pay for this Additional Coverage in any one loss at each described premises is the Terminal Access Card Limit of Insurance indicated in the Supplemental Schedule.

**II.   Underground Water And Backup Of Sewers And Drains**

**1.** We will pay for direct physical loss or damage to Covered Property caused by or resulting from water or waterborne material:

   **a.** That backs up or overflows from a sewer or drain located on a described premises;

   **b.** That overflows from a sump located at a described premises, even if the overflow results from mechanical breakdown of a sump pump or its appurtenant equipment.  However, we will not pay the cost of repairing or replacing a sump pump or its appurtenant equipment in the event of mechanical breakdown;

   **c.** Water under the ground water surface pressing on, or flowing or seeping through:

      **(1)** Foundations, walls, floors or paved surfaces; or

      **(2)** Basements.

**2.** This Additional Coverage does not apply to loss or damage resulting from the routine maintenance or repair:

   **a.** Of sump pumps and their appurtenant equipment; or

   **b.** To keep sewers and drains free from obstructions.

**3.** Except as provided under this Additional Coverage, the Water exclusion under Paragraph **B.1.g.** of the Causes Of Loss - Special Form continues to apply.  The most we will pay under this Additional Coverage for loss or damage in any one occurrence is the Limit of Insurance indicated in the Supplemental Schedule.

**JJ.  Valuable Papers And Records (Other Than Electronic Data)**

**1.** Under the Building And Personal Property Coverage Form, the $2,500 Limit of Insurance in Subparagraph **A.5.c.(4)** of the Valuable Papers And Records (Other Than Electronic Data) Coverage Extension is deleted and replaced by the Limit

of Insurance indicated for Valuable Papers And Records (Other Than Electronic Data) in the Supplemental Schedule.

**2.** Under this Extension, valuable papers and records means inscribed, printed or written documents, manuscripts and records, including abstracts, books, deeds, drawings, films, maps or mortgages. But, valuable papers and records does not mean "money" or "securities", electronic data or accounts receivable.

**3.** This Extension is subject to the following exclusions:

    **a.** Under the Causes Of Loss – Special Form:

        **(1)** Exclusion **B.1.c.** Governmental Action

        **(2)** Exclusion **B.1.d.** Nuclear Hazard

        **(3)** Exclusion **B.1.f.** War And Military Action

        **(4)** Exclusion **2.f.**, **2.g.** and **3.**

    **b.** Under this Extension Endorsement:

        **(1)** The computer-related  losses exclusion

        **(2)** The computer advice or consultation exclusion.

**4.** Coverage under this Extension is extended to apply to loss or damage to "valuable papers and records" off premises. The most we will pay in any one occurrence is the Valuable Papers And Records (Other Than Electronic Data) – Off Premises Limit of Insurance indicated in the Supplemental Schedule.

A $1,000 deductible applies to this Additional Coverage.

## KK. Newly Acquired Or Constructed Property – Building

Under the Building And Personal Property Coverage Form, the newly Acquired Or Constructed Property Coverage Extension for Building is amended as follows:

**1.** The $250,000 Limit of Insurance at each building in Subparagraph **A.5.a.(1)** is deleted and replaced by the Limit of Insurance indicated for Newly Acquired Or Constructed Building in the Supplemental Schedule.

**2.** The 30 days Period Of Coverage in Subparagraph **A.5.a.(3)(b)** is deleted and replaced by 90 days.

## LL. Newly Acquired Or Constructed Property – Your Business Personal Property

Under the Building And Personal Property Coverage Form, the newly Acquired Or Constructed Property Coverage Extension for Your Business Personal Property is amended as follows:

**1.** The $100,000 Limit of Insurance at each building in Subparagraph **A.5.a.(2)** is deleted and replaced by the Limit of Insurance indicated for Newly Acquired Business Personal Property in the Supplemental Schedule.

**2.** The 30 days Period Of Coverage in Subparagraph **A.5.(3)(b)** is deleted and replaced by 90 days.

**3.** With respect to "computers", the period of coverage for such newly acquired property ends when specific insurance at the newly acquired premises is obtained.

**MM. Personal Effects And Property Of Others**

Under the Building And Personal Property Coverage Form, the $2,500 Limit of Insurance at each described premises in Subparagraph **A.5.b.** of the Personal Effects And Property Of Others Coverage Extension is deleted and replaced by the Personal Effects And Property Of Others Limit of Insurance indicated in Supplemental Schedule.

**NN. Property Off-premises**

Under the Building And Personal Property Coverage Form, Coverage Extension **5.d.** applicable to Property Off-premises is amended as follows:

1. Subparagraph **A.5.d.(1)** is extended to include property off-premises that is in the care, custody or control of your salespersons.

2. Subparagraph **A.5.d.(2)** is deleted and replaced by the following:

   **(2)** This Extension does not apply to property:

      **(a)** In or on a vehicle, except computers and duplicate or backup records not specifically excluded by Paragraph **(b)** below; or

      **(b)** That is computers located at a premises you do not own, lease or operate for more than 90 days.  This includes duplicate or backup records stored at a separate premises that is more than 1,000 feet from a described premises.

3. Subparagraph **A.5.d.(3)** regarding the most we will pay is replaced by the following:

   **(3)** The most we will pay under this Extension for loss or damage in any one occurrence is the Property Off-premises Limit of Insurance indicated in the Supplemental Schedule.

**OO. Outdoor Property**

Under the Building And Personal Property Coverage Form, the Outdoor Property Coverage Extension **5.e.** is deleted and replaced by the following:

1. You may extend the insurance that applies to Your Business Personal Property to apply to the following outdoor property, including debris removal expense, located at the described premises:

   **a.** Fences and/or retaining walls that are not part of a building;

   **b.** Outdoor radio, television and other antennas, including satellite dishes, and their lead-in and support wiring, masts or towers,

2. For purposes of the property described in this Extension, Subparagraphs **2.l.** and **2.q.(2)** of Property Not Covered of Section **A.** Coverage do not apply.

3. This Extension applies to loss or damage caused by or resulting from the following causes of loss if they are Covered Causes of Loss:

   **a.** Fire;

   **b.** Lightning;

   **c.** Explosion;

   **d.** Riot or civil commotion; or

**e.** Aircraft.

The most we will pay under this Extension for loss or damage in any one occurrence, regardless of the types or number of items lost or damaged in that occurrence is the Outdoor Property Limit of Insurance indicated in the Supplemental Schedule.

**PP. Accounts Receivable**

1. Under this Coverage Extension, you may extend the insurance that applies to Your Business Personal Property under the Building And Personal Property Coverage Form to apply to accounts receivable that cannot be collected because of direct physical loss of or damage to Covered Property caused by a Covered Cause of Loss.  But this Extension does not apply to records that exist as electronic data.  Electronic data has the meaning described under Property Not Covered.

2. We will pay:

   **a.** All amounts due from your customers that you are unable to collect;

   **b.** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

   **c.** Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

   **d.** Other reasonable expenses that you incur to reestablish your records of accounts receivable

   that result from direct physical loss or damage by any Covered Cause of Loss to your records of accounts receivable.

3. We will not pay for loss or damage:

   **a.** Caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property.  This exclusion applies only to the extent of the wrongful giving, taking or withholding.

   **b.** Caused by or resulting from bookkeeping, accounting or billing errors or omissions; and

   **c.** That requires any audit of records or any inventory computation to prove its factual existence.

4. This Extension is subject to the following exclusions:

   **a.** Under the Causes Of Loss – Special Form:

      **(1)** Exclusion **B.1.c.** Governmental Action

      **(2)** Exclusion **B.1.d.** Nuclear Hazard

      **(3)** Exclusion **B.1.f.** War And Military Action

      **(4)** Exclusion **2.f.**, **2.g.** and **3.**

   **b.** Under this Extension Endorsement:

      **(1)** The computer-related  losses exclusion

      **(2)** The computer advice or consultation exclusion.

   **5.** The most we will pay under this Extension for loss or damage in any one occurrence at each described premises and at other than described premises is the Accounts Receivable Limit of Insurance indicated in the Supplemental Schedule.   Such amount is additional insurance.  This Additional Coverage is subject to a $1,000 deductible.

## QQ. False Pretense

   **1.** You may extend the insurance that applies to Your Business Personal property to cover loss or damage to Covered Property when you or your agents, consignees or customers voluntarily part with the Covered property due to:

      **a.** Having accepted false bills of lading or shipping receipts; or

      **b.** Someone causing you to voluntarily part with the Covered Property by trick, scheme, device or false pretense.

   **2.** Under the Causes Of Loss Special Form, Subparagraph **2.I.** of Section **B.** Exclusions is deleted.

   **3.** We  will not pay for:

      **a.** Loss or damage to Covered Property when the person committing the wrongful act is an "employee"; and

      **b.** Any loss covered under the Money Orders And Counterfeit Money or Computer Fraud Additional Coverage.

   **4.** The most we will pay under this Extension for loss or damage in any one occurrence is the False Pretense Limit of Insurance indicated in the Supplemental Schedule.

## RR. Inventory And Appraisal Expense

Under the Building And Personal Property Coverage Form, you may extend the insurance that applies to Your Business Personal Property to apply to reasonable expenses incurred for inventories and appraisals made at our request to determine the extent of loss or damage to any of your Covered Property and not due to a disagreement.

We will not pay for any expenses incurred, directed or billed by or payable to any public adjuster or public accountant or their associates or subordinates or any costs as provided in Paragraph **2.** Appraisal of Section **E.** Loss Conditions.

The most we will pay under this Extension in any one occurrence is the Limit of Insurance indicated in the Supplemental Schedule.

## SS. Ordinance Or Law – Machinery And Equipment

   **1.** Subject to Paragraph **2.** below, if a Covered Cause of Loss damages machinery or equipment that is Covered Property, we will pay the additional costs to repair or replace the machinery or equipment as required by law.

   **2.** If a Covered Cause of Loss damages refrigeration machinery or equipment that is Covered Property, we will pay:

      **a.** The cost to reclaim the refrigerant as required by law;

     **b.** The cost to retrofit the machinery or equipment to use a non-CFC refrigerant as required by the Clean Air Act of 1990 and any amendments thereto or any other similar laws; and

     **c.** The increased cost to recharge the system with a non-CFIC refrigerant.

**3.** We will not pay for the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", except as provided in Subparagraph **2.a.** above.

**4.** Loss to the machinery or equipment will be determined as follows:

     **a.** If replacement cost applies and the machinery or equipment is repaired or replaced, on the same or another premises, we will not pay more  than the lesser of:

          **(1)** The amount you actually spend to repair the machinery or equipment, but not for more than the amount it would cost to replace the machinery or equipment with machinery or equipment of the same kind and quality; or

          **(2)** The Limit of Insurance shown in the Declarations as applicable to the covered Building or Your Business Personal Property.

     **b.** If replacement cost applies and the machinery or equipment is not repaired or replaced, of if replacement cost does not apply, we will not pay more than the lesser of:

          **(1)** The actual cash value of the machinery or equipment at the time of loss; or

          **(2)** The Limit of Insurance shown in the Declarations as applicable to the covered Building or Your Business Personal Property.

     **c.** We will not pay for loss due to any ordinance or law that:

          **(1)** You were required to comply with before the loss, even if the machinery or equipment was undamaged; and

          **(2)** You failed to comply with.

**5.** Paragraph **1.a.** of Section **B.** Exclusions does not apply to this Additional Coverage.

**6.** The Coinsurance Additional Condition does not apply to this Additional Coverage.

**TT. Trees, Shrubs And Plants (Other Than Stock)**

Under the Building And Personal Property Coverage Form, you may extend the insurance that applies to Your Business Personal Property to apply to your trees, shrubs and plants, other than "stock" at described premises.

This Additional Coverage is subject to the Causes Of Loss - Special Form.  In addition, the following exclusions apply to this Additional Coverage:

We will not pay for loss or damage to trees, shrubs or plants caused by or resulting from any of the following:

**1.** Dampness or dryness of atmosphere;

   **2.** Changes in or extremes of temperature; or

   **3.** Rain, snow, ice or sleet.

**UU. Dependent Properties**

The following Extension is added as Additional Coverage under the Business Income (And Extra Expense) Coverage Form:

**1.** We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage at the premises of a "dependent property" caused by or resulting from a Covered Cause of Loss. However, coverage under this Extension does not apply when the only loss to "dependent property" is loss or damage to electronic data, including destruction or corruption of electronic data. If the "dependent property" sustains loss or damage to electronic data and other property, coverage under this endorsement will not continue once the other property is repaired, rebuilt or replaced. The term electronic data has the meaning set forth in the Coverage Form to which this Coverage Extension applies. The definitions of "dependent property" and "period of restoration" are set forth in Section **V.** Additional Definitions of this Extension Endorsement

**2.** The provisions of the Business Income Coverage Form respecting direct physical loss or damage at the described premises will apply separately to each premises of "dependent property". The Limit of Insurance shown in the Supplemental Schedule for "dependent property" is separate from any Business Income Limit of Insurance in this policy applicable when direct physical loss or damage occurs at your premises.

**3.** The most we will pay for all such loss arising out of loss or damage at the premises of all "dependent properties" combined is the Limit of Insurance indicated in the Supplemental Schedule for Dependent Properties.

**4.** With respect to "dependent property", the following replaces Subparagraph **C.3.c.(1)** under the Resumption Of Operations Provision of the Loss Determination Loss Condition of the Business Income (And Extra Expense) Coverage Form:

   **(1)** Business Income loss, other than Extra Expense, to the extent you can resume "operations", in whole or in part, by using any other available:

     **(a)** Source of materials; or

     **(b)** Outlet for your products.

This limited coverage for dependent properties provided under this Extension only applies when the Business Income (And Extra Expense) Coverage Form applies to your policy, for which a Business Income (And Extra Expense) Limit is shown in the Declarations. It does not apply to any other coverage forms issued by us.

**VV. Contractual Penalties**

We will pay contractual penalties imposed by written contract between you and your customers. These penalties must:

**1.** Result from your failure to deliver your product or service on time according to contract terms;

**2.** Result from direct physical loss or damage to Covered Property by a Covered Cause of Loss; and

**3.** Have been paid by you to your customer.

The most we will pay under this Additional Coverage in any one Policy Period is the Contractual Penalties Limit of Insurance indicated in the Supplemental Schedule.

**WW. Utility Services – Direct Damage And Time Element**

**1.** Coverage

Under this Additional Coverage, we will pay for:

**a.** Loss of or damage to Covered Property, other than "perishable stock" defined in the Spoilage Additional Coverage, at the premises described in the Declarations caused by an interruption in utility services, described in Paragraph **3.** below, to the described premises; and

**b.** Your Business Income loss and/or Extra Expense, as provided and limited in the applicable Coverage Form, resulting from your "suspension" of "operations" at the described premises caused by an interruption in utility services to that premise.

Under both **a.** and **b** above, the interruption in utility services must result from direct physical loss or damage by a Covered Cause of Loss to the property described in Paragraph **3.** below.

The Business Income and Extra Expense coverage provided under this Extension Endorsement only applies at a covered premises described in the Commercial Property Coverage Part Supplemental Declarations for which a Business Income (and Extra Expense) Limit is shown.

**2.** Exception

Coverage under this Additional Coverage for loss or damage to Covered Property does not apply to electronic data, including destruction or corruption of electronic data, nor does it apply to Business Income loss or Extra Expense related to interruption in utility service which causes loss or damage to electronic data, including destruction or corruption of electronic data.  The term electronic data has the meaning set forth in the Coverage Form to which this Extension Endorsement applies.

**3.** Utility Services

**a.** Water Supply Services, meaning the following types of property supplying water to the described premises:

**(1)** Pumping stations; and

**(2)** Water mains.

**b.** Communication Supply Services, meaning property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

**(1)** Communication transmission lines, including optic fiber transmission lines;

**(2)** Coaxial cables; and

      **(3)** Microwave radio relays except satellites.

   **c.** Power Supply Services, meaning the following types of property supplying electricity, steam or gas to the described premises:

      **(1)** Utility generating plants;

      **(2)** Switching stations;

      **(3)** Substations;

      **(4)** Transformers; and

      **(5)** Transmission lines.

Overhead transmission lines are covered unless specifically excluded elsewhere in the policy.

**4.** For the purpose of this Coverage Extension, Utility Services exclusion **B.1.e.** of the Causes Of Loss – Special Form does not apply.

**5.** The most we will pay for loss or damage under this Coverage Extension for the combination of coverage **a.** and **b.** set forth in Paragraph **1.** above is the Limit of Insurance indicated for Utility Services – Direct Damage And Time Element listed in Supplemental Schedule for the actual loss of Business Income and/or Extra Expense you sustain during the "period of restoration" and/or loss or damage to Covered Property for any one occurrence.

This limited coverage for utility services does not constitute a Covered Cause of Loss under the Business Income (And Extra Expense) Coverage Form, or any other coverage forms issued by us, other than as provided in this endorsement; and Utility Services exclusion **B.1.e** in the Causes Of Loss – Special Form continues to apply to all such coverage forms.

**XX.  Transit Business Income**

Under the Building And Personal Property Coverage Form, Paragraph **5.** Coverage Extensions is amended to add coverage for transit business income.

We will pay for the actual loss of Business Income (And Extra Expense) you sustain due to direct physical loss of or damage to Covered Property in transit caused by or resulting from any Covered Cause of Loss.

Payment under this Additional Coverage is part of, not in addition to, the Business Income (And Extra Expense) Coverage Limit of Insurance stated in the Declarations as applicable to the described premises.

**YY.  Resumption Of Operations**

Under the Additional Coverage for Resumption Of Operations, the following deletes and replaces Subparagraph **c.(1)** under Resumption Of Operations of the Loss Determination Condition in the Business Income (And Extra Expense) Coverage Form:

Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part by using:

**1.** Damaged or undamaged property, including merchandise of "stock", at the described premises or elsewhere; or

**2.** Any other available source of materials or outlet for your products.

**ZZ.** **Foundations And Underground Pipes**

Under the Building and Personal Property Coverage Form, Subparagraphs **2.f.**, **2.g.** and **2.m.** of Property Not Covered of Section **A.** Coverage do not apply.

The most we will pay for all loss or damage in any one occurrence under this Additional Coverage for Foundations and Underground Pipes is the Limit of Insurance indicated in the Supplemental Schedule.

**AAA.** **Awnings And Canopies – Permanently Attached**

Under the Building And Personal Property Coverage Form, Subparagraph **A.1.a.(1)** applicable to completed additions to buildings is extended to include coverage for loss or damage from a Covered Cause of Loss to permanently attached awnings and canopies.

The limit for this Extension is included in the Limit of Insurance applicable to the building.

**BBB.** **Fuel Storage Tanks And Pumps**

Under the Building and Personal Property Coverage Form, you may extend the insurance that applies to Building to apply to the following:

Above and below ground fuel storage tanks, including:

**(1)** Gasoline, diesel, kerosene or propane fuel storage tanks, including their contents, piping and connections pertaining thereto; and

**(2)** Gasoline, diesel, kerosene or propane fuel pumps and their electrical equipment.

For purposes of this Extension, Subparagraph **2.m.** (pertaining to underground pipes, flues and drains) of Property Not Covered of Section **A.** Coverage does not apply.

The limit for this Extension is included in the Limit of Insurance applicable to the building.


**SECTION II.   LIMITS OF INSURANCE**

Under the Building And Personal Property Coverage Form, Section **C.** Limits Of Insurance is amended to add the following:

**1.** **Automatic Increase - Building**

   **a.** The Limit of Insurance for buildings will automatically increase by the Automatic Increase - Building percentage shown in the Supplemental Schedule.

   **b.** The Automatic Increase - Building percentage applies proportionately throughout the Policy Period.  The actual amount of increase available on the day of loss or damage will be the last limit fixed for the property in the policy at inception, at anniversary or as subsequently endorsed:

   **(1)** Times the Automatic Increase - Building percentage from the Supplemental Schedule;

   **(2)** Times the number of days since the limit was last fixed;

   **(3)** Divided by 365.

**2.** **Automatic Increase – Your Business Personal Property**

**a.** The Limit of Insurance for Your Business Personal Property will automatically increase by the Automatic Increase – Your Business Personal Property percentage shown in the Supplemental Schedule.

**b.** The Automatic Increase - Your Business Personal Property percentage applies proportionately throughout the Policy Period.  The actual amount of increase available on the day of loss or damage will be the last limit fixed for the business personal property in the policy at inception, at anniversary or as subsequently endorsed:

**(1)** Times the Automatic Increase - Your Business Personal Property percentage from the Supplemental Schedule;

**(2)** Times the number of days since the limit was last fixed;

**(3)** Divided by 365.

**SECTION III.  ADDITIONAL CRIME EXCLUSIONS**

The following additional exclusions are added to Section **B.** Exclusions of the Causes Of Loss – Special Form, but only with respect to the described Additional Coverages:

With respect to the Additional Coverages applicable to Employee Dishonesty, Forgery Or Alteration, Money And Securities, Computer Fraud and/or Money Orders And Counterfeit Money, we will not pay for loss or damage:

**a.** Resulting from any dishonest or criminal act that you or any of your partners or "members" commit whether acting alone or in collusion with other persons;

**b.** Resulting from loss caused by an "employee" if the "employee" had also committed "theft" or any other dishonest act prior to the effective date of this insurance and you or any of your partners, "members", "managers", officers, directors or trustees, not in collusion with the "employee", learned of that "theft" or dishonest act prior to the Policy Period shown in the Declarations.

**c.** Resulting from any dishonest act committed by any of your "employees", except as provided for Employee Dishonesty, "managers" or directors:

**(1)** Whether acting alone or in collusion with other persons; or

**(2)** While performing services for you or otherwise;

**d.** Resulting from the unauthorized disclosure of your confidential information or the unauthorized use or disclosure of confidential information of another person or entity which is held by you.

**e.** Resulting from a loss that is an indirect result of any act or occurrence covered by this Additional Coverage including, but not limited to, loss resulting from:

**(1)** Your inability to realize income that you would have realized had there been no loss of or damage to "money", "securities" or other property;

**(2)** Payment of damages of any type for which you are legally liable.  But, we will pay compensatory damages arising directly from a loss covered under this Additional Coverage;

**(3)** Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this Additional Coverage; or

**f.** Resulting from expenses related to any legal action.

## SECTION IV.   ADDITIONAL CONDITIONS

**A.** The following additional conditions apply to Section **E.** Loss Conditions of the Building And Personal Property Coverage Form:

**1.** Under Paragraph **3.** Duties In The Event Of Loss Or Damage, the following condition is added:

**Notice Of A Loss Occurrence**

Notice of a loss occurrence by an agent, servant or "employee" of yours shall not constitute notice to you unless the agent, servant or "employee" is an officer, partner, "manager" of yours or any risk management personnel and/or any "employee(s)" responsible for accepting notice or handling claims.

**2.** Under Paragraph **4.** Loss Payment, the following condition is added:

**Partial Payment Of Loss**

We may, at our discretion, issue a partial payment of loss, subject to the policy provisions and the normal loss adjustment process.  To qualify for a partial payment of loss:

**a.** You must submit a sworn, partial proof or loss with supporting documentation.  We will supply the necessary forms; and

**b.** You must satisfy any applicable deductible.

However, we reserve the right to deny your claim in whole or in part.  If we ultimately deny your claim, you must reimburse us for any partial payment we have made.

**3.** Under Paragraph **7.** Valuation, the following condition is added:

**Pairs Or Sets**

In case of a total loss of any items that are part of a pair or set that is individually listed and described in the Declarations, we will pay the full Limit of Insurance shown in the Declaration for that pair or set.

In the case of loss to any part of a pair or set that is not individually listed and described in the Declarations, we may:

**a.** Repair of replace any part to restore the pair or set to its value prior to the loss; or

**b.** Pay the difference between the value of the pair or set prior to and following the loss.

**4.** With respect to the Crime Additional Coverages applicable to Employee Dishonesty, Forgery Or Alteration, Money And Securities, Computer Fraud and Money Orders And Counterfeit Money, the following apply:

**Duties In The Event Of Loss**

After you discover a loss or a situation that may result in loss of or damage to "money", "securities" or "other property" you must:

a.  Notify us as soon as possible.  If you have reason to believe that any loss involves a violation of law, you must also notify the local law enforcement authorities;

b.  Submit to examination under oath at our request and give us a signed statement of your answers;

c.  Give us a detailed, sworn proof of loss within 120 days.  With respect to Forgery Or Alteration, you must include with your proof of loss any instrument involved in that loss, or if that is not possible, an affidavit setting forth the amount and cause of loss; and

d.  Cooperate with us in the investigation and settlement of any claim.

**Loss Sustained During Prior Insurance**

We will pay only for covered loss or damage sustained during the Policy Period and discovered no later than one year from the end of the Policy Period.

**Extended Period To Discover Loss**

If you (or any predecessor in interest) sustained loss or damage during the Policy Period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Additional Coverage, provided:

a.  This Additional Coverage became effective at the time of cancellation or termination of the prior insurance; and

b.  The loss or damage would have been covered by this Additional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

The insurance under this condition is part of, not in addition to, the Limit of Insurance applying to this Additional Coverage and is limited to the lesser of the amount recoverable under:

(1)  This Additional Coverage as of its effective date; or

(2)  The prior insurance had it remained in effect.

**Records**

You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage

**Recoveries**

a.  Any recoveries, less the cost of obtaining them, made after settlement of loss covered by this policy will be distributed as follows:

(1)  To you, until you are reimbursed for any loss that you sustain that exceeds the Limit of Insurance and the Deductible, if any;

(2)  Then to us, until we are reimbursed for the settlement made; and

(3)  Then to you, until you are reimbursed for that part of the loss equal to the Deductible, if any.

b.  Recoveries do not include any recovery:

      **(1)** From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

      **(2)** Of original "securities" after duplicates of them have been issued.

  **Loss Payable Under More Than One Crime Coverage**

  If any loss is covered under more than one Additional Coverage for Employee Dishonesty, Forgery Or Alteration, Money And Securities, Computer Fraud and/or Money Orders And Counterfeit Money, we will only pay loss under the Additional Coverage that provides the highest limit for the loss.

**B.** The following conditions are added to Section **F.** Additional Conditions of the Building And Personal Property Coverage Form:

  **F. Additional Conditions**

  **Determination Of Accounts Receivable**

    **a.** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage:

      **(1)** We will determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

      **(2)** We will adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

    **b.** The following will be deducted from the total amount of accounts receivable, however that amount is established:

      **(1)** The amount of the accounts for which there is no loss or damage;

      **(2)** The amount of the accounts that you are able to re-establish or collect;

      **(3)** An amount to allow for probable bad debts that you are normally unable to collect; and

      **(4)** All unearned interest and service charges.

  **Unintentional Errors And Omissions**

  This insurance shall not be prejudiced by any unintentional act or inadvertent error or omission , incorrect valuation or incorrect description of your insurable interest, risk or property, provided notice is given to us as soon as practicable upon discovery of such error, omission, incorrect valuation or incorrect description.  However, we will only cover the loss or damage to the extent we would have provided coverage had such unintentional act or inadvertent error or omission, incorrect valuation or incorrect description not been made.

  You are to report any error or omission as soon as discovered.  We will correct the policy and/or our records and charge you any additional premium due.

## SECTION V. ADDITIONAL DEFINITIONS

The following definitions are added to the Building And Personal Property Coverage Form and/or the Business Income (And Extra Expense) Coverage Form, but only as respects coverage provided under this endorsement:

1. "Banking premises" means the interior of that portion on any building occupied by a banking institution or similar safe depository.

2. "Counterfeit money" means an imitation of "money" that is intended to deceive and to be taken as genuine.

3. "Defect" means a deficiency, inadequacy or dangerous condition.

4. "Dependent property" means property operated by others whom you depend on to:

   a. Deliver materials or services to you or to others for your account. But any property which delivers any of the following services is not a Contributing Location with respect to such services:

      (1) Water supply services;

      (2) Power supply services; or

      (3) Communication supply services, including services relating to internet access or access to any electronic network;

   b. Accept your products or services;

   c. Manufacture products for delivery to your customers under contract of sale; or

   d. Attract customers to your business.

   "Dependent property" does not include a road, bridge, tunnel, waterway, airfield, pipeline or any other similar area or structure.

5. "Employee", with respect to the Employee Dishonesty, Forgery Or Alteration, Money And Securities, Computer Fraud or Money Orders And Counterfeit Money Coverage Extensions, means:

   a. Any natural person:

      (1) While in your service or for 30 days after termination of service;

      (2) Who you compensate directly by salary, wages or commissions; and

      (3) Who you have the right to direct and control while performing services for you;

   b. Any natural person who is furnished temporarily to you:

      (1) To substitute for a permanent "employee" as defined in Paragraph **3.a.** above, who is on leave; or

      (2) To meet seasonal or short-term work load conditions;

   c. Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary "employee" as defined in Paragraph **3.c.** above;

   d. Any natural person who is a former "employee", director, partner, "member", "manager", representative or trustee retained as a consultant while performing services for you; or

   e. Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside any building you occupy in conducting your business.

But "employee" does not mean:

**(1)** Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character not specified in **3.a.** through **3.e.**; or

**(2)** Any "manager", director or trustee except while performing acts coming within the usual duties of an "employee".

6. "Fine arts" means bona fide works of art of rarity, historical value or artistic merit, including but not limited to paintings, etchings, pictures, tapestries and art glass windows.

7. "Forgery" means the signing of the name of another person or organization with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

8. "Fraudulent Instruction" means:

**a.** An electronic, telegraphic, cable, teletype, telefacsimile or telephone instruction which purports to have been transmitted by you, but which was in fact fraudulently transmitted by someone else without your knowledge or consent;

**b.** A written instruction (other than those described under the Forgery Or Alteration Extension) issued by you, which was forged or altered by someone other than you without your knowledge or consent, or which purports to have been issued by you, but was in fact fraudulently issued without your knowledge or consent; or

**c.** An electronic, telegraphic, cable, teletype, telefacsimile, telephone or written instruction initially received by you which purports to have been transmitted by an "employee" but which was in fact fraudulently transmitted by someone else without your or the "employee's" knowledge or consent.

9. "Funds" means "money" and "securities".

10. "Informant" means a person, other than an insured person providing information not otherwise obtainable, solely in return for a reward offered by you.

11. "Key" means a device which is used to open a lock.

12. "Manager" means a person serving in a directorial capacity for a limited liability company.

13. "Market Value" means the price which the property might be expected to realize, prior to loss or damage, if offered for sale in a fair market on the date the loss or damage occurred, the cost of reasonable restoration of the property or the replacement of the property with substantially the same property, whichever is less.

14. "Master key" means a key that opens all the locks of a set, the individual keys of which are not interchangeable.

15. "Member" means an owner of a limited liability company represented by its membership interest, who also may serve as a "manager".

16. "Messenger" means you, or a relative of yours, or any of your partners or "members", or any "employee" while having care and custody of property outside the premises.

17. "Money" means:

**a.** Currency, coins and bank notes in current use and having a face value; and

    **b.**   Travelers checks, register checks and money orders held for sale to the public.

**18.** "Occurrence" means:

    **a.**   Under Employee Dishonesty:

        **(1)** An individual act;

        **(2)** The combined total of all separate acts whether or not related; or

        **(3)** A series of acts whether or not related; committed by an "employee" acting alone or in collusion with other persons, during the Policy Period shown in the Declarations.

    **b.**   Under Forgery Or Alteration:

        **(1)** An individual act;

        **(2)** The combined total of all separate acts whether or not related; or

        **(3)** A series of acts whether or not related; committed by a person acting alone or in collusion with other persons, involving one or more instruments, during the Policy Period shown in the Declarations.

    **c.**   Under Money And Securities, Computer Fraud and Money Orders And Counterfeit Money:

        **(1)**  An individual act or event;

        **(2)** The combined total of all separate acts or events whether or not related; or

        **(3)** A series of acts or events whether or not related;

        committed by a person acting alone or in collusion with other persons, or not committed by any person, during the Policy Period shown in the Declarations,

**19.** "Other property" means any tangible property other than "money" and "securities" that has intrinsic value. "Other property" does not include computer programs, electronic data or any property specifically excluded under this insurance.

**20.** The "period of restoration" definition, with respect to "dependent property" is replaced by the following:

"Period of restoration" means the period of time that:

    **a.**   Begins 72 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the "dependent property"; and

    **b.**   Ends on the date when the property at the premises of the "dependent property" should be repaired, rebuilt or replaced with reasonable speed and similar quality.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

        **(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

        **(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

21. "Premises" mean the interior of that portion of any building you occupy in conducting your business, with respect to the Employee Dishonesty, Forgery Or Alteration, Money And Securities, Computer Fraud or Money Orders And Counterfeit Money Coverage Extensions.

22. "Reward" means money paid by you to an "informant" who leads to the arrest and conviction of parties responsible for the loss covered under this insurance.

23. "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

   a. Redeemed coupons, tokens, tickets (except lottery tickets held for sale), revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

   b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you; but does not include "money".

24. "Theft" means the unlawful taking of property to the deprivation of the insured.

25. "Transfer account" means an account maintained by you at a financial institution from which you can initiate the transfer, payment or delivery of "funds":

   a. By means of electronic, telegraphic, cable, teletype, telefacsimile or telephone instructions communicated directly through an electronic funds transfer system; or

   b. By means of written instructions (other than those described under the Extension for Forgery Or Alteration) establishing the conditions under which such transfers are to be initiated by such financial institution through an electronic funds transfer system.

COMMERCIAL PROPERTY
CP 00 10 10 12

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery; and

(b) Equipment;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a) Fire-extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the building or structure;

(b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater:

(1) Furniture and fixtures;

(2) Machinery and equipment;

(3) "Stock";

(4) All other personal property owned by you and used in your business;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy but do not own; and

(b) You acquired or made at your expense but cannot legally remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c. Personal Property Of Others** that is:

(1) In your care, custody or control; and

(2) Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

   **(1)** The lowest basement floor; or

   **(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.**, does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

   **(1)** Are licensed for use on public roads; or

   **(2)** Are operated principally away from the described premises.

   This paragraph does not apply to:

     **(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

© Insurance Services Office, Inc., 2011
**CP 00 10 10 12**

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** Rowboats or canoes out of water at the described premises; or

**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(2)**, **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

**(b)** Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

**(c)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

**(d)** Remove property of others of a type that would not be Covered Property under this Coverage Form;

**(e)** Remove deposits of mud or earth from the grounds of the described premises;

**(f)** Extract "pollutants" from land or water; or

**(g)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

**(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

 © Insurance Services Office, Inc., 2011

Therefore, if **(4)(a)** and/or **(4)(b)** applies, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**Example 1**

| | |
|---|---:|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 − $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |

($10,000 is 20% of $50,000.)

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3).**

**Example 2**

| | |
|---|---:|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 80,000 |
| Amount of Loss Payable: | $ 79,500 |
| | ($80,000 − $500) |
| Debris Removal Expense: | $ 40,000 |
| Debris Removal Expense Payable | |
| Basic Amount: | $ 10,500 |
| Additional Amount: | $ 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4).** Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

 © Insurance Services Office, Inc., 2011

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

(1) This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

(2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

(3) The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay for:

(a) The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

(b) Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

(6) The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

(7) With respect to this Additional Coverage:

(a) We will not pay for the Increased Cost of Construction:

(i) Until the property is actually repaired or replaced at the same or another premises; and

(ii) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

© Insurance Services Office, Inc., 2011

**(4)** The most we will pay under this Additional Coverage, Electronic Data, is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

© Insurance Services Office, Inc., 2011

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss — Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(3)** If the Causes Of Loss — Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

© Insurance Services Office, Inc., 2011

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**f. Non-owned Detached Trailers**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

    (a) The trailer is used in your business;

    (b) The trailer is in your care, custody or control at the premises described in the Declarations; and

    (c) You have a contractual responsibility to pay for loss or damage to the trailer.

(2) We will not pay for any loss or damage that occurs:

    (a) While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

    (b) During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

(3) The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

(4) This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g. Business Personal Property Temporarily In Portable Storage Units**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the building or structure described in the Declarations or within 100 feet of the premises described in the Declarations, whichever distance is greater.

(2) If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

(3) Coverage under this Extension:

    (a) Will end 90 days after the business personal property has been placed in the storage unit;

    (b) Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

(4) Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

(5) This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

 © Insurance Services Office, Inc., 2011

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

1. Fire Department Service Charge;
2. Pollutant Clean-up And Removal;
3. Increased Cost Of Construction; and
4. Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example 1**

(This example assumes there is no Coinsurance penalty.)

| | | |
|---|---:|---:|
| Deductible: | $ | 250 |
| Limit of Insurance – Building 1: | $ | 60,000 |
| Limit of Insurance – Building 2: | $ | 80,000 |
| Loss to Building 1: | $ | 60,100 |
| Loss to Building 2: | $ | 90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

$ 60,100
− 250
$ 59,850 Loss Payable – Building 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

**Example 2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

| | | |
|---|---:|---:|
| Loss to Building 1: | $ | 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | | |
| Loss to Building 2: | $ | 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | | |
| Loss Payable – Building 1: | $ | 60,000 |
| (Limit of Insurance) | | |
| Loss Payable – Building 2: | $ | 80,000 |
| (Limit of Insurance) | | |
| Total amount of loss payable: | $ | 140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

© Insurance Services Office, Inc., 2011

h. A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

**a. Description Of Terms**

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

(a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

(b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

(i) Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

(ii) Used by the building owner to conduct customary operations.

(2) Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

a. At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

b. If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

© Insurance Services Office, Inc., 2011

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value, even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety-glazing material if required by law.

**e.** Tenants' Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

(4) Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example 1 (Underinsurance)**

| When: | | |
|---|---|---|
| The value of the property is: | $ 250,000 |
| The Coinsurance percentage for it is: | 80% |
| The Limit of Insurance for it is: | $ 100,000 |
| The Deductible is: | $ 250 |
| The amount of loss is: | $ 40,000 |

Step **(1)**: $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2)**: $100,000 ÷ $200,000 = .50

Step **(3)**: $40,000 x .50 = $20,000

Step **(4)**: $20,000 − $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example 2 (Adequate Insurance)**

| When: | | |
|---|---|---|
| The value of the property is: | $ 250,000 |
| The Coinsurance percentage for it is: | 80% |
| The Limit of Insurance for it is: | $ 200,000 |
| The Deductible is: | $ 250 |
| The amount of loss is: | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate, and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

b. If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example 3**

| When: | The value of the property is: | |
|---|---|---|
| | Building at Location 1: | $ 75,000 |
| | Building at Location 2: | $ 100,000 |
| | Personal Property at Location 2: | $ 75,000 |
| | | $ 250,000 |
| | The Coinsurance percentage for it is: | 90% |
| | The Limit of Insurance for Buildings and Personal Property at Locations 1 and 2 is: | $ 180,000 |
| | The Deductible is: | $ 1,000 |
| | The amount of loss is: | |
| | Building at Location 2: | $ 30,000 |
| | Personal Property at Location 2: | $ 20,000 |
| | | $ 50,000 |

Step (1): $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2): $180,000 ÷ $225,000 = .80

Step (3): $50,000 x .80 = $40,000

Step (4): $40,000 − $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

a. The term mortgageholder includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

e. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgageholder at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

**1. Agreed Value**

a. The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

© Insurance Services Office, Inc., 2011 **CP 00 10 10 12**

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

    **(1)** On or after the effective date of this Optional Coverage; and

    **(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

  **a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

  **b.** The amount of increase will be:

    **(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

    **(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

    **(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example**

If:

| | |
|---|---:|
| The applicable Limit of Insurance is: | $ 100,000 |
| The annual percentage increase is: | 8% |
| The number of days since the beginning of the policy year (or last policy change) is: | 146 |
| The amount of increase is: $100,000 x .08 x 146 ÷ 365 = | $ 3,200 |

**3. Replacement Cost**

  **a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

  **b.** This Optional Coverage does not apply to:

    **(1)** Personal property of others;

    **(2)** Contents of a residence;

    **(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

    **(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

  **c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

  **d.** We will not pay on a replacement cost basis for any loss or damage:

    **(1)** Until the lost or damaged property is actually repaired or replaced; and

    **(2)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

    **(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

    **(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

  **e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

    **(1)** The Limit of Insurance applicable to the lost or damaged property;

    **(2)** The cost to replace the lost or damaged property with other property:

      **(a)** Of comparable material and quality; and

      **(b)** Used for the same purpose; or

    **(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

© Insurance Services Office, Inc., 2011

COMMERCIAL PROPERTY
CP 00 30 10 12

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Coverage

### 1. Business Income

Business Income means the:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit Of Insurance is shown in the Declarations:

**(1)** Business Income Including "Rental Value".

**(2)** Business Income Other Than "Rental Value".

**(3)** "Rental Value".

If option **(1)** above is selected, the term Business Income will include "Rental Value". If option **(3)** above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit Of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises means:

**(a)** The portion of the building which you rent, lease or occupy;

**(b)** The area within 100 feet of the building or within 100 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(c)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

### 2. Extra Expense

**a.** Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

**b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

**(1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

 © Insurance Services Office, Inc., 2011

**(2)** Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

**3. Covered Causes Of Loss, Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Limitation – Interruption Of Computer Operations**

**a.** Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

**b.** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

**c.** Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**d.** This Additional Limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**5. Additional Coverages**

**a. Civil Authority**

In this Additional Coverage, Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

**(1)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

**(2)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

**(1)** Four consecutive weeks after the date of that action; or

**(2)** When your Civil Authority Coverage for Business Income ends;

whichever is later.

 © Insurance Services Office, Inc., 2011

**b. Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

**(1)** New buildings or structures, whether complete or under construction;

**(2)** Alterations or additions to existing buildings or structures; and

**(3)** Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

**(a)** Used in the construction, alterations or additions; or

**(b)** Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**c. Extended Business Income**

**(1) Business Income Other Than "Rental Value"**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(1)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(2) "Rental Value"**

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

**(a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d. Interruption Of Computer Operations**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Additional Limitation — Interruption Of Computer Operations.

**(2)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss. However, we will not provide coverage under this Additional Coverage when the Additional Limitation — Interruption Of Computer Operations does not apply based on Paragraph **A.4.d.** therein.

**(3)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Interruption Of Computer Operations.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Interruption Of Computer Operations, is $2,500 (unless a higher limit is shown in the Declarations) for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(5)** This Additional Coverage, Interruption Of Computer Operations, does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **(4)** above has not been exhausted.

**6. Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**Newly Acquired Locations**

**a.** You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

**b.** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location, unless a higher limit is shown in the Declarations.

**c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 30 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

The Additional Condition, Coinsurance, does not apply to this Extension.

## B. Limits Of Insurance

The most we will pay for loss in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

Payments under the following coverages will not increase the applicable Limit of Insurance:

**1.** Alterations And New Buildings;

**2.** Civil Authority;

**3.** Extra Expense; or

**4.** Extended Business Income.

The amounts of insurance stated in the Interruption Of Computer Operations Additional Coverage and the Newly Acquired Locations Coverage Extension apply in accordance with the terms of those coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage.

## C. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

## 2. Duties In The Event Of Loss

**a.** You must see that the following are done in the event of loss:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the direct physical loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(6)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(7)** Cooperate with us in the investigation or settlement of the claim.

**(8)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

© Insurance Services Office, Inc., 2011

**3. Loss Determination**

**a.** The amount of Business Income loss will be determined based on:

**(1)** The Net Income of the business before the direct physical loss or damage occurred;

**(2)** The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

**(3)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

**(4)** Other relevant sources of information, including:

**(a)** Your financial records and accounting procedures;

**(b)** Bills, invoices and other vouchers; and

**(c)** Deeds, liens or contracts.

**b.** The amount of Extra Expense will be determined based on:

**(1)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

**(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

**(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(2)** Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

**c. Resumption Of Operations**

We will reduce the amount of your:

**(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**d.** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**4. Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**a.** We have reached agreement with you on the amount of loss; or

**b.** An appraisal award has been made.

**D. Additional Condition**

**COINSURANCE**

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

**1.** The Coinsurance percentage shown for Business Income in the Declarations; times

**2.** The sum of:

**a.** The Net Income (Net Profit or Loss before income taxes), and

**b.** Operating expenses, including payroll expenses,

that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

Instead, we will determine the most we will pay using the following steps:

Step **(1)**: Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

Step **(2)**: Divide the Limit of Insurance for the described premises by the figure determined in Step **(1)**; and

Step **(3)**: Multiply the total amount of loss by the figure determined in Step **(2)**.

We will pay the amount determined in Step **(3)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

    **(1)** Prepaid freight — outgoing;

    **(2)** Returns and allowances;

    **(3)** Discounts;

    **(4)** Bad debts;

    **(5)** Collection expenses;

    **(6)** Cost of raw stock and factory supplies consumed (including transportation charges);

    **(7)** Cost of merchandise sold (including transportation charges);

    **(8)** Cost of other supplies consumed (including transportation charges);

    **(9)** Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

    **(10)** Power, heat and refrigeration expenses that do not continue under contract (if Form **CP 15 11** is attached);

    **(11)** All payroll expenses or the amount of payroll expense excluded (if Form **CP 15 10** is attached); and

    **(12)** Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion — not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

**Example 1 (Underinsurance)**

| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: | $ 400,000 |
|---|---|---|
| | The Coinsurance percentage is: | 50% |
| | The Limit of Insurance is: | $ 150,000 |
| | The amount of loss is: | $ 80,000 |

Step **(1)**: $400,000 x 50% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2)**: $150,000 ÷ $200,000 = .75

Step **(3)**: $80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

**Example 2 (Adequate Insurance)**

| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: | $ 400,000 |
|---|---|---|
| | The Coinsurance percentage is: | 50% |
| | The Limit of Insurance is: | $ 200,000 |
| | The amount of loss is: | $ 80,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense Coverage.

**E.  Optional Coverages**

    If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

    **1.  Maximum Period Of Indemnity**

        **a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

© Insurance Services Office, Inc., 2011

   **b.** The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

     **(1)** The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

     **(2)** The Limit Of Insurance shown in the Declarations.

**2. Monthly Limit Of Indemnity**

   **a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

   **b.** The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

     **(1)** The Limit of Insurance, multiplied by

     **(2)** The fraction shown in the Declarations for this Optional Coverage.

**Example**

| When: | The Limit of Insurance is: | $ 120,000 |
|---|---|---|
| | The fraction shown in the Declarations for this Optional Coverage is: | 1/4 |
| | The most we will pay for loss in each period of 30 consecutive days is: | $ 30,000 |
| | ($120,000 x 1/4 = $30,000) | |
| | If, in this example, the actual amount of loss is: | |
| | Days 1–30: | $ 40,000 |
| | Days 31–60: | $ 20,000 |
| | Days 61–90: | $ 30,000 |
| | | $ 90,000 |
| | We will pay: | |
| | Days 1–30: | $ 30,000 |
| | Days 31–60: | $ 20,000 |
| | Days 61–90: | $ 30,000 |
| | | $ 80,000 |

The remaining $10,000 is not covered.

**3. Business Income Agreed Value**

   **a.** To activate this Optional Coverage:

     **(1)** A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

       **(a)** During the 12 months prior to the date of the Work Sheet; and

       **(b)** Estimated for the 12 months immediately following the inception of this Optional Coverage.

     **(2)** The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

       **(a)** The Coinsurance percentage shown in the Declarations; multiplied by

       **(b)** The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

   **b.** The Additional Condition, Coinsurance, is suspended until:

     **(1)** 12 months after the effective date of this Optional Coverage; or

     **(2)** The expiration date of this policy;

   whichever occurs first.

   **c.** We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

     **(1)** Within 12 months of the effective date of this Optional Coverage; or

     **(2)** When you request a change in your Business Income Limit of Insurance.

   **d.** If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

     **(1)** The Business Income Limit of Insurance; divided by

     **(2)** The Agreed Value.

**Example**

| When: | The Limit of Insurance is: | $ 100,000 |
|---|---|---|
| | The Agreed Value is: | $ 200,000 |
| | The amount of loss is: | $ 80,000 |

Step **(1):** $100,000 ÷ $200,000 = .50

Step **(2):** .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

**4. Extended Period Of Indemnity**

   Under Paragraph **A.5.c., Extended Business Income,** the number 60 in Subparagraphs **(1)(b)** and **(2)(b)** is replaced by the number shown in the Declarations for this Optional Coverage.

 © Insurance Services Office, Inc., 2011

## F. Definitions

1. "Finished stock" means stock you have manufactured.

   "Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

   "Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

2. "Operations" means:

   **a.** Your business activities occurring at the described premises; and

   **b.** The tenantability of the described premises, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

3. "Period of restoration" means the period of time that:

   **a.** Begins:

   **(1)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

   **(2)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

   caused by or resulting from any Covered Cause of Loss at the described premises; and

   **b.** Ends on the earlier of:

   **(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

   **(2)** The date when business is resumed at a new permanent location.

   "Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

   **(1)** Regulates the construction, use or repair, or requires the tearing down, of any property; or

   **(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

   The expiration date of this policy will not cut short the "period of restoration".

4. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

5. "Rental Value" means Business Income that consists of:

   **a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

   **b.** Continuing normal operating expenses incurred in connection with that premises, including:

   **(1)** Payroll; and

   **(2)** The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

6. "Suspension" means:

   **a.** The slowdown or cessation of your business activities; or

   **b.** That a part or all of the described premises is rendered untenantable, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:

    a. During the policy period shown in the Declarations; and

    b. Within the coverage territory.

2. The coverage territory is:

    a. The United States of America (including its territories and possessions);

    b. Puerto Rico; and

    c. Canada.

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

    a. Someone insured by this insurance;

    b. A business firm:

        (1) Owned or controlled by you; or

        (2) That owns or controls you; or

    c. Your tenant.

This will not restrict your insurance.

     Copyright, ISO Commercial Risk Services, Inc.,  1983, 1987     **CP 00 90 07 88**   ☐

**COMMERCIAL PROPERTY**
**CP 01 40 07 06**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other micro-organism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

  **1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

  **2.** Additional Coverage — Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

**COMMERCIAL PROPERTY**
**CP P 011 08 08**

# WATER EXCLUSION ENDORSEMENT
# ADVISORY NOTICE TO POLICYHOLDERS

This Notice does not form a part of your insurance contract. No coverage is provided by this Notice, nor can it be construed to replace any provisions of your policy (including its endorsements). If there is any conflict between this Notice and the policy (including its endorsements), **the provisions of the policy (including its endorsements) shall prevail.**

Carefully read your policy, including the endorsements attached to your policy.

This Notice provides information concerning the following new endorsement, which applies to your new or renewal policy being issued by us:

**Water Exclusion Endorsement CP 10 32 08 08**

This endorsement replaces the current water exclusion in your policy with a revised exclusion. The revised exclusion contains language reinforcing the scope of the water exclusion, and explicitly states that such exclusion applies regardless of whether the water damage is caused by an act of nature or is otherwise caused. Specific mention is made of various boundary or containment systems such as dams and levees to further highlight this point. Further, express references to tsunami, storm surge and waterborne material are also added to the exclusion.

The exclusion in this endorsement applies to all coverages provided by your Commercial Property insurance, including (if any) property damage and business income coverages, unless stated otherwise in your policy.

COMMERCIAL PROPERTY
CP 10 30 10 12

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.** Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

## B. Exclusions

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

### a. Ordinance Or Law

The enforcement of or compliance with any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

**(a)** An ordinance or law that is enforced even if the property has not been damaged; or

**(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

### b. Earth Movement

**(1)** Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

With respect to coverage for Volcanic Action as set forth in **(5)(a)**, **(5)(b)** and **(5)(c)**, all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)**, **(3)** or **(4)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **(1)** through **(5),** results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

  © Insurance Services Office, Inc., 2011  **CP 10 30 10 12**

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria result from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

**(1)** Applies whether or not an act occurs during your normal hours of operation;

**(2)** Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.**, does not apply:

**(a)** To the extent that coverage is provided under the Additional Coverage, Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.**, does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

          © Insurance Services Office, Inc., 2011          **CP 10 30 10 12**

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

(1) Any loss caused by or resulting from:

   (a) Damage or destruction of "finished stock"; or

   (b) The time required to reproduce "finished stock".

   This exclusion does not apply to Extra Expense.

(2) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

(3) Any increase of loss caused by or resulting from:

   (a) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

   (b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

(4) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

(5) Any other consequential loss.

**b. Leasehold Interest Coverage Form**

(1) Paragraph **B.1.a.**, Ordinance Or Law, does not apply to insurance under this Coverage Form.

(2) We will not pay for any loss caused by:

   (a) Your cancelling the lease;

   (b) The suspension, lapse or cancellation of any license; or

   (c) Any other consequential loss.

**c. Legal Liability Coverage Form**

(1) The following exclusions do not apply to insurance under this Coverage Form:

   (a) Paragraph **B.1.a.** Ordinance Or Law;

   (b) Paragraph **B.1.c.** Governmental Action;

   (c) Paragraph **B.1.d.** Nuclear Hazard;

   (d) Paragraph **B.1.e.** Utility Services; and

   (e) Paragraph **B.1.f.** War And Military Action.

(2) The following additional exclusions apply to insurance under this Coverage Form:

   (a) **Contractual Liability**

   We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

   (i) Your assumption of liability was executed prior to the accident; and

   (ii) The building is Covered Property under this Coverage Form.

   (b) **Nuclear Hazard**

   We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5. Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

**a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**d.** Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

**(1)** Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

**(2)** Business Income Coverage or Extra Expense Coverage.

**e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

**f.** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**g.** Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

**(1)** Dampness or dryness of atmosphere or of soil supporting the vegetation;

**(2)** Changes in or extremes of temperature;

**(3)** Disease;

**(4)** Frost or hail; or

**(5)** Rain, snow, ice or sleet.

**2.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

**a.** Animals, and then only if they are killed or their destruction is made necessary.

**b.** Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

**(1)** Glass; or

**(2)** Containers of property held for sale.

**c.** Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

**(1)** If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

**(2)** To Business Income Coverage or to Extra Expense Coverage.

© Insurance Services Office, Inc., 2011

3. The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are (unless a higher limit is shown in the Declarations):

   **a.** $2,500 for furs, fur garments and garments trimmed with fur.

   **b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

   **c.** $2,500 for patterns, dies, molds and forms.

   **d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

   These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

   This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

   **a.** Results in discharge of any substance from an automatic fire protection system; or

   **b.** Is directly caused by freezing.

   However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

## D. Additional Coverage — Collapse

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

1. For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

2. We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

   **a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

   **b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

   **c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

   **d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

   **(1)** A cause of loss listed in **2.a.** or **2.b.;**

   **(2)** One or more of the "specified causes of loss";

   **(3)** Breakage of building glass;

   **(4)** Weight of people or personal property; or

   **(5)** Weight of rain that collects on a roof.

3. This **Additional Coverage — Collapse** does **not** apply to:

   **a.** A building or any part of a building that is in danger of falling down or caving in;

   **b.** A part of a building that is standing, even if it has separated from another part of the building; or

   **c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

4. With respect to the following property:

   **a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

**b.** Awnings, gutters and downspouts;

**c.** Yard fixtures;

**d.** Outdoor swimming pools;

**e.** Fences;

**f.** Piers, wharves and docks;

**g.** Beach or diving platforms or appurtenances;

**h.** Retaining walls; and

**i.** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.,** we will pay for loss or damage to that property only if:

**(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

**(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.;**

**b.** The personal property which collapses is inside a building; and

**c.** The property which collapses is not of a kind listed in **4.,** regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**6.** This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**7.** This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

**8.** The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **D.1.** through **D.7.**

**E. Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

**1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

**a.** A "specified cause of loss" other than fire or lightning; or

**b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**2.** We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

**a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

**b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

**c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

© Insurance Services Office, Inc., 2011 **CP 10 30 10 12**

**4.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**5.** The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

**6.** The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

**a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

**b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F. Additional Coverage Extensions**

**1. Property In Transit**

This Extension applies only to your personal property to which this form applies.

**a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

**b.** Loss or damage must be caused by or result from one of the following causes of loss:

**(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

**(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

**(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

**c.** The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

**2. Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

**3. Glass**

**a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension **F.3.** does not increase the Limit of Insurance.

**G. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss or damage to:

**(1)** Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means:

**(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; and

**(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

© Insurance Services Office, Inc., 2011

# Fairmont Property Coverage Extension Endorsement Supplemental Schedule

**Deluxe Form**

This Schedule is used in conjunction with the Commercial Property Coverage Part Declarations when the Commercial Property Coverage Part includes the Property Coverage Extension Endorsement.  This Schedule supplements the Commercial Property Coverage Part Declarations.

| Additional Coverages And Coverage Extensions | | Limits Of Insurance | |
|---|---|---|---|
| Accounts Receivable | | $ 100,000 | Each Described Premises, Per Occurrence |
| | | $ 5,000 | Not At Described Premises, Per Occurrence |
| Automatic Building Increase | | 2% | |
| Automatic Your Business Personal Property Increase | | 4% | |
| Awnings And Canopies – Permanently Attached | | Included in Building Limit | |
| Brands And Labels | | $ 25,000 | Per Occurrence |
| Business Income And Extra Expense | | $ 25,000 | Per Occurrence |
| Computer Fraud | | $ 25,000 | Per Occurrence |
| Consigned Property | | $ 25,000 | Each Described Premises |
| Contractual Penalties | | $ 25,000 | Per Occurrence |
| | | $ 50,000 | Annual Aggregate |
| Credit Card Invoices | | $ 25,000 | Per Occurrence |
| Damage To Building From Theft | | $ 25,000 | Per Occurrence |
| Debris Removal – Covered Property | | $ 25,000 | Each Described Premises, Per Occurrence |
| Debris Removal – Other Than Covered Property | | $ 25,000 | Per Occurrence |
| Dependent Properties | | $ 25,000 | Per Occurrence |
| Electronic Data | Data | $ 25,000 | Annual Aggregate |
| Processing Coverage | Equipment | $ 100,000 | Each Described Premises |
| | Interruption Of Computer Operations | $ 25,000 | Annual Aggregate |
| Employee Dishonesty | | $ 25,000 | Per Occurrence |
| Erroneous Delivery Of Liquid Products | | $ 150,000 | Per Occurrence |
| False Pretense | | $ 1,500 | Per Occurrence |
| Fine Arts – Described Premises | | $ 25,000 | Each Described Premises |
| Fine Arts – Newly Acquired Locations | | $ 10,000 | Per Occurrence |
| Fire Department Service Charge | | $ 10,000 | Per Occurrence |
| Fire Extinguisher Systems Expense | | $ 10,000 | Per Occurrence |
| Forgery Or Alteration | | $ 25,000 | Per Occurrence |
| Foundations And Underground Pipes | | $ 100,000 | Per Occurrence |
| Fuel Storage Tanks And Pumps | | $ Included in Building Limit | |
| Gas Or Oil Contamination | | $ 50,000 | Per Occurrence |
| Inventory And Appraisal Expense | | $ 10,000 | Per Occurrence |
| Leased, Loaned Or Rented Tanks And Related Equipment | | $ 10,000 | Per Occurrence |
| Leasehold Interest – Undamaged Improvements And | | $ 50,000 | Per Occurrence |

| **Additional Coverages And Coverage Extensions** | | **Limits Of Insurance** | |
|---|---|---|---|
| Betterments | | | |
| Lessee Changeover – Building | $ | 100,000 | Per Occurrence |
| Lost Key Consequential Loss | $ | 5,000 | Per Occurrence |
| Mobile Equipment | $ | 25,000 | Per Occurrence |
| Money And Securities – Inside The Premises | $ | 10,000 | Per Occurrence |
| Money And Securities – Outside The Premises | $ | 5,000 | Per Occurrence |
| Money Orders And Counterfeit Money | $ | 5,000 | Per Occurrence |
| Newly Acquired Or Constructed Property – Buildings | $ | 1,000,000 | Each Building |
| Newly Acquired Or Constructed Property – Your Business Personal Property | $ | 500,000 | Each Building |
| Ordinance Or Law – Machinery And Equipment | | Included in Property Limit | |
| Ordinance Or Law    Loss To The Undamaged Portion Of The Building | | Included in Building Limit | |
| Demolition Cost | $ | 100,000 | Per Occurrence |
| Increased Cost Of Construction | $ | 100,000 | Per Occurrence |
| Outdoor Property – Fences/Retaining Walls | $ | 10,000 | Per Occurrence |
| Outdoor Property – Antennas | $ | 10,000 | Per Occurrence |
| Outdoor Signs | $ | 10,000 | Per Occurrence |
| Personal Effects And Property Of Others | $ | 10,000 | Each Described Premises |
| Pollutant Clean Up And Removal At Described Premises And Non-Owned Premises | $ | 100,000 | Each Premises |
| | $ | 100,000 | Combined Annual Aggregate |
| | $ | 5,000 | Deductible Per Occurrence Or Claim |
| Property In Transit | $ | 50,000 | Per Occurrence |
| Property In the Open | $ | 100,000 | Per Occurrence |
| Property Of Others You Transport | $ | 50,000 | Per Occurrence |
| Property Off-premises | $ | 50,000 | Per Occurrence |
| Reward Payment – Arson, Theft Or Vandalism | $ | 10,000 | Per Person, Per Occurrence |
| Spoilage – Includes Breakdown Or Contamination | $ | 10,000 | Each Described Premises |
| Tank Leakage | $ | 25,000 | Annual Aggregate |
| Terminal Access Card | $ | 75,000 | Each Described Premises |
| Transit Business Income | | Included in Business Income Limit | |
| Trees, Shrubs And Plants (Other Than Stock) | $ | 2,500 | Any One Tree, Shrub or Plant |
| | $ | 25,000 | Per Occurrence |
| Underground Water And Backup Of Sewers And Drains | $ | 25,000 | Per Occurrence |
| Utility Services – Direct Damage And Time Element | $ | 10,000 | Per Occurrence |
| Valuable Papers And Records (Other Than Electronic Data) – Described Premises | $ | 25,000 | Each Described Premises |
| Valuable Papers And Records (Other Than Electronic Data) - Off Premises | $ | 5,000 | Per Occurrence |

The Coinsurance Additional Condition does not apply to the Property Coverage Extensions provided under this Supplemental Schedule.

COMMERCIAL GENERAL LIABILITY
CG P 016 05 14

# GENERAL LIABILITY ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION EXCLUSIONS

# ADVISORY NOTICE TO POLICYHOLDERS

This Notice does not form part of your policy. No coverage is provided by this Notice nor can it be construed to replace any provision of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided. If there is any conflict between the Policy and this Notice, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

Carefully read your policy, including the endorsements attached to your policy.

This Notice provides information concerning the following new endorsements, which applies to your renewal policy being issued by us:

**CG 21 06 05 14 – Exclusion – Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability – With Limited Bodily Injury Exception (For Use With The Commercial General Liability Coverage Part)**

When this endorsement is attached to your policy:

- Under Coverage **A** – Bodily Injury And Property Damage Liability, coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This is a reinforcement of coverage.
- Under Coverage **B** – Personal And Advertising Injury Liability, coverage is excluded for personal and advertising injury arising out of any access to or disclosure of confidential or personal information. To the extent that any access or disclosure of confidential or personal information results in an oral or written publication that violates a person's right of privacy, this may result in a reduction in coverage.

**CG 21 07 05 14 – Exclusion – Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability – Limited Bodily Injury Exception Not Included (For Use With The Commercial General Liability Coverage Part)**

When this endorsement is attached to your policy:

- Under Coverage **A** – Bodily Injury And Property Damage Liability, coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This is a reinforcement of coverage. However, when this endorsement is attached, it will result in a reduction of coverage due to the deletion of an exception with respect to damages because of bodily injury arising out of loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.
- Under Coverage **B** – Personal And Advertising Injury Liability, coverage is excluded for personal and advertising injury arising out of any access to or disclosure of confidential or personal information. To the extent that any access or disclosure of confidential or personal information results in an oral or written publication that violates a person's right of privacy, this may result in a reduction in coverage.

**CG 21 08 05 14 – Exclusion – Access Or Disclosure Of Confidential Or Personal Information (Coverage B Only) (For Use With The Commercial General Liability Coverage Part)**

When this endorsement is attached to your policy, coverage is excluded for personal and advertising injury arising out of any access to or disclosure of confidential or personal information. To the extent that any access or disclosure of confidential or personal information results in an oral or written publication that violates a person's right of privacy, this may result in a reduction in coverage.

**CG 04 37 – Electronic Data Liability (For Use With The Commercial General Liability Coverage Part)**

With respect to damages arising out of access or disclosure of confidential or personal information, when this endorsement is attached to your policy:

- Under Coverage **A** – Bodily Injury And Property Damage Liability, coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This is a reinforcement of coverage.
- Under Coverage **B** – Personal And Advertising Injury Liability, coverage is excluded for personal and advertising injury arising out of any access to or disclosure of confidential or personal information. To the extent that any access or disclosure of confidential or personal information results in an oral or written publication that violates a person's right of privacy, this may result in a reduction in coverage.

**CG 33 53 05 14 – Exclusion – Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability – With Limited Bodily Injury Exception (For Use With The Owners And Contractors Protective Liability Coverage Part and Products/Completed Operations Coverage Part)**

When this endorsement is attached to your policy, coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This is a reinforcement of coverage.

**CG 33 59 05 14 – Exclusion – Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability – Limited Bodily Injury Exception Not Included (For Use With The Owners And Contractors Protective Liability and Products/Completed Operations Liability Coverage Parts)**

When this endorsement is attached to your policy, coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This is a reinforcement of coverage.

However, when this endorsement is attached, it will result in a reduction of coverage due to the deletion of an exception with respect to damages because of bodily injury arising out of loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

**CG 33 63 – Exclusion – Access, Disclosure Or Unauthorized Use Of Electronic Data (For Use With The Electronic Data Liability Coverage Part)**

With respect to damages arising out of access or disclosure of confidential or personal information, when this endorsement is attached to your policy coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This is a reinforcement of coverage.

However, to the extent that damages arising out of theft or unauthorized viewing, copying, use, corruption, manipulation or deletion, of electronic data by any Named Insured, past or present employee, temporary worker or volunteer worker of the Named Insured may extend beyond loss of electronic data arising out of such theft or the other listed items, this revision may be considered a reduction in coverage.

COMMERCIAL GENERAL LIABILITY
CG 00 01 04 13

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

## COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

   **(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

   **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

b. This insurance applies to "bodily injury" and "property damage" only if:

   **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

   **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

   **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

   **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

   **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

   **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

© Insurance Services Office, Inc., 2012

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

　**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

　**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

　**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

　**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. Employer's Liability

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

　**(a)** Employment by the insured; or

　**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

 © Insurance Services Office, Inc., 2012

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

 © Insurance Services Office, Inc., 2012

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

### 2. Exclusions

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

© Insurance Services Office, Inc., 2012

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of web sites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

 © Insurance Services Office, Inc., 2012

## COVERAGE C — MEDICAL PAYMENTS

### 1. Insuring Agreement

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

  **(1)** On premises you own or rent;

  **(2)** On ways next to premises you own or rent; or

  **(3)** Because of your operations;

provided that:

  **(a)** The accident takes place in the "coverage territory" and during the policy period;

  **(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

  **(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

  **(1)** First aid administered at the time of an accident;

  **(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

  **(3)** Necessary ambulance, hospital, professional nursing and funeral services.

### 2. Exclusions

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

## SUPPLEMENTARY PAYMENTS — COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

© Insurance Services Office, Inc., 2012

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I — Coverage **A** — Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II — WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

 © Insurance Services Office, Inc., 2012

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III — LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C**;

**b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B**.

© Insurance Services Office, Inc., 2012

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   **a.** Damages under Coverage **A**; and

   **b.** Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

### 1. Bankruptcy

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

### 2. Duties In The Event Of Occurrence, Offense, Claim Or Suit

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

   **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   **(2)** Authorize us to obtain records and other information;

   **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

### 3. Legal Action Against Us

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

 © Insurance Services Office, Inc., 2012

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** — Coverage **A** — Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

    **(a)** Snow removal;

    **(b)** Road maintenance, but not construction or resurfacing; or

    **(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

    **(1)** Products that are still in your physical possession; or

    **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

        **(a)** When all of the work called for in your contract has been completed.

        **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

        **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

    Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

    **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

    **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

    **(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

 © Insurance Services Office, Inc., 2012

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2012

COMMERCIAL GENERAL LIABILITY
CG 21 84 01 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED NUCLEAR, BIOLOGICAL, CHEMICAL OR RADIOLOGICAL ACTS OF TERRORISM; CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism". However, this exclusion applies only when one or more of the following are attributed to such act:

**1.** The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

**2.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**3.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

**2.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** In the event of any incident of a "certified act of terrorism" that is not subject to this exclusion, coverage does not apply to any loss or damage that is otherwise excluded under this Coverage Part.

**D.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

© ISO Properties, Inc., 2007

**CG 21 84 01 08**   □

COMMERCIAL GENERAL LIABILITY
CG 21 87 01 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDITIONAL EXCLUSION OF TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A. Applicability Of The Provisions Of This Endorsement**

1. The provisions of this endorsement become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.

    a. The federal Terrorism Risk Insurance Program ( " Program " ), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Part or Policy; or

    b. A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

        (1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

        (2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

        (3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

2. If the provisions of this endorsement become applicable, such provisions:

    a. Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to an incident(s) of terrorism (however defined) which results in injury or damage that occurs on or after the date when the provisions of this endorsement become applicable (for claims made policies, such an endorsement is superseded only with respect to an incident of terrorism (however defined) that results in a claim for injury or damage first being made on or after the date when the provisions of this endorsement become applicable); and

    b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.

© ISO Properties, Inc., 2005

**3. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.**

**B.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are enclosed in quotation marks:

**1.** "Terrorism" means activities against persons, organizations or property of any nature:

  **a.** That involve the following or preparation for the following:

   **(1)** Use or threat of force or violence; or

   **(2)** Commission or threat of a dangerous act; or

   **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

  **b.** When one or both of the following applies:

   **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

   **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**2.** "Any injury or damage" means any injury or damage covered under any Coverage Part or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part or Policy.

**C.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**6.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

  **a.** Physical injury that involves a substantial risk of death; or

  **b.** Protracted and obvious physical disfigurement; or

  **c.** Protracted loss of or impairment of the function of a bodily member or organ.

© ISO Properties, Inc., 2005
**CG 21 87 01 07**   □

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs **C.5.** or **C.6.** are exceeded.

With respect to this Exclusion, Paragraphs **C.5.** and **C.6.** describe the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part or Policy.

In the event of any incident of "terrorism" that is not subject to this Exclusion, coverage does not apply to "any injury or damage" that is otherwise excluded under this Coverage Part or Policy.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY**

# ABSOLUTE ASBESTOS EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **SECTION I – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

    **2. Exclusions**

    This insurance does not apply to:

    **Asbestos**

    **(1)** "Bodily injury", or "property damage" in any way or to any extent arising out of or involving asbestos, asbestos fibers or any product containing asbestos or asbestos fibers.

    **(2)** "Economic loss", "diminution of property",  "abatement costs" or any other loss, cost or expense, including "equitable relief", in any way or to any extent arising out of or involving asbestos, asbestos fibers or any product containing asbestos or asbestos fibers.

    **(3)** Any fees, costs or expenses of any nature whatsoever in the investigation or defense of any claim or "suit" arising out of or involving asbestos, asbestos fibers or any product containing asbestos or asbestos fibers.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **SECTION I – COVERAGE B – PERSONAL AND ADVERTISING INJURY**:

    **2. Exclusions**

    This insurance does not apply to:

    **Asbestos**

    **(1)** "Personal and advertising injury" in any way or to any extent arising out of or involving asbestos, asbestos fibers or any product containing asbestos or asbestos fibers.

    **(2)** "Economic loss", "diminution of property",  "abatement costs" or any other loss, cost or expense, including "equitable relief", in any way or to any extent arising out of or involving asbestos, asbestos fibers or any product containing asbestos or asbestos fibers

    **(3)** Any fees, costs or expenses of any nature whatsoever in the investigation or defense of any claim or "suit" arising out of or involving asbestos, asbestos fibers or any product containing asbestos or asbestos fibers.

**C.**   For purpose of this exclusion, the following definitions are added to **Section V. DEFINITIONS**:

"Abatement costs" means any actual or potential damages, costs, fees or expenses, including the costs of inspection, removal or replacement.

"Diminution of property" means the diminishing or lessening in value of property.

"Economic loss" means any actual or potential damages, costs, fees, expenses or lost profits arising out of or involving the manufacture or utilization of a good or product.

"Equitable relief" means any remedy or relief, including restitution or injunctive relief, sought in a court with equitable powers.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF INJURY OR DAMAGE CAUSED BY ANIMALS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added **2. Exclusions** under Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability and **2. Exclusions** under Section **I** – Coverage **B** – Personal And Advertising Injury Liability:

This insurance does not apply to:

**Injury Or Damage Caused By Animals**

Any "bodily injury", "property damage" or "personal and advertising injury" caused by or resulting from an "animal" owned by, leased or loaned to, or in the care, custody or control of any insured.

As used in this exclusion, "animal" means any animal kept as a pet or guard animal, or that lives in association with people including, but not limited to, a dog, cat, horse, sheep, goat, cow, pig or bird.

All other terms and conditions remain unchanged.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PETROLEUM JOBBERS GENERAL LIABILITY ENHANCEMENT ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## A.  FIRE OR EXPLOSION DAMAGE LIABILITY

1. The word "fire" is changed to "fire or explosion" where it appears in:

   a. The Limits Of Insurance section of the Declarations;

   b. The last paragraph of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability (after **2. Exclusions**).

   c. Paragraph **6.** of Section **III** – Limits Of Insurance; and

   d. Paragraph **b.(1)(a)** of Condition **4.** Other Insurance under Section **IV** – Commercial General Liability Conditions:

   but the Limits Of Insurance shown in the Declarations will apply to all damage proximately caused by the same event, whether such damage results from fire or explosion or both.

2. Subject to all the terms of Section **III** – Limits Of Insurance, the Fire or Explosion Limit is the higher of:

   a. $150,000; or

   b. The limit shown in the Declarations.

   This provision **A.** does not apply if Damage To Premises Rented To You of Coverage **A** is excluded either by the provisions of the coverage part or by endorsement.

## B.  SUPPLEMENTARY PAYMENTS EXTENSION

The Supplementary Payments – Coverages **A** and **B** limit for the cost of bail bonds is changed from $250 to $1,000.

All other terms and conditions remain unchanged.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# USED TIRES AND RECAPPED TIRES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added **2. Exclusions** under Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability:

This insurance does not apply to:

**Used Tires And Recapped Tires**

"Bodily injury", "property damage" or "loss" arising out of a defect in, or failure of, one or more tires which were not new when sold or installed by the insured or had been recapped, retreaded or regrooved by the insured.

**B.** The following is added to Section **V** - Definitions:

"Loss" means direct and accidental loss or damage including any resulting loss of use.

All other terms and conditions remain unchanged.

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION - FAILURE TO SUPPLY
# AND AUTOMATIC FILL ENDORSEMENT

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

This insurance does not apply to "bodily injury" or "property damage" arising out of:

    a.   The failure of **you** to adequately supply gas, oil, water, electricity or steam unless there is an agreement by **you** to do so.

    b.   A result of **your** inability to obtain sufficient supplies of gas, oil, water, electricity or steam for any reason, or

    c.   A result of credit delinquency of the customer.

Paragraph **a**. does not apply if the failure to supply results from sudden and accidental damage to tangible property owned or used by **you** to procure, produce, process or transmit the gas, oil, water, electricity or steam.

Copyright, Insurance Services Office, Inc., 1984, 1988

| Policy Number | |
|---|---|
| 5068780254 | **Crum Forster** |

## COMMERCIAL GENERAL LIABILITY COVERAGE PART
## SUPPLEMENTAL DECLARATIONS

Named Insured KILHOFFER PROPANE, INC.        Effective Date: 10-05-14
                                             12:01 A.M., Standard Time
Agent Name MARKETERS GENERAL INS AGCY INC    Agent No. 84597

**Item 1.**   Business Description:

**Item 2.**   Limits of Insurance

| | | |
|---|---|---|
| General Aggregate Limit (Other Than Products - Completed Operations) | $ | 2,000,000 |
| Products - Completed Operations Aggregate Limit | $ | 2,000,000 |
| Personal and Advertising Injury Limit | $ | 1,000,000 |
| Each Occurrence Limit | $ | 1,000,000 |
| Damage to Premises Rented to You Limit | $ | 100,000 Any One Fire |
| Medical Expense Limit | $ | 5,000 Any One Person |

**Item 3.**   Retroactive Date

Coverages A and B of this Insurance do not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" which occurs before the Retroactive Date, if any, shown here: _____

(Enter Date or "None" if no Retroactive Date applies)

**Item 4.**   Form of Business and Location of Premises

Form of Business:
CORPORATION
Location of All Premises You Own, Rent or Occupy:
**See Schedule of Locations**

**Item 5.**   Location of Premises

| Code No. 10073 | Premium Basis GROSS SALES/NEAREST THOUSAND | Premises/Operations | |
|---|---|---|---|
| Location 001/001 | Exposure IF ANY | Rate | Premium |
| | | 2.140 | |
| Classification: | | Products/Completed Operations | |
| AUTOMOBILE REPAIR OR SERVICE SHOPS | | Rate | Premium |
| | | .981 | |
| Code No. 13410 | Premium Basis GALLONS/NEAREST THOUSAND | Premises/Operations | |
| Location 001/001 | Exposure 748.458 | Rate | Premium |
| | | 2.929 | $2,192.00 |
| Classification: | | Products/Completed Operations | |
| GAS DEALERS - LPG | | Rate | Premium |
| | | 10.691 | $8,002.00 |

**Item 6.**   Forms and Endorsements

Form(s) and Endorsement(s) made a part of this policy at time of issue:
**See Schedule of Forms and Endorsements**

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

FM 101.0.1404 07/01

Policy Number
**5068780254**

**Crum  Forster**

**COMMERCIAL GENERAL LIABILITY COVERAGE SCHEDULE**

**UNITED STATES FIRE INSURANCE COMPANY**

Named Insured  KILHOFFER PROPANE,  INC.

Effective Date: 10-05-14
12:01 A.M., Standard Time

Agent Name    MARKETERS GENERAL INS AGCY INC

Agent No.  84597

---

**Item 5.**    Location of Premises

Location of All Premises You Own, Rent or Occupy:

**See Schedule of Locations**

| Code No. 13410 | Premium Basis | Premises/Operations | |
|---|---|---|---|
| Location 001/001 | Exposure 748458 | Rate .004 | Premium $9.00 |
| Classification: TERRORISM | | Products/Completed Operations | |
| | | Rate .004 | Premium $32.00 |

| Code No. 13412 | Premium Basis GALLONS/NEAREST THOUSAND | Premises/Operations | |
|---|---|---|---|
| Location 001/001 | Exposure IF ANY | Rate .991 | Premium |
| Classification: GAS DISTRIBUTORS - LPG | | Products/Completed Operations | |
| | | Rate 4.357 | Premium |

| Code No. 13454 | Premium Basis GALLONS/NEAREST THOUSAND | Premises/Operations | |
|---|---|---|---|
| Location 001/001 | Exposure IF ANY | Rate 1.329 | Premium |
| Classification: GASOLINE STATIONS - SELF-SERVICE | | Products/Completed Operations | |
| | | Rate .215 | Premium |

| Code No. 49451 | Premium Basis ACRE/EACH | Premises/Operations | |
|---|---|---|---|
| Location 001/001 | Exposure 1 | Rate 1.328 | Premium $1.00 |
| Classification: VACANT LAND - OTHER THAN NOT-FOR-PROFIT (PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT) | | Products/Completed Operations | |
| | | Rate | Premium INCL |

FM 101.0.1405 04 94

Policy Number
**5068780254**

**Crum Forster**

**COMMERCIAL GENERAL LIABILITY COVERAGE SCHEDULE**

**UNITED STATES FIRE INSURANCE COMPANY**

Named Insured  KILHOFFER PROPANE, INC.

Effective Date: 10-05-14
12:01 A.M., Standard Time

Agent Name    MARKETERS GENERAL INS AGCY INC

Agent No. 84597

---

**Item 5.**   Location of Premises

Location of All Premises You Own, Rent or Occupy:

**See Schedule of Locations**

| Code No. 49451 | Premium Basis | Premises/Operations | |
|---|---|---|---|
| Location 001/001 | Exposure 1 | Rate | Premium |
| Classification: TERRORISM | | .004 | $1.00 |
| | | Products/Completed Operations | |
| | | Rate | Premium |

| Code No. 53907 | Premium Basis GALLONS/NEAREST THOUSAND | Premises/Operations | |
|---|---|---|---|
| Location 001/001 | Exposure 320,109 | Rate | Premium |
| Classification: GASOLINE DISTRIBUTORS | | .219 | $70.00 |
| | | Products/Completed Operations | |
| | | Rate | Premium |
| | | .487 | $156.00 |

| Code No. 53907 | Premium Basis | Premises/Operations | |
|---|---|---|---|
| Location 001/001 | Exposure 320109 | Rate | Premium |
| Classification: TERRORISM | | .009 | $1.00 |
| | | Products/Completed Operations | |
| | | Rate | Premium |
| | | .009 | $1.00 |

| Code No. 95648 | Premium Basis PAYROLL/NEAREST THOUSAND | Premises/Operations | |
|---|---|---|---|
| Location 001/001 | Exposure IF ANY | Rate | Premium |
| Classification: HEATING OR COMBINED HEATING AND AIR CONDITIONING SYSTEMS OR EQUIPMENT - DEALERS OR DISTRIBUTORS AND INSTALLATION, SERVICING OR REPAIR | | 23.574 | |
| | | Products/Completed Operations | |
| | | Rate | Premium |
| | | 18.252 | |

FM 101.0.1405 04 94

Policy Number
**5068780254**

**Crum** **Forster**

## COMMERCIAL GENERAL LIABILITY COVERAGE SCHEDULE

### UNITED STATES FIRE INSURANCE COMPANY

Named Insured  KILHOFFER PROPANE, INC.

Effective Date: 10-05-14
12:01 A.M., Standard Time

Agent Name   MARKETERS GENERAL INS AGCY INC

Agent No. 84597

---

**Item 5.**   Location of Premises

Location of All Premises You Own, Rent or Occupy:

**See Schedule of Locations**

| Code No. 13410 | Premium Basis GALLONS/NEAREST THOUSAND | Premises/Operations | |
|---|---|---|---|
| Location 002/001 | Exposure IF ANY | Rate 2.929 | Premium |
| Classification: GAS DEALERS - LPG | | Products/Completed Operations | |
| | | Rate 10.691 | Premium |
| Code No. 13410 | Premium Basis GALLONS/NEAREST THOUSAND | Premises/Operations | |
| Location 003/001 | Exposure IF ANY | Rate 2.929 | Premium |
| Classification: GAS DEALERS - LPG | | Products/Completed Operations | |
| | | Rate 10.691 | Premium |
| Code No. 46622 | Premium Basis SQUARE FEET/NEAREST THOUSAND | Premises/Operations | |
| Location 003/002 | Exposure 1,600 | Rate 17.033 | Premium $27.00 |
| Classification: PARKING - PRIVATE (PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT) | | Products/Completed Operations | |
| | | Rate | Premium INCL |
| Code No. 46622 | Premium Basis | Premises/Operations | |
| Location 003/002 | Exposure 1600 | Rate .004 | Premium $1.00 |
| Classification: TERRORISM | | Products/Completed Operations | |
| | | Rate | Premium |

FM 101.0.1405 04 94

Policy Number
**5068780254**

**Crum Forster**

**COMMERCIAL GENERAL LIABILITY COVERAGE SCHEDULE**

**UNITED STATES FIRE INSURANCE COMPANY**

Named Insured  KILHOFFER PROPANE, INC.

Effective Date: 10-05-14
12:01 A.M., Standard Time

Agent Name    MARKETERS GENERAL INS AGCY INC

Agent No. 84597

---

**Item 5.**   Location of Premises

Location of All Premises You Own, Rent or Occupy:

**See Schedule of Locations**

| Code No. 61212 | Premium Basis SQUARE FEET/NEAREST THOUSAND | Premises/Operations | |
|---|---|---|---|
| Location 003/002 | Exposure 7,200 | Rate 20.772 | Premium $150.00 |
| Classification: BUILDINGS OR PREMISES - BANK OR OFFICE - MERCANTILE OR MANUFACTURING (LESSOR'S RISK ONLY) - OTHER THAN NOT-FOR-PROFIT (PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT) | | Products/Completed Operations | |
| | | Rate | Premium INCL |

| Code No. 61212 | Premium Basis | Premises/Operations | |
|---|---|---|---|
| Location 003/002 | Exposure 7200 | Rate .009 | Premium $1.00 |
| Classification: TERRORISM | | Products/Completed Operations | |
| | | Rate | Premium |

| Code No. 68606 | Premium Basis SQUARE FEET/NEAREST THOUSAND | Premises/Operations | |
|---|---|---|---|
| Location 004/001 | Exposure 1,000 | Rate 8.945 | Premium $9.00 |
| Classification: VACANT BUILDINGS - NOT FACTORIES - OTHER THAN NOT-FOR-PROFIT (PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT) | | Products/Completed Operations | |
| | | Rate | Premium INCL |

| Code No. 68606 | Premium Basis | Premises/Operations | |
|---|---|---|---|
| Location 004/001 | Exposure 1000 | Rate .004 | Premium $1.00 |
| Classification: TERRORISM | | Products/Completed Operations | |
| | | Rate | Premium |

FM 101.0.1405 04 94

Policy Number
**5068780254**

**Crum Forster**

## COMMERCIAL GENERAL LIABILITY COVERAGE SCHEDULE

### UNITED STATES FIRE INSURANCE COMPANY

Named Insured  KILHOFFER PROPANE, INC.

Agent Name    MARKETERS GENERAL INS AGCY INC

Effective Date: 10-05-14
12:01 A.M., Standard Time
Agent No. 84597

---

**Item 5.**   Location of Premises

Location of All Premises You Own, Rent or Occupy:

**See Schedule of Locations**

| Code No. 61212 | Premium Basis SQUARE FEET/NEAREST THOUSAND | Premises/Operations | |
|---|---|---|---|
| Location 005/001 | Exposure 3,200 | Rate 20.772 | Premium $66.00 |
| Classification: BUILDINGS OR PREMISES - BANK OR OFFICE - MERCANTILE OR MANUFACTURING (LESSOR'S RISK ONLY) - OTHER THAN NOT-FOR-PROFIT (PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT) | | Products/Completed Operations | |
| | | Rate | Premium INCL |
| Code No. 61212 | Premium Basis | Premises/Operations | |
| Location 005/001 | Exposure 3200 | Rate .009 | Premium $1.00 |
| Classification: TERRORISM | | Products/Completed Operations | |
| | | Rate | Premium |
| Code No. 49451 | Premium Basis ACRE/EACH | Premises/Operations | |
| Location 006/001 | Exposure 4 | Rate 1.328 | Premium $5.00 |
| Classification: VACANT LAND - OTHER THAN NOT-FOR-PROFIT (PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT) | | Products/Completed Operations | |
| | | Rate | Premium INCL |
| Code No. 49451 | Premium Basis | Premises/Operations | |
| Location 006/001 | Exposure 4 | Rate .004 | Premium $1.00 |
| Classification: TERRORISM | | Products/Completed Operations | |
| | | Rate | Premium |

Policy Number
**5068780254**

**Crum Forster**

**ENDORSEMENT**

# UNITED STATES FIRE INSURANCE COMPANY

Effective Date: 10-05-2014
12:01 A.M. Standard Time

Named Insured KILHOFFER PROPANE, INC.

Agent Name MARKETERS GENERAL INS AGCY INC          Agent No. 84597

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

Coverage Parts Affected

COMMERCIAL GENERAL LIABILITY COVERAGE

ADDITIONAL INSURED (PER CG 20 26)

XERIC OIL & GAS CORPORATION
P.O. BOX 352
MIDLAND, TX  79702

CHAPARRAL ENERGY, LLC
701 CEDAR LAKE BLVD
OKLAHOMA CITY, OK  73114

NABORS INDUSTRIES, INC.
515 WEST GREENS ROAD, SUITE 800
HOUSTON, TX  77067-4525

CANYON OILFIELD SERVICES LLC
11648 US HWY 283
SAYRE, OK 73662

CHESAPEAKE OPERATING, INC.
P.O. BOX 18496
OKLAHOMA CITY, OK  73154-0496

CIMAREX ENERGY CO
C/O INSURANCE COMPLIANCE
P.O. BOX 12010-CL
HEMET, CA  92546-8010

NEWFIELD EXPLORATION
363 N. SAM HOUSTON PARKWAY E
HOUSTON, TX  77060

SAMSON RESOURCES COMPANY
2 WEST 2ND STREET
TULSA, OK  74103

All other terms and conditions of this Policy remain unchanged.

(The information below is required to be completed only when this endorsement is issued subsequent to the policy effective date.)

Effective                                                    , this endorsement forms part of Policy Number

of

Issued to:

Endorsement No:

Accepted _____   _____

        FIRST NAME INSURED                          AUTHORIZED REPRESENTATIVE

FM 206.0.5 04 94

Policy Number
**5068780254**

**Crum Forster**

**ENDORSEMENT**

# UNITED STATES FIRE INSURANCE COMPANY

Effective Date: 10-05-2014
12:01 A.M. Standard Time

Named Insured KILHOFFER PROPANE, INC.

Agent Name MARKETERS GENERAL INS AGCY INC          Agent No. 84597

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

Coverage Parts Affected

COMMERCIAL GENERAL LIABILITY COVERAGE

WAIVER OF SUBROGATION (PER CG 24 04)

XERIC OIL & GAS CORPORATION
P.O. BOX 352
MIDLAND, TX  79702

CHAPARRAL ENERGY, LLC
701 CEDAR LAKE BLVD
OKLAHOMA CITY, OK  73114

NABORS INDUSTRIES, INC.
515 WEST GREENS ROAD, SUITE 800
HOUSTON, TX  77067-4525

CIMAREX ENERGY CO
P.O. BOX 12010-CL
HEMET, CA  92546-8010

SAMSON RESOURCES COMPANY
2 WEST 2ND STREET
TULSA, OK  74103

JMA ENERGY COMPANY
5400 N. GRAND BLVD #305
OKLAHOMA CITY, OK 73118-6039

CHESAPEAKE OPERATING, INC.
P.O. BOX 18496
OKLAHOMA CITY, OK  73154-0496

NEWFIELD EXPLORATION
363 N. SAM HOUSTON PARKWAY E
HOUSTON, TX  77060

CANYON OILFIELD SERVICES, LLC
11648 US HWY 283
SAYRE, OK  73662

All other terms and conditions of this Policy remain unchanged.

(The information below is required to be completed only when this endorsement is issued subsequent to the policy effective date.)

Effective                                                    , this endorsement forms part of Policy Number

of

Issued to:

Endorsement No:

Accepted _____    _____

FIRST NAME INSURED                              AUTHORIZED REPRESENTATIVE

FM 206.0.5 04 94

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# KANSAS AND OKLAHOMA CHANGES –
# TRANSFER OF RIGHTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

Condition 8. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US (Section IV), does not apply to COVERAGE C. MEDICAL PAYMENTS.

POLICY NUMBER: 5068780254

**COMMERCIAL GENERAL LIABILITY**
**CG 20 26 04 13**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s):**<br>SEE MANUSCRIPT ENDORSEMENT |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

**1.** In the performance of your ongoing operations; or

**2.** In connection with your premises owned by or rented to you.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

POLICY NUMBER: 5068780254                                  **COMMERCIAL GENERAL LIABILITY**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – DESIGNATED WORK

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

**Description of your work:**

ALL NON-WONED BOTTLE FILLING OPERATIONS NOT OPERATED DIRECTLY BY THE
INSURED AND THE INSURED'S EMPLOYEES ARE EXCLUDED.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations
as applicable to this endorsement.)

This insurance does not apply to "bodily injury" or "property damage" included in the "products-completed opera-
tions hazard" and arising out of "your work" shown in the Schedule.

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I — Coverage A — Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I — Coverage B — Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

COMMERCIAL GENERAL LIABILITY
CG 21 55 09 99

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION
# WITH A HOSTILE FIRE EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2., Exclusions of Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f.    Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

This exclusion does not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire" unless that "hostile fire" occurred or originated:

**(a)** At any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste; or

**(b)** At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

COMMERCIAL GENERAL LIABILITY
CG 21 76 01 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

© ISO Properties, Inc., 2007

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**AMENDMENT OF PERSONAL AND ADVERTISING INJURY EXCLUSION C.
MATERIAL PUBLISHED PRIOR TO POLICY PERIOD**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **c.** under **Paragraph 2 Exclusions of Section I – Coverage B – Personal and Advertising Injury
Liability** is replaced by the following.

"Personal and advertising injury" arising out of "an advertisement" or other oral or written publication
of material where the publication or broadcast of the same or similar material took place before the
beginning of the policy period;

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY**

# ABSOLUTE SILICA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART:

It is agreed that:

1. This policy does not apply to "bodily injury", "property damage", or "personal and advertising injury" in any way or to any extent arising out of or involving silica, silica particles or dust, or any product containing silica or used to control silica, or any product or action used or taken to protect any person from exposure to silica in any form.

2. This policy does not apply to "economic loss", "diminution of property",  "abatement costs", or any other loss, cost, or expense including "Equitable Relief", in any way or to any extent arising out of or involving silica, silica particles or dust, or any product containing silica or used to control silica or any product or action used or taken to protect any person from exposure to silica in any form.

3. This policy provides no coverage for any fees, costs, or expenses of any nature whatsoever in the investigation or defense of any claim or "suit" arising out of or involving silica, silica particles or dust, or any product containing silica or used to control silica or any product or action used or taken to protect any person from exposure to silica in any form.

For the purpose of this exclusion only, the following additional terms are defined:

"Abatement costs" means any actual or potential damages, costs, fees, or expenses, including the costs of inspection, removal or replacement.

"Diminution of property" means the diminishing or lessening in value of property.

"Economic loss" means any actual or potential damages, costs, fees, expenses, or lost profits arising out of or involving the manufacture or utilization of a good or product.

"Equitable relief" means any remedy or relief, including restitution or injunctive relief, sought in a court with equitable powers.

FM 101.0.2115 07 03

**Crum Forster**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

# LEAD EXCLUSION

This Endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverages**:

**Lead Liability**

This insurance does not apply to:

**(1)** "Bodily Injury", "Property Damage", or "Personal and Advertising Injury" in any way or to any extent arising out of the actual, alleged or threatened exposure to lead or any substance containing lead.

**(2)** "Economic Loss", "Diminution of Property", "Abatement Costs" or any other loss, cost or expense, including "Equitable Relief", in any way or to any extent arising out of or involving lead or any substance containing lead.

**(3)** Any fees, costs or expenses of any nature whatsoever in the investigation or defense of any "Claim" or "Suit" arising out of or involving lead or any substance containing lead.

For the purpose of this exclusion, the following additional terms are defined:

"Abatement Costs" means any actual or potential damages, costs, fees or expenses, including the costs of inspection, removal, replacement, or treatment.

"Diminution of Property" means the diminishing or lessening in value of property.

"Economic Loss" means any actual or potential damages, costs, fees, expenses or lost profits arising out of or involving the manufacture, utilization or existence of a substance or product.

"Equitable Relief" means any remedy or relief, including restitution or injunctive relief, sought in a court with equitable powers.

All other terms and conditions of the policy remain unchanged.

POLICY NUMBER: 5068780254

**COMMERCIAL GENERAL LIABILITY**
CG 24 04 05 09

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| **Name Of Person Or Organization:** |
| --- |
| SEE MANUSCRIPT ENDORSEMENT |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

© Insurance Services Office, Inc., 2008

POLICY NUMBER: 5068780254

**COMMERCIAL GENERAL LIABILITY**
**CG 02 24 10 93**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EARLIER NOTICE OF CANCELLATION
# PROVIDED BY US

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Number of Days' Notice** 30

(If no entry appears above, information required to complete this Schedule will be shown in the Declarations as applicable to this endorsement.)

For any statutorily permitted reason other than nonpayment of premium, the number of days required for notice of cancellation, as provided in paragraph **2.** of either the CANCELLATION Common Policy Condition or as amended by an applicable state cancellation endorsement, is increased to the number of days shown in the Schedule above.

COMMERCIAL GENERAL LIABILITY
CG 21 06 05 14

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MISDELIVERY OF LIQUID PRODUCTS COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

Exclusion g. of COVERAGE A (Section I) does not apply to "bodily injury" or "property damage" arising out of:

1. The delivery of any liquid product into a wrong receptacle or to a wrong address; or

2. The erroneous delivery of one liquid product for another by an "auto;"

if the "bodily injury" or "property damage" occurs after such operations have been completed or abandoned at the site of such delivery.

Operations which may require further service, maintenance, correction, repair or replacement of performance at the wrong address or because of any error, defect or deficiency, but which are otherwise completed, will be deemed completed.

COMMERCIAL GENERAL LIABILITY
CG 22 68 09 97

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# OPERATION OF CUSTOMERS AUTOS ON PARTICULAR PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **g.** of Paragraph **2., Exclusions** of **Coverage A - Bodily Injury And Property Damage Liability (Section I - Coverages)** does not apply to any "customer's auto" while on or next to those premises you own, rent or control that are used for any of the following businesses:

**1.**   Auto Repair or Service Shops;

**2.**   Car Washes;

**3.**   Gasoline Stations;

**4.**   Tire Dealers;

**5.**   Automobile Quick Lubrication Services.

**B.** The following definition is added to the Definitions Section:

"Customer's auto" means an "auto" on those premises for the purpose of receiving the services normally provided in connection with those businesses but does not include an "auto" owned by or rented or loaned to any insured.

Copyright, Insurance Services Office, Inc., 1996

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

### A. Abandonment

There can be no abandonment of any property to us.

### B. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### C. Duties In The Event Of Loss

You must see that the following are done in the event of loss or damage to Covered Property:

1. Notify the police if a law may have been broken.

2. Give us prompt notice of the loss or damage. Include a description of the property involved.

3. As soon as possible, give us a description of how, when and where the loss or damage occurred.

4. Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

5. You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

6. As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

7. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

8. Send us a signed, sworn proof of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

9. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.

10. Cooperate with us in the investigation or settlement of the claim.

### D. Insurance Under Two Or More Coverages

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

### E. Loss Payment

1. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

2. We will not pay you more than your financial interest in the Covered Property.

3. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

4. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

 © ISO Properties, Inc., 2003 ☐

**5.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and:

    **a.** We have reached agreement with you on the amount of the loss; or

    **b.** An appraisal award has been made.

**6.** We will not be liable for any part of a loss that has been paid or made good by others.

**F. Other Insurance**

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in **1.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**G. Pair, Sets Or Parts**

**1. Pair Or Set**

In case of loss or damage to any part of a pair or set we may:

    **a.** Repair or replace any part to restore the pair or set to its value before the loss or damage; or

    **b.** Pay the difference between the value of the pair or set before and after the loss or damage.

**2. Parts**

In case of loss or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

**H. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**I. Reinstatement Of Limit After Loss**

The Limit of Insurance will not be reduced by the payment of any claim, except for total loss or damage of a scheduled item, in which event we will refund the unearned premium on that item.

**J. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property.

**2.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

    **a.** Someone insured by this insurance; or

    **b.** A business firm:

        **(1)** Owned or controlled by you; or

        **(2)** That owns or controls you.

This will not restrict your insurance.

**GENERAL CONDITIONS**

**A. Concealment, Misrepresentation Or Fraud**

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

**B. Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all the terms of this Coverage Part; and

**2.** The action is brought within 2 years after you first have knowledge of the direct loss or damage.

**D. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**E. Policy Period, Coverage Territory**

We cover loss or damage commencing:

**1.** During the policy period shown in the Declarations; and

**2.** Within the coverage territory.

**F. Valuation**

The value of property will be the least of the following amounts:

**1.** The actual cash value of that property;

**2.** The cost of reasonably restoring that property to its condition immediately before loss or damage; or

**3.** The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

**Crum Forster**

# CONTRACTOR'S EQUIPMENT COVERAGE FORM

Attached to and made a part of policy number    5068780254

## COVERAGE FORM DECLARATIONS

**LIMITS OF INSURANCE:**

**1. COVERED PROPERTY**

    **a.** Schedule of Property (See A.1. of this Coverage Form)

### DESCRIPTION OF PROPERTY

| Item No. | (Year, Name of Manufacturer, Type, Model, Serial Number) | Limit of Insurance |
|---|---|---|
| 1 | 1972 J-20 DITCH WITCH | 4,000 |
| 2 | 1990 CSM RAND SANDBLASTER | 10,000 |

| | Schedule of Property Total | 14,000 |
|---|---|---|

    **b.** Limit of Insurance for All Covered Property

**2. COVERAGE EXTENSIONS**

    **a.** Additionally Acquired Equipment (See A.4.a. of this Coverage Form)
    25% of the Schedule of Property Total or $100,000,
    whichever is less, for any one item.     ☐ Increased to

    **b.** Rental Expense Reimbursement (See A.4.b. of this
    Coverage Form)
    $2500 in any one policy period.     ☐ Increased to

    **c.** Debris Removal (See A.4.c. of this Coverage Form
    $5000 in any one occurrence.     ☐ Increased to

    **d.** Pollutant Clean Up and Removal (See A.4.d. of this Coverage Form) $10,000 in any one policy period.

**DEDUCTIBLE:** 1000

**LOSS PAYABLE TO YOU AND**

SEE SCHEDULE

**AS INTEREST MAY APPEAR**

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to the DEFINITIONS section in this Coverage Form.

## A. COVERAGE

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

### 1. COVERED PROPERTY

Covered Property means contractors equipment as scheduled in this Coverage Form Declarations, which is:

**a.** Your property; and

**b.** Similar property of others for which you may be liable.

### 2. PROPERTY NOT COVERED

Covered Property does not include:

**a.** Automobiles, motor trucks, tractors, trailers or other vehicles designed and principally used for highway transportation; aircraft or watercraft;

**b.** Property while airborne;

**c.** Property while waterborne except while in transit on a regular ferry;

**d.** Property while located underground;

**e.** Tools and clothing of your employees;

**f.** Contraband or property in the course of illegal transportation or trade; or

**g.** Land or water.

### 3. COVERED CAUSES OF LOSS

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

### 4. COVERAGE EXTENSIONS

**a. Additionally Acquired Equipment**

If during the policy period you acquire additional equipment of a type already covered by this form which you buy, lease, rent or borrow, we will cover such equipment for up to 60 days but not beyond the end of the policy period.

The most we will pay in a "loss" for any one item is the lesser of:

**(1)** 25% of the Schedule of Property Total shown in this Coverage Form Declarations; or

**(2)** $100,000;

Unless an increased limit for any one item is shown in this Coverage Form Declarations.

You will report such equipment to us within 60 days from the date acquired and will pay any additional premium due. If you do not report such equipment, coverage will cease automatically 60 days after the date the equipment is acquired, or at the end of the policy period, whichever occurs first.

**b. Rental Expense Reimbursement**

We will reimburse your rental expenses should a covered "loss" to equipment you own make it necessary to rent replacement equipment to continue your normal operations of the work in progress. We will reimburse these rental expenses provided you do not have equivalent idle equipment you can use and you restore or replace the lost or damaged equipment as soon as possible.

Our reimbursement is limited to rental expenses incurred during the period of time beginning seventy-two (72) hours after the "loss" has occurred and continuing until the equipment has been restored, replaced or is no longer needed, whichever occurs first. The period of reimbursement will not be limited by the policy expiration date.

The most we will pay is $2,500 of your rental expenses in any one policy period for one or more items of equipment unless an increased limit is shown in this Coverage Form Declarations.

**c. Debris Removal**

**(1)** We will pay your expenses to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

**(a)** The date of direct physical "loss"; or

**(b)** The end of the policy period.

**(2)** We will pay up to $5,000 for debris removal expense in any one occurrence unless an increased limit is shown in this Coverage Form Declarations.

**(3)** This coverage extension for debris removal does not apply to costs to:

**(a)** Extract "pollutants" from land or water; or

**(b)** Remove, restore or replace polluted land or water.

**d. Pollutant Clean Up and Removal**

**(1)** We will pay your expenses to extract "pollutants" from land or water if the release, discharge or dispersal of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

**(a)** The date of direct physical "loss"; or

**(b)** The end of the policy period.

**(2)** The most we will pay under this Coverage Extension is $10,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

## B. EXCLUSIONS

**1.** We will not pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**a. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for damage or destruction of Covered Property ordered by governmental authority:

**(1)** Taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form; or

**(2)** That is a direct result of a Covered Cause of Loss.

**b. Nuclear Hazard**

**(1)** Any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

**c. War and Military Action**

**(1)** War including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for a "loss" caused by or resulting from any of the following:

**a.** Delay, loss of use, loss of market or any other consequential loss.

**b.** Dishonest acts by:

**(1)** You, your employees or authorized representatives;

**(2)** Anyone else with an interest in the property, or their employees or authorized representatives; or

**(3)** Anyone else to whom the property is entrusted.

This exclusion applies whether or not such persons are acting alone or in collusion with other persons or such acts occur during the hours of employment.

But this exclusion does not apply to Covered Property that is entrusted to others who are carriers for hire.

**c.** Unexplained disappearance.

**d.** Shortage found upon taking inventory.

**e.** The lifting of a load that exceeds the manufacturer-s load chart specifications, or by any operation that stresses the machine beyond the manufacturer-s suggested operational limitations.

   **f.**  Artificially generated current creating a short circuit or other electrical disturbance within the Covered Property. But we will pay for direct "loss" caused by resulting fire or explosion.

**3.**  We will not pay for a "loss" caused by or resulting from any of the following. But if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss".

   **a.**  Wear and tear, gradual deterioration, corrosion, rust, dryness or dampness of atmosphere, extremes or changes of temperature including freezing.

   **b.**  Any quality in the property that causes it to damage or destroy itself, hidden or latent defect.

   **c.**  Mechanical or electrical breakdown or failure.

## C.  LIMITS OF INSURANCE

The most we will pay for "loss" in any one occurrence:

**1.**  For one item of scheduled property is the Limit of Insurance for that item;

**2.**  For more than one item of scheduled property is the total of the scheduled limits for those items up to the Limit of Insurance for All Covered Property;

**3.**  For Coverage Extensions is the Limit of Insurance applicable to a Covered Extension;

As shown in this Coverage Form Declarations.

## D.  DEDUCTIBLE

We will not pay for "loss" in any one occurrence until the amount of the adjusted "loss" exceeds the deductible shown in this Coverage Form Declarations. We will then pay the amount of the adjusted "loss" in excess of the Deductible, up to the applicable Limit of Insurance.

This condition does not apply to Rental Reimbursement and Debris Removal.

## E.  ADDITIONAL CONDITIONS

The following conditions apply in addition to the Commercial Inland Marine Conditions and Common Policy Conditions:

### 1.  COVERAGE TERRITORY

We cover Covered Property wherever located within the 50 States of The United States of America, District of Columbia and Canada.

### 2.  VALUATION

The valuation condition contained in the Commercial Inland Marine Conditions is replaced by the following:

The value of property will be the least of the following amounts:

   **a.**  The actual cash value of that property;

   **b.**  The cost of reasonably restoring that property to its condition immediately before "loss"; or

   **c.**  The cost of replacing that property with substantially identical property.

In the event of "loss", the value of property will be determined as of the time of "loss".

However, we will not deduct depreciation on the adjustment of a partial "loss" to an item when the "loss" is less than twenty percent (20%) of the actual cash value of the item.

### 3.  COINSURANCE

All Covered Property must be Insured for a least 80% of its total value as of the time of "loss" or you will incur a penalty.

The penalty is that we will pay only the proportion of any "loss" that the Limit of insurance shown in this Coverage Form Declarations for a scheduled item bears to 80% of its actual cash value as of the time of "loss".

### 4.  IMPAIRMENT OF RECOVERY RIGHTS

If by any act or agreement after a "loss" you impair our right to recover from others liable for the "loss", we will not pay you for that "loss".

## F.  DEFINITIONS

**1.**  "LOSS" means accidental loss or damage.

**2.**  "POLLUTANTS" means any Covered Property that becomes a solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

Policy Number
**5068780254**

**Crum Forster**

### COMMERCIAL INLAND MARINE COVERAGE PART
### SUPPLEMENTAL DECLARATIONS

### UNITED STATES FIRE INSURANCE COMPANY

Named Insured  KILHOFFER PROPANE, INC.

Effective Date: 10-05-14
12:01 A.M., Standard Time

Agent Name    MARKETERS GENERAL INS AGCY INC

Agent No. 84597

| **Item 1.**  Business Description: LPG DEALER |
| --- |

| **Item 2.**  Forms and Endorsements |
| --- |

Form(s) and Endorsement(s) made a part of this policy at time of issue:

**See Schedule of Forms and Endorsements**

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

FM 300.0.907 04 94

Policy Number
**5068780254**

**Crum Forster**

**ENDORSEMENT**

## UNITED STATES FIRE INSURANCE COMPANY

Effective Date: 10-05-2014
12:01 A.M. Standard Time

Named Insured KILHOFFER PROPANE, INC.

Agent Name MARKETERS GENERAL INS AGCY INC

Agent No. 84597

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

Coverage Parts Affected

COMMERCIAL INLAND MARINE

AMENDMENT TO COINSURANCE

IN CONSIDERATION OF PREMIUM CHARGED, PARAGRAPH 3 COINSURANCE IS
AMENDED AS FOLLOWS.

3. COINSURANCE

ALL COVERED PROPERTY MUST BE INSURED FOR A LEAST 90% OF ITS TOTAL
VALUE AS OF THE TIME OF "LOSS" OR YOU WILL INCUR A PENALTY.

THE PENALTY IS THAT WE WILL PAY ONLY THE PROPORTION OF ANY "LOSS"
THAT THE LIMIT OF INSURANCE SHOWN IN THIS COVERAGE FORM DECLARATIONS
FOR A SCHEDULED ITEM BEARS TO 90% OF ITS ACTUAL CASH VALUE AS OF THE
TIME OF THAT "LOSS".

All other terms and conditions of this Policy remain unchanged.

(The information below is required to be completed only when this endorsement is issued subsequent to the policy effective date.)

Effective                                             , this endorsement forms part of Policy Number

of

Issued to:

Endorsement No:

Accepted _____   _____

FIRST NAME INSURED                    AUTHORIZED REPRESENTATIVE

FM 206.0.5 04 94

COMMERCIAL AUTO
CA 23 86 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF TERRORISM ABOVE
# MINIMUM STATUTORY LIMITS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, is enclosed in quotation marks:

**1.** "Terrorism" means activities against persons, organizations or property of any nature:

**a.** That involve the following or preparation for the following:

**(1)** Use or threat of force or violence; or

**(2)** Commission or threat of a dangerous act; or

**(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information or mechanical system; and

**b.** When one or both of the following apply:

**(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

**(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**2.** "Any injury, damage, loss or expense" means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** Except with respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded, regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

© Insurance Services Office, Inc., 2013

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**6.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

    **a.** Physical injury that involves a substantial risk of death; or

    **b.** Protracted and obvious physical disfigurement; or

    **c.** Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs **B.5.** and **B.6.** are exceeded.

With respect to this exclusion, Paragraphs **B.5.** and **B.6.** describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

However, with respect to Covered Autos Liability Coverage and Personal Injury Protection Coverage, if applicable, this exclusion applies only to the extent that the limit of such coverage exceeds the state compulsory or financial responsibility law minimum limits for each coverage.

With respect to Uninsured and/or Underinsured Motorists Coverage, if applicable, this exclusion applies only to the extent that the limit of such coverage exceeds the minimum statutory permitted limits for Uninsured and/or Underinsured Motorists Coverage. Those limits are equal to the minimum limit permitted for Covered Autos Liability Coverage.

**C.** With respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for any "loss", loss of use or rental reimbursement after "loss" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions.

© Insurance Services Office, Inc., 2013

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold in Paragraph **C.5.** is exceeded.

With respect to this exclusion, Paragraph **C.5.** describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**D.** In the event of any incident of "terrorism" that is not subject to the exclusion in Paragraph **B.** or **C.,** coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

© Insurance Services Office, Inc., 2013

COMMERCIAL AUTO
CA 23 94 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION FOR COVERED AUTOS EXPOSURE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following exclusion is added to **Covered Autos Liability Coverage:**

**Silica Or Silica-related Dust Exclusion For Covered Autos Exposure**

This insurance does not apply to:

**1.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**2.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**3.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any "insured" or by any other person or entity.

**B. Additional Definitions**

As used in this endorsement:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

© Insurance Services Office, Inc., 2011

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PHYSICAL DAMAGE COVERAGE – EXTENSION OF COVERAGE

This endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> TRUCKERS COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM

Paragraph A. **Coverage** of the **PHYSICAL DAMAGE COVERAGE** Section is amended by adding the coverage extensions described below:

If this policy provides Physical Damage Coverage for a covered "auto", and a covered "loss" occurs to the covered "auto", the coverage extensions described in paragraphs 1. through 6. below apply:

**1.  Miscellaneous Equipment**

Subject to Paragraph C. **Limit of Insurance**, we will pay up to $2,500 any one occurrence for "loss" to hand trucks, dollies, pallets, pads, covers, tarpaulins, chains, binders or any similar equipment used on or with the covered "auto" in the shipping or handling of property being transported.

If the equipment is being used on a "trailer" at the time of "loss", the truck or truck tractor operating with the "trailer" must have physical damage coverage in order for this coverage to apply.

In the event of other insurance with us for the same coverage, this policy will be primary and the other policy will be excess.

**2.  Electronic Equipment**

Subject to Paragraph C. **Limit of Insurance**, we will pay up to $5,000 any one occurrence for "loss" to electronic equipment including satellite communication equipment, antennas, tapes, records, discs or other similar devices used with the electronic equipment and other accessories used for audio, visual or data purposes. At the time of "loss", the equipment must be in or on the covered "auto".

We will not pay for the following: equipment used to operate the covered "auto"; radar detection devices; actual data, facts, concepts or instructions converted to a form for use with the electronic equipment nor the cost to reproduce the information.

This insurance will not apply to theft coverage if, at the time of "loss", the covered "auto" is unattended, unless the "loss" is the result of forced entry into the covered "auto" while all doors, windows or other openings are closed and locked and there is evidence of forced entry.

In the event of other insurance with us for the same coverage, this policy will be excess over any other collectable insurance.

3. **Personal Property/Effects**

Subject to Paragraph C. **Limit of Insurance**, we will pay up to $5,000 any one occurrence for "loss" to personal property or effects of the "insured". At the time of "loss", the property must be in or on the covered "auto".

This insurance will not apply to theft coverage if, at the time of "loss", the covered "auto" is unattended, unless the "loss" is the result of forced entry into the covered "auto" while all doors, windows or other openings are closed and locked and there is evidence of forced entry.

Under this extension, we will not pay for "loss" to the following: accounts, bills, currency, deeds, evidences of debt, money, notes or securities; electronic equipment or tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment; jewelry, watches, necklaces, bracelets, gems, gold, platinum, silver, furs; animals, birds, or fish or any motorized vehicle.

In the event of other insurance for the same coverage, this policy coverage will be excess over any other collectable insurance.

4. **Rental Reimbursement**

We will pay for rental reimbursement expenses for a truck or truck tractor of up to $150 each day or $750 each week subject to a maximum of $5,000 any one occurrence, which are incurred by you for the rental of a replacement "auto". Coverage will begin on the seventh day after the "loss" has been reported to us and will terminate, regardless of the expiration date of the policy, when the first of the following occurs:

a. The covered "auto" has been replaced:
b. The covered "auto" has been repaired;
c. The need for the replacement "auto" no longer exists; or
d. If the covered "auto" is a total loss, the claim has been settled and payment has been issued by us.

5. **Towing Coverage**

If "loss" to a covered "auto" from a covered cause of "loss" occurs and the "loss" requires the covered "auto" be towed or hauled from the site of the "loss" to a repair or salvage facility, we will also pay the actual cost to tow or haul the covered "auto" to a repair or salvage facility agreed upon by you and us.

1. **Pet Coverage**

If "your pet" sustains injury or death as a result of a collision involving a covered "auto", we will pay up to $500 for:

a. reasonable and customary costs incurred by you for veterinary fees arising from such collision, or

b. "your pet's" replacement cost, if "your pet" dies in the accident

Pet injury Coverage applies only if "your pet" is inside the covered "auto" at the time of the collision.

The most we will pay for all damages under Pet Coverage with respect to one accident is a total of $500 regardless of the number of dogs or cats that are injured or die in that accident. The following provisions apply:

a. If "your pet" is injured as a result of a covered accident, we will pay for all necessary medications and procedures prescribed by "your pet's" veterinarian for treatment of such covered injury.

b. If "your pet" dies in a covered accident, we will pay "your pet's replacement cost" whether "your pet" is actually replaced or not.

The following Coverage Extension also applies to Paragraph A. **Coverage** of the **PHYSICAL DAMAGE COVERAGE** Section:

**7. Physical Damage For Temporary Substitute Autos**

If this policy provides Physical Damage Coverage on an owned truck or truck tractor and that truck or truck tractor is out of service because of its:

a. Breakdown;
b. Repair;
c. Servicing;
d. Loss; or
e. Destruction.

A covered "auto" for that Physical Damage Coverage shall include a truck or truck tractor you do not own while used with the permission of its owner as a temporary substitute for that covered truck or truck tractor.

A covered "loss" to a temporary substitute truck or truck tractor will be adjusted in accordance with the provisions of Paragraph C. **Limit of Insurance**.

This coverage extension will end when the first of the following occurs:

(1) When the owned covered "auto" has either been repaired or replaced;
(2) If the covered "auto" you own is a total "loss", when the claim has been settled and payment has been made by us;
(3) 30 days from the date you take possession of the temporary substitute "auto"; or
(4) The date the policy is cancelled or expires.

**Endorsement Exclusions**

1. We will not pay for "loss" under any of these coverage extensions arising out of any dishonest or illegal act, alone or in collusion with others by you, others in your employ or service or any person or persons to whom the property may be entrusted.

2. Extension 6. Pet Coverage will not apply if loss to the vehicle carrying "your pet" is excluded under your policy.

**Endorsement Deductible Provisions**

Coverage Extensions 1., 2., and 3. provided by this endorsement are subject to an aggregate deductible amount of $250 any one occurrence, after all other adjustments, including application of the limits, have been made. This deductible shall apply separately from any other physical damage deductible and is not reduced or waived by the application of any Combined Deductible or Single Deductible or any other deductible provision.

Coverage Extensions 4. and 5. provided by this endorsement are not subject to a separate deductible.

Coverage Extension 6. Pet Coverage is not subject to a deductible.

A temporary substitute "auto" under Coverage Extension 7. of this endorsement is subject to the same physical damage deductible that applies to the covered owned "auto" that is temporarily out of service.

**Endorsement Definitions**

The following definitions apply to Extension 6. Pet Coverage:

1. "Your pet" means any dog or cat owned by you.

2. "Your pet's replacement cost" means the cost to replace the deceased dog or cat with one of like kind and quality. It does not include any amounts for veterinary bills, training, or any other amounts other than the cost to replace the pet itself.

Policy Number
5068780254

# Crum Forster

## BUSINESS AUTO COVERAGE PART DECLARATIONS
## UNITED STATES FIRE INSURANCE COMPANY

**ITEM ONE**

| Named Insured | KILHOFFER PROPANE, INC. | Effective Date: 10-05-14 |
| | | 12:01 A.M., Standard Time |
| Agent Name | MARKETERS GENERAL INS AGCY INC | Agent No. 84597 |

### ITEM TWO — SCHEDULE OF COVERAGES AND COVERED AUTOS

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". **"Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos section of the Business Auto Coverage Form next to the name of the coverage.**

| COVERAGES | COVERED AUTOS | LIMIT - THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | | PREMIUM |
|---|---|---|---|---|
| COVERED AUTOS LIABILITY | 1 | $ 1,000,000 | | $ 6,897 |
| PERSONAL INJURY (P.I.P.) ** | | SEPARATELY STATED IN EACH P.I.P. END. MINUS Deductible | | |
| ADDED P.I.P. (or equivalent added No-fault coverage.) | | SEPARATELY STATED IN EACH ADDED P.I.P. ENDORSEMENT | | |
| PROPERTY PROTECTION INS. (P.P.I.) (Michigan only) | | SEPARATELY STATED IN THE P.P.I. ENDORSEMENT MINUS Deductible FOR EACH ACCIDENT | | |
| AUTO MEDICAL PAYMENTS | 7 | $ 5,000 EACH INSURED | | $ 185.00 |
| MEDICAL EXPENSE AND INCOME LOSS BENEFITS (Virginia only) | | SEPARATELY STATED IN EACH MEDICAL EXPENSE AND INCOME LOSS BENEFITS ENDORSEMENT | | |
| UNINSURED MOTORISTS (UM) | 15 | $ 100,000 | | $ 440 |
| UNDERINSURED MOTORISTS (when not included in UM Cov.) | 15 | $ 100,000 | | INCL |
| **P H Y S I C A L  D A M A G E** COMPREHENSIVE COVERAGE | 7 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS | SEE SCHEDULE Deductible FOR EACH COVERED AUTO, BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING*** | $ 2,068 |
| SPECIFIED CAUSES OF LOSS COVERAGE | | | $25 Deductible FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM*** | |
| COLLISION COVERAGE | 7 | | SEE SCHEDULE Deductible FOR EACH COVERED AUTO*** | $ 4,229 |
| TOWING AND LABOR | | $50 for each disablement of a private passenger auto | | |

| FORMS AND ENDORSEMENTS APPLYING TO THIS COVERAGE PART AND MADE A PART OF THIS POLICY AT TIME OF ISSUE * : | PREMIUM FOR ENDORSEMENTS | $ 595 |
|---|---|---|
| **SEE SCHEDULE OF FORMS AND ENDORSEMENTS** | ESTIMATED TOTAL PREMIUM | $ 14,414 |

### ITEM THREE — SCHEDULE OF COVERED AUTOS YOU OWN  SEE SCHEDULE FM 114.0.1116(B) ATTACHED

* Forms and Endorsements applicable to this Coverage Part omitted if shown elsewhere in the policy.
** (or equivalent No-fault coverage.)  *** See ITEM FOUR for hired or borrowed autos.

FM 114.0.1116 10 13

POLICY NUMBER: 5068780254

**BUSINESS AUTO DECLARATIONS (Continued)**

## ITEM FOUR - SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS.

**COVERED AUTOS LIABILITY COVERAGE - COST OF HIRE RATING BASIS - For Autos Used In Your Motor Carrier Operations (Other Than Mobile or Farm Equipment)**

| COVERED AUTOS LIABILITY COVERAGE | ESTIMATED ANNUAL COST OF HIRE FOR ALL STATES | PREMIUM |
|---|---|---|
| Primary Coverage | | |
| Excess Coverage | | |
| | Total Hired Auto Premium | |

For "autos" used in your motor carrier operations, cost of hire means:

1. The total dollar amount of costs you incurred for the hire of automobiles (includes "trailers" and semitrailers), and if not included therein,

2. The total remunerations of all operators and drivers' helpers, of hired automobiles whether hired with a driver by lessor or an "employee" of the lessee, or any other third party, and

3. The total dollar amount of any other costs (e.g., repair, maintenance, fuel, etc.) directly associated with operating the hired automobiles whether such costs are absorbed by the "insured", paid to the lessor or owner, or paid to others.

**COVERED AUTOS LIABILITY COVERAGE - COST OF HIRE RATING BASIS For Autos NOT Used In Your Motor Carrier Operations (Other Than Mobile or Farm Equipment)**

| STATE | COVERED AUTOS LIABILITY COVERAGE | ESTIMATED ANNUAL COST OF HIRE FOR EACH STATE | RATE PER EACH $100 COST OF HIRE | PREMIUM |
|---|---|---|---|---|
| | Primary Coverage | | | |
| OK | Excess Coverage | $ 10,000 | $ 1.157 | $ 116 |
| | Primary Coverage | | | |
| | Excess Coverage | | | |
| | | | Total Hired Auto Premium | $ 116 |

For "autos" **NOT** used in your motor carrier operations, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

**COST OF HIRE RATING BASIS FOR MOBILE OR FARM EQUIPMENT — OTHER THAN PHYSICAL DAMAGE COVERAGES**

| STATE | COVERAGE | ESTIMATED ANNUAL COST OF HIRE FOR EACH STATE | | PREMIUM | |
|---|---|---|---|---|---|
| | | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| | Covered Autos Liability – Primary Coverage | | | | |
| | Covered Autos Liability – Excess Coverage | | | | |
| | Personal Injury Protection | | | | |
| VA | Medical Expense Benefits (Virginia Only) | | | | |
| VA | Income Loss Benefits (Virginia Only) | | | | |
| | Auto Medical Payments | | | | |
| | | | Total Hired Auto Premiums | | |

Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

FM 114.0.1116(A) 10 13

**PHYSICAL DAMAGE COVERAGES – Cost Of Hire Rating Basis For All Autos (Other Than Mobile or Farm Equipment)**

| COVERAGE | STATE | LIMIT OF INSURANCE | ESTIMATED ANNUAL COST OF HIRE FOR EACH STATE (EXCLUDING AUTOS HIRED WITH A DRIVER) | PREMIUM |
|---|---|---|---|---|
| Comprehensive | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus Deductible For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning | | |
| Specified Causes Of Loss | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus Deductible For Each Covered Auto For Loss Caused By Mischief Or Vandalism | | |
| Collision | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus Deductible For Each Covered Auto | | |
| | | | Total Hired Auto Premium | |

For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members).  Cost of hire does not include charges for any "auto" that is leased, hired, rented or borrowed with a driver.

---

**Cost Of Hire Rating Basis For Mobile Or Farm Equipment – Physical Damage Coverages**

| COVERAGE | STATE | LIMIT OF INSURANCE | ESTIMATED ANNUAL COST OF HIRE FOR EACH STATE (EXCLUDING AUTOS HIRED WITH A DRIVER) | | PREMIUM | |
|---|---|---|---|---|---|---|
| | | | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Compre-hensive | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus Deductible For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning | | | | |
| Specified Causes of Loss | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus Deductible For Each Covered Auto For Loss Caused By Mischief Or Vandalism | | | | |
| Collision | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus Deductible For Each Covered Auto | | | | |
| | | Total Hired Auto Premiums | | | | |

For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members).  Cost of hire does not include charges for any "auto" that is leased, hired, rented or borrowed with a driver.

**Rental Period Rating Basis For Mobile Or Farm Equipment**

| COVERAGE | TOWN AND STATE WHERE THE JOB SITE IS LOCATED | ESTIMATED NUMBER OF DAYS EQUIPMENT WILL BE RENTED | | PREMIUM | |
|---|---|---|---|---|---|
| | | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Covered Autos Liability – Primary Coverage | | | | | |
| Covered Autos Liability – Excess Coverage | | | | | |
| Personal Injury Protection | | | | | |
| Medical Expense Benefits (Virginia Only) | | | | | |
| Income Loss Benefits (Virginia Only) | | | | | |
| Auto Medical Payments | | | | | |
| Total Hired Auto Premiums | | | | | |

## ITEM FIVE - SCHEDULE FOR NON-OWNERSHIP COVERED AUTOS LIABILITY

| NAMED INSURED'S BUSINESS | RATING BASIS | NUMBER | PREMIUM |
|---|---|---|---|
| Other Than Garage Service Operations And Other Than Social Service Agencies (not applicable in CA) | Number of Employees | 25 | $ 151 |
| | Number of Partners (Active And Inactive) | | |
| Garage Service Operations | Number of Employees Whose Principal Duty Involves The Operation of Autos | | |
| | Number Of Partners (Active And Inactive) | | |
| Social Service Agencies | Number of Employees | | |
| | Number of Volunteers Who Regularly Use Autos To Transport Clients | | |
| | Number of Partners (Active And Inactive) | | |
| | Total Non-ownership Covered Autos Liability Premium | | $ 151 |

**ITEM SIX - SCHEDULE FOR GROSS RECEIPTS OR MILEAGE BASIS**

| | |
|---|---|
| Address Of Business Headquarters Location: | |

| | | | |
|---|---|---|---|
| Type Of Risk (Check one): | ☐ Public Autos | ☐ | Leasing Or Rental Concerns |

| | | | |
|---|---|---|---|
| Rating Basis (Check one): | ☐ Gross Receipts (Per $100) | ☐ | Mileage (Per Mile) |

| | |
|---|---|
| Estimated Yearly (Gross Receipts Or Mileage): | |

| | |
|---|---|
| Covered Autos Liability | |
| Personal Injury Protection | |
| Added Personal Injury Protection | |
| Property Protection Insurance (Michigan Only) | |
| Auto Medical Payments | |
| Medical Expense And Income Loss Benefits (Virginia Only) | |
| Comprehensive | |
| Specified Causes Of Loss | |
| Collision | |
| Towing And Labor | |

When used as a premium basis:

**FOR PUBLIC AUTOS**

Gross receipts means the total amount earned by the named insured for transporting passengers, mail and merchandise.

Gross receipts does not include:

1. Amounts paid to air, sea or land carriers operating under their own permits.
2. Advertising Revenue.
3. Taxes collected as a separate item and paid directly to the government.
4. C.O.D. collections for cost of mail or merchandise including collection fees.

Mileage means the total live and dead mileage of all revenue producing "autos" during the policy period.

**FOR RENTAL OR LEASING CONCERNS**

Gross receipts means the total amount earned by the named insured for the leasing or renting of "autos" to others without drivers.

Mileage means the total live and dead mileage of all "autos" you leased or rented to others without drivers.

FM 114.0.1116(A) 10 13

Policy Number **5068780254**

**Crum Forster**

AUTO SCHEDULE
# UNITED STATES FIRE INSURANCE COMPANY

Named Insured KILHOFFER PROPANE, INC.

Agent Name MARKETERS GENERAL INS AGCY INC

Effective Date: 10-05-14
12:01 A.M., Standard Time
Agent No. 84597

This policy is hereby made to apply to the items described below.

| | COVERED AUTOS DESCRIPTION | | PURCHASED | | CLASSIFICATION | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Cov'd Auto No. | Year Model; Trade Name; Body Type; Serial Number(s) Vehicle Identification Number (VIN) | Territory: Town & State Where the Covered Auto will be principally garaged. | Original Cost New | Actual Cost & NEW (N) USED (U) | Radius of Opers. | Business Use \ s = service \ r = retail \ c = comm. | Size GVW GCW or Vehicle Seating Capacity | Code Factor |
| OK1 * | 02  CHEVROLET 1500 1GCEK19T02E275098 | CANUTE OK, 113, 736260000 | $ 27,292 | | 50 | S | 6,400 | 014990 |
| OK2 * | 03  CHEVROLET 1500 2GCEK19T531278338 | CANUTE OK, 113, 736260000 | $ 26,742 | | 50 | S | 6,400 | 014990 |
| OK3 * | 02  CHEVROLET 1500 2GCEK19T821321472 | CANUTE OK, 113, 736260000 | $ 27,292 | | 50 | S | 6,400 | 014990 |
| OK4 * | 08  FREIGHTLINER 4X2 M2 SERIES 106 BBC CONV CHS-CAB W 1FVACXBS78HZ28411 | CANUTE OK, 113, 736260000 | $ 87,112 | | 50 | C | 33,000 | 334990 |
| OK5 * | 08  FREIGHTLINER 4X2 M2 SERIES 106 BBC CONV CHS-CAB W 1FVACXBS98HZ68442 | CANUTE OK, 113, 736260000 | $ 87,112 | | 50 | C | 33,000 | 334990 |
| OK6 * | 11  GMC 1500 3GTP2WE31BG252210 | CANUTE OK, 113, 73626 | $ 42,275 | | 50 | S | 7,000 | 014990 |
| OK7 * | 11  GMC 1500 3GTP2WE33BG228670 | CANUTE OK, 113, 73626 | $ 42,275 | | 50 | S | 7,000 | 014990 |
| OK8 * | 06  FREIGHTLINER 4X2 M2 SERIES 106 BBC CONV CHS-CAB W 1FVACWDC56HW18285 | CANUTE OK, 113, 736260000 | $ 89,921 | | 50 | C | 19,501 | 234990 |
| OK9 * | 09  GMC 1500 3GTEK33389G242583 | CANUTE OK, 113, 73626 | $ 40,575 | | 50 | S | 7,100 | 014990 |

| | COVERED AUTOS LIABILITY | PERS. INJ. PROT. | | Add'd P.I.P. | Prop. Prot. (MI only) | | Auto Medical Pay/Expense | Uninsur'd Motorists | COMPREHENSIVE | | SPECIFIED PERILS | COLLISION | | TOWING & LABOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cov'd Auto No. | PREMIUM | Limits Stated in each P.I.P. end minus deductible shown below | PREMIUM | Limit Stated in each Added P.I.P. end Premium | Limit Stated in P.I.P. end minus deductible shown below | PREMIUM | PREMIUM | PREMIUM | Limit Stated in ITEM TWO minus deductible shown below | PREMIUM | Limit Stated in ITEM TWO PREMIUM | Limit Stated in ITEM TWO minus deductible shown below | PREMIUM | |
| OK1 * | $    529 | | | | | | $    26 | $    44 | $ 1,000 | $   128 | | $ 1,000 | $   187 | |
| OK2 * | $    529 | | | | | | $    26 | $    44 | $ 1,000 | $   128 | | $ 1,000 | $   187 | |
| OK3 * | $    529 | | | | | | $    26 | $    44 | $ 1,000 | $   128 | | $ 1,000 | $   187 | |
| OK4 * | $    887 | | | | | | | $    44 | $ 1,000 | $   218 | | $ 1,000 | $   521 | |
| OK5 * | $    887 | | | | | | | $    44 | $ 1,000 | $   218 | | $ 1,000 | $   521 | |
| OK6 * | $    529 | | | | | | $    26 | $    44 | $ 1,000 | $   279 | | $ 1,000 | $   608 | |
| OK7 * | $    529 | | | | | | $    26 | $    44 | $ 1,000 | $   279 | | $ 1,000 | $   608 | |
| OK8 * | $    740 | | | | | | | $    44 | $ 2,000 | $   184 | | $ 2,000 | $   405 | |
| OK9 * | $    529 | | | | | | $    26 | $    44 | $ 1,000 | $   247 | | $ 1,000 | $   507 | |
| Total | | | | | | | | | | | | | | |

FM 114.0.1116(B) 10 13

Policy Number **5068780254**

*Crum Forster*

AUTO SCHEDULE
# UNITED STATES FIRE INSURANCE COMPANY

Named Insured KILHOFFER PROPANE, INC.

Agent Name MARKETERS GENERAL INS AGCY INC

Effective Date:10-05-14
12:01 A.M., Standard Time
Agent No. 84597

This policy is hereby made to apply to the items described below.

| | COVERED AUTOS DESCRIPTION | | | | | | | | CLASSIFICATION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | PURCHASED | | | | | |
| Cov'd Auto No. | Year Model; Trade Name; Body Type; Serial Number(s) Vehicle Identification Number (VIN) | Territory: Town & State Where the Covered Auto will be principally garaged. | | Original Cost New | Actual Cost & NEW (N) USED (U) | Radius of Opers. | Business Use \ s = service \ r = retail \ c = comm. | Size GVW GCW or Vehicle Seating Capacity | Code Factor |
| OK10 | 04  BIG TEX TRAILER 16VEX182542333483 | CANUTE OK, 113, 73626 | | $ 8,000 STATED AMT | | 50 | | | 684990 |
| OK11 * | 07  INTL 4X2 4000 SERIES 107 BBC STEEL (FG HO 1HTMMAAN37H415463 | CANUTE OK, 113, 736260000 | | $ 85,000 | | 50 | C | 23,500 | 334990 |

| Cov'd Auto No. | COVERED AUTOS LIABILITY PREMIUM | PERS. INJ. PROT. Limits Stated in each P.I.P. end minus deductible shown below | PREMIUM | Add'd P.I.P. Limit Stated in each Added P.I.P. end Premium | Prop. Prot. (MI only) Limit Stated in P.I.P. end minus deductible shown below | PREMIUM | Auto Medical Pay/Expense PREMIUM | Uninsur'd Motorists PREMIUM | COMPREHENSIVE Limit Stated in ITEM TWO minus deductible shown below | PREMIUM | SPECIFIED PERILS Limit Stated in ITEM TWO PREMIUM | COLLISION Limit Stated in ITEM TWO minus deductible shown below | PREMIUM | TOWING & LABOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK10 | $   55 | | | | | | $   3 | INCL | $ 1,000 | $   62 | | $ 1,000 | $   56 | |
| OK11 * | $   887 | | | | | | $   26 | $ 44 | $ 2,000 | $   197 | | $ 2,000 | $   442 | |
| | | | | | | | | | | | | | | |
| Total | $ 6,630 | | | | | | $   185 | $ 440 | | $ 2,068 | | | $ 4,229 | |

FM 114.0.1116(B) 10 13

**Policy Number**
**5068780254**

# *Crum Forster*

## SCHEDULE OF LOSS PAYEE(S)

### UNITED STATES FIRE INSURANCE COMPANY

| Named Insured | KILHOFFER PROPANE, INC. | Effective Date: | 10-05-14 |
|---|---|---|---|
| | | 12:01 A.M., Standard Time | |
| Agent Name | MARKETERS GENERAL INS AGCY INC | Agent No. | 84597 |

| St. Veh. # | Description of Vehicle | Loss Payee and Mailing Address |
|---|---|---|
| OK 6 2011 GMC 1500 3GTP2WE31BG252210 | | ALLY BANK |
| OK 7 2011 GMC 1500 3GTP2WE33BG228670 | | P.O. BOX 674 |
| | | MINNEAPOLIS, MN USA 55440 |

FM 204.0.1 04 94

COMMERCIAL AUTO
CA 00 01 10 13

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| 1 | Any "Auto" | |
| 2 | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| 3 | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| 4 | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| 5 | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| 6 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| 7 | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| 8 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| 9 | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs. |

| 19 | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |
|---|---|---|

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **1, 2, 3, 4, 5, 6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   **a.** We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   **b.** You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto".

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   **a.** Breakdown;

   **b.** Repair;

   **c.** Servicing;

   **d.** "Loss"; or

   **e.** Destruction.

**SECTION II – COVERED AUTOS LIABILITY COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered Autos Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

**1. Who Is An Insured**

The following are "insureds":

   **a.** You for any covered "auto".

   **b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

   **(1)** The owner or anyone else from whom you hire or borrow a covered "auto".

   This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

**(5)** A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**2. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

**(1)** Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2. Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of:

  **(1)** Employment by the "insured"; or

  **(2)** Performing the duties related to the conduct of the "insured's" business; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

  **(1)** Whether the "insured" may be liable as an employer or in any other capacity; and

  **(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to:

**a.** Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

**b.** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**a.** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**8. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**9. Operations**

"Bodily injury" or "property damage" arising out of the operation of:

**a.** Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

**b.** Machinery or equipment that is on, attached to or part of a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**10. Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

  **(1)** When all of the work called for in your contract has been completed;

  **(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site; or

  **(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations.

© Insurance Services Office, Inc., 2011

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

## SECTION III – PHYSICAL DAMAGE COVERAGE

### A. Coverage

1. We will pay for "loss" to a covered "auto" or its equipment under:

   **a. Comprehensive Coverage**

   From any cause except:

   (1) The covered "auto's" collision with another object; or

   (2) The covered "auto's" overturn.

   **b. Specified Causes Of Loss Coverage**

   Caused by:

   (1) Fire, lightning or explosion;

   (2) Theft;

   (3) Windstorm, hail or earthquake;

   (4) Flood;

   (5) Mischief or vandalism; or

   (6) The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

   **c. Collision Coverage**

   Caused by:

   (1) The covered "auto's" collision with another object; or

   (2) The covered "auto's" overturn.

2. **Towing**

   We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

3. **Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles**

   If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

   **a.** Glass breakage;

   **b.** "Loss" caused by hitting a bird or animal; and

   **c.** "Loss" caused by falling objects or missiles.

   However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

4. **Coverage Extensions**

   **a. Transportation Expenses**

   We will pay up to $20 per day, to a maximum of $600, for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

   **b. Loss Of Use Expenses**

   For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

   (1) Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

   (2) Specified Causes Of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

 © Insurance Services Office, Inc., 2011 **CA 00 01 10 13**

**(3)** Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

## B. Exclusions

**1.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**a. Nuclear Hazard**

**(1)** The explosion of any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

**b. War Or Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

**3.** We will not pay for "loss" due and confined to:

**a.** Wear and tear, freezing, mechanical or electrical breakdown.

**b.** Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

**4.** We will not pay for "loss" to any of the following:

**a.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

**b.** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

**c.** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

**d.** Any accessories used with the electronic equipment described in Paragraph **c.** above.

**5.** Exclusions **4.c.** and **4.d.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

**a.** Permanently installed in or upon the covered "auto";

**b.** Removable from a housing unit which is permanently installed in or upon the covered "auto";

**c.** An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

**d.** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

**6.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

## C. Limits Of Insurance

**1.** The most we will pay for:

**a.** "Loss" to any one covered "auto" is the lesser of:

**(1)** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

**(2)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**b.** All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

**(1)** Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

**(2)** Removable from a permanently installed housing unit as described in Paragraph **b.(1)** above; or

**(3)** An integral part of such equipment as described in Paragraphs **b.(1)** and **b.(2)** above.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

**SECTION IV – BUSINESS AUTO CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is "loss" to a covered "auto" or its equipment, you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Covered Autos Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

### 4. Loss Payment – Physical Damage Coverages

At our option, we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

### 5. Transfer Of Rights Of Recovery Against Others To Us

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

## B. General Conditions

### 1. Bankruptcy

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

### 2. Concealment, Misrepresentation Or Fraud

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

### 3. Liberalization

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

### 4. No Benefit To Bailee – Physical Damage Coverages

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

### 5. Other Insurance

**a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

**(1)** Excess while it is connected to a motor vehicle you do not own; or

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

**d.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

### 6. Premium Audit

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

 © Insurance Services Office, Inc., 2011

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

**(4)** Canada; and

**(5)** Anywhere in the world if a covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less,

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

## SECTION V – DEFINITIONS

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

**1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

© Insurance Services Office, Inc., 2011
CA 00 01 10 13

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

    **(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

    **(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

    **(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

    **(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

    **1.** A lease of premises;

    **2.** A sidetrack agreement;

    **3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    **4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    **5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement; or

    **6.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

    **a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

    **b.** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

    **c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    **1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    **2.** Vehicles maintained for use solely on or next to premises you own or rent;

    **3.** Vehicles that travel on crawler treads;

4. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   a. Power cranes, shovels, loaders, diggers or drills; or

   b. Road construction or resurfacing equipment such as graders, scrapers or rollers;

5. Vehicles not described in Paragraph **1., 2., 3.** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   a. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

   b. Cherry pickers and similar devices used to raise or lower workers; or

6. Vehicles not described in Paragraph **1., 2., 3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   a. Equipment designed primarily for:

      (1) Snow removal;

      (2) Road maintenance, but not construction or resurfacing; or

      (3) Street cleaning;

   b. Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   c. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**L.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**M.** "Property damage" means damage to or loss of use of tangible property.

**N.** "Suit" means a civil proceeding in which:

1. Damages because of "bodily injury" or "property damage"; or

2. A "covered pollution cost or expense";

to which this insurance applies, are alleged.

"Suit" includes:

   a. An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.** "Trailer" includes semitrailer.

Policy Number
**5068780254**

**_Crum_ _Forster_**

**ENDORSEMENT**

**UNITED STATES FIRE INSURANCE COMPANY**

Named Insured  KILHOFFER PROPANE, INC.                    Effective Date: 10-05-14
                                                          12:01 A.M., Standard Time

Agent Name    MARKETERS GENERAL INS AGCY INC             Agent No. 84597

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

Coverage Parts Affected

COMMERCIAL AUTOMOBILE COVERAGE

ADDITIONAL INSURED (PER CA 20 48)

| | |
|---|---|
| XERIC OIL & GAS CORPORATION<br>P.O. BOX 352<br>MIDLAND, TX  79702 | CHAPARRAL ENERGY, LLC<br>701 CEDAR LAKE BLVD<br>OKLAHOMA CITY, OK  73114 |
| NABORS INDUSTRIES, INC.<br>515 W. GREENS RD., SUITE 800<br>HOUSTON, TX  77067-4525 | SAMSON RESOURCES COMPANY<br>2 WEST 2ND STREET<br>TULSA, OK  74103 |
| CHESAPEAKE OPERATING, INC.<br>P.O. BOX 18498<br>OKLAHOMA CITY, OK  73154-0496 | NEWFIELD EXPLORARION<br>363 N. SAM HOUSTON PARKWAY E<br>HOUSTON, TX  77060 |
| CIMAREX ENERGY CO<br>C/O INSURANCE COMPLIANCE<br>HEMET, CA  92546-8010 | CANYON OILFIELD SERVICES, LLC<br>11648 US HIGHWAY 283<br>SAYRE, OK  73662 |

All other terms and conditions of this Policy remain unchanged.

(The information below is required to be completed only when this endorsement is issued subsequent to the policy effective date.)

Effective                              , this endorsement forms part of Policy Number

of

Issued to:

Endorsement No:

Accepted  _____      _____
                FIRST NAMED INSURED                    AUTHORIZED REPRESENTATIVE

FM 206.0.5 04 94

Policy Number
**5068780254**

# *Crum Forster*

## ENDORSEMENT

### UNITED STATES FIRE INSURANCE COMPANY

Named Insured   KILHOFFER PROPANE, INC.          Effective Date: 1 0 - 0 5 - 1 4
                                                                  12:01 A.M., Standard Time

Agent Name     MARKETERS GENERAL INS AGCY INC          Agent No. 84597

---

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

Coverage Parts Affected

COMMERCIAL AUTOMOBILE COVERAGE

WAIVER OF SUBROGATION (PER FM 114.0.1096)

| | |
|---|---|
| XERIC OIL & GAS CORPORATION<br>P.O. BOX 352<br>MIDLAND, TX  79702 | CHAPARRAL ENERGY, LLC<br>701 CEDAR LAKE BLVD<br>OKLAHOMA CITY, OK  73114 |
| NABORS INDUSTRIES, INC.<br>515 W. GREEN RD., SUITE 800<br>HOUSTON, TX  77067-4525 | SAMSON RESOURCES COMPANY<br>2 WEST 2ND STREET<br>TULSA, OK  74103 |
| JMA ENERGY, LLC<br>1021 N.W. GRAND BLVD<br>OKLAHOMA CITY, OK  73118-6039 | CHESAPEAKE OPERATING, INC.<br>P.O. BOX 18498<br>OKLAHOMA CITY, OK  73154-0496 |
| NEWFIELD EXPLORATION<br>363 N. SAM HOUSTON PARKWAY E<br>HOUSTON, TX  77060 | CANYON OILFIELD SERVICES, LLC<br>11648 US HIGHWAY 283<br>SAYRE, OK  73662 |
| CIMAREX ENERGY CO<br>C/O INSURANCE COMPLIANCE<br>P.O. BX 12010-CL<br>HEMET, CA  92546-8010 | |

---

All other terms and conditions of this Policy remain unchanged.

(The information below is required to be completed only when this endorsement is issued subsequent to the policy effective date.)

Effective _____, this endorsement forms part of Policy Number

of

Issued to:

Endorsement No:

Accepted _____   _____
                      FIRST NAMED INSURED                             AUTHORIZED REPRESENTATIVE

FM 206.0.5 04 94

COMMERCIAL AUTO
CA 01 32 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# OKLAHOMA CHANGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

1. Paragraph **C. Limit Of Insurance** in the Business Auto and Motor Carrier Coverage Forms and Paragraph **D.5. Limit Of Insurance – Covered Autos Liability** in the Auto Dealers Coverage Form are changed by adding the following:

   Covered Autos Liability Coverage is provided in this Coverage Part in accordance with coverage required by the Compulsory Insurance Law of Oklahoma.

2. Paragraph **2.b.(4)** of the **Who Is An Insured** provision of the Auto Dealers Coverage Form does not apply.

**B. Changes In Conditions**

1. Paragraph **c.(2)** of the **Duties In The Event Of Accident, Claim, Suit Or Loss** Condition in the Business Auto and Motor Carrier Coverage Forms and Paragraph **c.(2)** of the **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** Condition in the Auto Dealers Coverage Form are replaced by the following:

   **(2)** Take all reasonable steps, at our expense, to protect the covered "auto" from further damage. Also, keep a record of your expenses for consideration in the settlement of the claim.

2. The **Other Insurance** Condition in the Auto Dealers and Business Auto Coverage Forms and the **Other Insurance – Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form are changed by adding the following:

   When two policies providing liability coverage apply to an "auto" and:

   **a.** One provides coverage to a named insured who is an authorized motor vehicle dealer; and

   **b.** The other provides coverage to a person not engaged in that business; and

   **c.** At the time of an "accident" a person described in **b.** is operating the "auto", then that person's liability insurance is primary and the dealer's liability insurance is excess over any insurance available to that person, provided:

   **(1)** The person is operating the "auto" with the permission of the dealer;

   **(2)** The change in financial responsibility is evidenced by a release signed by the person operating the "auto"; and

   **(3)** No fee or lease charge has been made by the dealer for the use of the "auto".

         © Insurance Services Office, Inc., 2012

POLICY NUMBER: 5068780254

**COMMERCIAL AUTO**
**CA 21 18 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OKLAHOMA UNINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Oklahoma, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** |

**SCHEDULE**

| | | |
|---|---|---|
| **Limit Of Insurance:** | $100,000 | **Each "Accident"** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

## A. Coverage

1. We will pay, in accordance with Title 36, Oklahoma Statutes, all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. With respect to damages resulting from an "accident" with a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle", we will pay under this coverage only if Paragraph **a.** or **b.** below applies:

    **a.** The limit of any applicable liability bonds or policies has been exhausted by payment of judgments or settlements; or

    **b.** A tentative settlement has been made between an "insured" and the insurer of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle", and we:

    **(1)** Have been given prompt written notice of such tentative settlement; and

    **(2)** Advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

## B. Who Is An Insured

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

    **a.** The Named Insured and any "family members".

**b.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

**c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**2.** A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

**a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

**b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

## C. Exclusions

This insurance does not apply to:

**1.** "Bodily injury" sustained by:

**a.** Any person who is a "family member" while "occupying", or when struck by, any motor vehicle owned by that person which is not insured for Uninsured Motorists Coverage at the time of the "accident" and to whom no other Uninsured Motorists Coverage is available.

**b.** Any "insured" while "occupying" an "auto":

**(1)** Owned by; or

**(2)** Furnished or available for the regular use of the Named Insured or any person who is a "family member" if such "auto" is not insured under a motor vehicle insurance policy at the time of the "accident".

**2.** The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

**3.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**4.** Punitive or exemplary damages.

**5.** "Bodily injury" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

## D. Limit Of Insurance

**1.** Regardless of the number of "insureds", or claims made, the most we will pay for all damages resulting from any one "accident" is the limit of Uninsured Motorists Insurance shown in the Schedule or Declarations. If there is more than one covered "auto", our limit of insurance for any one "accident", if the "bodily injury" is sustained by an individual Named Insured or any "family member", is the sum of the limits applicable to each covered "auto". Subject to this maximum limit of liability for all damages:

**a.** The most we will pay for all damages sustained in such "accident" by an "insured" other than an individual Named Insured or any "family member" is that "insured's" pro rata share of the limit shown in the Schedule or Declarations applicable to the vehicle that "insured" was "occupying" at the time of the "accident".

**b.** The individual Named Insured or any "family member" who sustains "bodily injury" in such "accident" will also be entitled to a pro rata share of the limit described in Paragraph **a.** above.

A person's pro rata share is the proportion that that person's damages bears to the total damages sustained by all "insureds".

**2.** If the "bodily injury" is sustained by any "insured", other than an individual Named Insured or any "family member", in an accident in which neither such Named Insured nor any "family member" sustained "bodily injury", the Limit Of Liability shown in the Schedule or Declarations for this coverage is our maximum limit of liability for all damages resulting from any such accident.

**3.** Any payment made by or on behalf of the owner or operator of a vehicle described in Paragraph **F.3.b.** of the definition of an "uninsured motor vehicle" shall not reduce or be a credit against our limit of insurance.

**4.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage Form or Medical Payments Coverage endorsement attached to this policy.

 © Insurance Services Office, Inc., 2012 **CA 21 18 10 13**

We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

**E. Changes In Conditions**

The **Conditions** of the policy are changed for Uninsured Motorists Coverage, as follows:

1. The reference in **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form to "other collectible insurance" applies only to other collectible uninsured motorists insurance.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

   **a.** Promptly notify the police if a hit-and-run driver is involved; and

   **b.** Promptly send us copies of the legal papers if a suit is brought.

   **c.** A person seeking uninsured motorists coverage must also notify us, in writing, of a tentative settlement between the "insured" and the insurer of an "uninsured motor vehicle" and allow us 60 days to advance payment in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such "uninsured motor vehicle". This notice must be sent by certified mail and must include:

      **(1)** Written documentation of economic losses;

      **(2)** Copies of all medical bills; and

      **(3)** Written authorization or a court order allowing us to obtain reports from any employers and medical providers.

3. **Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

   If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

Our rights do not apply under this provision with regard to Uninsured Motorists Coverage if we:

**a.** Have been given written notice of a tentative settlement between an "insured" and the insurer of an "uninsured motor vehicle"; and

**b.** Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 60 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 60 days after receipt of notification:

**a.** That payment will be separate from any amount an "insured" is entitled to recover under the provisions of Uninsured Motorists Coverage; and

**b.** We also have the right to recover the advanced payment.

4. **Two Or More Coverage Forms Or Policies Issued By Us** does not apply.

5. The following condition is added:

   **Arbitration**

   **a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages that is recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Either party may make a written demand for arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

   **b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply.

   **c.** Any decision agreed to by the arbitrators will not be binding.

**d.** If agreement by arbitration is not reached within three months from the date of demand, the "insured" may bring an action against anyone responsible for the use of a vehicle involved in the "accident".

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Uninsured motor vehicle" means a land motor vehicle or "trailer":

   **a.** For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged;

   **b.** That is an underinsured motor vehicle. An underinsured motor vehicle is a motor vehicle or "trailer" for which there is a liability bond or policy at the time of an accident, the liability limits of which are less than the amount of the claim of the person or persons making such claim, regardless of the amount of coverage of either of the parties in relation to each other;

   **c.** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

   **d.** That is a hit-and-run vehicle and neither the driver nor owner can be identified.

However, "uninsured motor vehicle" does not include any vehicle:

   **a.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law; or

   **b.** Designed for use mainly off public roads while not on public roads.

 © Insurance Services Office, Inc., 2012 CA 21 18 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY**

# COVERAGE SYMBOL ENDORSEMENT

This endorsement modifies insurance provided under the following:

      BUSINESS AUTO COVERAGE FORM
      GARAGE COVERAGE FORM
      MOTOR CARRIER COVERAGE FORM
      TRUCKERS COVERAGE FORM

The following covered auto designation symbol and definition is added to Paragraph A. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS, under SECTION I — COVERED AUTOS.  This symbol designates the only --autos-- that are covered --autos-- when the symbol is entered next to a coverage on the Declarations Page.

**15 = OWNED "AUTOS" ONLY.  Only those "autos" owned by a Named Insured shown in the Declarations (and for Liability Coverage any non-owned "trailers" while attached to power units owned by a Named Insured).  This includes those "autos" a Named Insured acquires ownership of after the policy begins.**

FM  114.0.1254 (06/03)

POLICY NUMBER: 5068780254

**COMMERCIAL AUTO**
**CA 20 48 10 13**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DESIGNATED INSURED FOR
# COVERED AUTOS LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement identifies person(s) or organization(s) who are "insureds" for Covered Autos Liability Coverage under the Who Is An Insured provision of the Coverage Form. This endorsement does not alter coverage provided in the Coverage Form.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** |

### SCHEDULE

| Name Of Person(s) Or Organization(s): |
|---|
| SEE MANUSCRIPT ENDORSEMENT |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

Each person or organization shown in the Schedule is an "insured" for Covered Autos Liability Coverage, but only to the extent that person or organization qualifies as an "insured" under the Who Is An Insured provision contained in Paragraph **A.1.** of Section **II** — Covered Autos Liability Coverage in the Business Auto and Motor Carrier Coverage Forms and Paragraph **D.2.** of Section **I** — Covered Autos Coverages of the Auto Dealers Coverage Form.

**CA 20 48 10 13**           © Insurance Services Office, Inc., 2011           **Page 1 of 1**

**COMMERCIAL AUTO**
**CA 23 05 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WRONG DELIVERY OF LIQUID PRODUCTS

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Covered Autos Liability Coverage** is changed by adding the following exclusion:

This insurance does not apply to:

"Bodily injury" or "property damage" resulting from the delivery of any liquid into the wrong receptacle or to the wrong address, or from the delivery of one liquid for another, if the "bodily injury" or "property damage" occurs after delivery has been completed.

Delivery is considered completed even if further service or maintenance work, or correction, repair or replacement is required because of wrong delivery.

COMMERCIAL AUTO
CA 99 03 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

## A. Coverage

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident". We will pay only those expenses incurred, for services rendered within three years from the date of the "accident".

## B. Who Is An Insured

1. You while "occupying" or, while a pedestrian, when struck by any "auto".

2. If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto".

3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

## C. Exclusions

This insurance does not apply to any of the following:

1. "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.

2. "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.

3. "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member".

4. "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits. For the purposes of this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

6. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

 © Insurance Services Office, Inc., 2011

7. "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

8. "Bodily Injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

**D. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**E. Changes In Conditions**

The **Conditions** are changed for **Auto Medical Payments Coverage** as follows:

1. The **Transfer Of Rights Of Recovery Against Others To Us** Condition does not apply.

2. The reference in **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form to "other collectible insurance" applies only to other collectible auto medical payments insurance.

**F. Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

   © Insurance Services Office, Inc., 2011   **CA 99 03 10 13**

POLICY NUMBER: 5068780254

COMMERCIAL AUTO
CA 99 28 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# STATED AMOUNT INSURANCE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** |

**SCHEDULE**

| The insurance provided by this endorsement is reduced by the following deductible(s): | | | |
|---|---|---|---|
| **Vehicle Number** | **Coverage** | **Limit Of Insurance And Deductible** | **Premium** |
| SEE SCHEDULE | | $            **Limit Of Insurance** | $ |
| | | $            **Deductible** | |
| | | $            **Limit Of Insurance** | $ |
| | | $            **Deductible** | |
| | | $            **Limit Of Insurance** | $ |
| | | $            **Deductible** | |
| | | **Total Premium** | $ |

**NOTE:**

The amount shown in the Schedule or in the Declarations is not necessarily the amount you will receive at the time of "loss" for the described property. Please refer to the Limits Of Insurance and Deductible provisions which follow.

| **Designation Or Description Of Covered "Autos"** | | |
|---|---|---|
| **Vehicle Number** | **Model Year** | **Trade Name And Model** |
| SEE SCHEDULE | | |
| | | |
| | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A.** This endorsement provides only those coverages where a premium is shown in the Schedule. Each of these coverages applies only to the vehicles shown as covered "autos".

**B.** For a covered "auto" described in the Schedule, **Physical Damage Coverage – Limits Of Insurance** is replaced by the following:

**Limits Of Insurance**

1. The most we will pay for any one "loss" to any one covered "auto" is the least of the following amounts:

   a. The actual cash value of the damaged or stolen property as of the time of the "loss";

   b. The cost of repairing or replacing the damaged or stolen property with property of like kind and quality; or

   c. The Limit Of Insurance shown in the Schedule.

2. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

3. If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**C. Deductible**

1. For each covered "auto", our obligation to pay:

   a. The actual cash value of the damaged or stolen property as of the time of the "loss" will be reduced by the applicable deductible shown in the Schedule;

   b. The cost of repairing or replacing the damaged or stolen property with property of like kind and quality will be reduced by the applicable deductible shown in the Schedule; or

   c. The damages for "loss" that would otherwise be payable will be reduced by the applicable deductible shown in the Schedule prior to the application of the Limit Of Insurance shown in the Schedule.

2. Any Comprehensive Coverage Deductible shown in the Schedule does not apply to "loss" caused by fire or lightning.

 © Insurance Services Office, Inc., 2011 CA 99 28 10 13

POLICY NUMBER: 5068780254

**COMMERCIAL AUTO**
**CA 99 37 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GARAGEKEEPERS COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated

| Named Insured: |
| Endorsement Effective Date: |

### SCHEDULE

| Location Number | Address Where You Conduct Garage Operations (Main Location) | |
|---|---|---|
| 001-001 | 11068 N. 2080 RD. CANUTE, OK 73626 | |

| Coverages | Limit Of Insurance And Deductible | | Premium |
|---|---|---|---|
| **Comprehensive** | $50,000 | **Limit Of Insurance** | $        317 |
| | $500 | **Deductible For Each Customer's Auto For Loss Caused By Theft Or Mischief Or Vandalism** | |
| | $2,500 | **Maximum Deductible For Loss Caused By Theft Or Mischief Or Vandalism In Any One Event** | |
| | | **OR** | |
| | | **Limit Of Insurance** | |
| | | **Deductible For All Perils For Each Customer's Auto** | |
| | | **Maximum Deductible For All Loss In Any One Event** | |
| **Specified Causes Of Loss** | | **Limit Of Insurance** | |
| | | **Deductible For Each Customer's Auto For Loss Caused By Theft Or Mischief Or Vandalism** | |
| | | **Maximum Deductible For Loss Caused By Theft Or Mischief Or Vandalism In Any One Event** | |
| | | **OR** | |
| | | **Limit Of Insurance** | |
| | | **Deductible For All Perils For Each Customer's Auto** | |
| | | **Maximum Deductible For All Loss In Any One Event** | |
| **Collision** | $50,000 | **Limit Of Insurance** | $        278 |
| | $500 | **Deductible For Each Customer's Auto** | |

**CA 99 37 10 13**                © Insurance Services Office, Inc., 2011                **Page 1**

| Location Number | Address Where You Conduct Garage Operations | |
|---|---|---|
| | | |
| Coverages | Limit Of Insurance And Deductible | Premium |
| Comprehensive | Limit Of Insurance | |
| | Deductible For Each Customer's Auto For Loss Caused By Theft Or Mischief Or Vandalism | |
| | Maximum Deductible For Loss Caused By Theft Or Mischief Or Vandalism In Any One Event | |
| | OR | |
| | Limit Of Insurance | |
| | Deductible For All Perils For Each Customer's Auto | |
| | Maximum Deductible For All Loss In Any One Event | |
| Specified Causes Of Loss | Limit Of Insurance | |
| | Deductible For Each Customer's Auto For Loss Caused By Theft Or Mischief Or Vandalism | |
| | Maximum Deductible For Loss Caused By Theft Or Mischief Or Vandalism In Any One Event | |
| | OR | |
| | Limit Of Insurance | |
| | Deductible For All Perils For Each Customer's Auto | |
| | Maximum Deductible For All Loss In Any One Event | |
| Collision | Limit Of Insurance | |
| | Deductible For Each Customer's Auto | |

 © Insurance Services Office, Inc., 2011 CA 99 37 10 13

| Location Number | Address Where You Conduct Garage Operations | |
|---|---|---|
| | | |
| **Coverages** | **Limit Of Insurance And Deductible** | **Premium** |
| Comprehensive | Limit Of Insurance | |
| | Deductible For Each Customer's Auto For Loss Caused By Theft Or Mischief Or Vandalism | |
| | Maximum Deductible For Loss Caused By Theft Or Mischief Or Vandalism In Any One Event | |
| | OR | |
| | Limit Of Insurance | |
| | Deductible For All Perils For Each Customer's Auto | |
| | Maximum Deductible For All Loss In Any One Event | |
| Specified Causes Of Loss | Limit Of Insurance | |
| | Deductible For Each Customer's Auto For Loss Caused By Theft Or Mischief Or Vandalism | |
| | Maximum Deductible For Loss Caused By Theft Or Mischief Or Vandalism In Any One Event | |
| | OR | |
| | Limit Of Insurance | |
| | Deductible For All Perils For Each Customer's Auto | |
| | Maximum Deductible For All Loss In Any One Event | |
| Collision | Limit Of Insurance | |
| | Deductible For Each  Customer's Auto | |

| **Total Garagekeepers Premium For All Locations** | $           595 |
|---|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**Direct Coverage Options**

Indicate below with an "X" which, if any, Direct Coverage Option is selected.

☐ **Excess Insurance**

If this box is checked, Garagekeepers Coverage remains applicable on a legal liability basis. However, coverage also applies without regard to your or any other "insured's" legal liability for "loss" to a "customer's auto" on an excess basis over any other collectible insurance regardless of whether the other insurance covers your or any other "insured's" interest or the interest of the "customer's auto's" owner.

☒ **Primary Insurance**

If this box is checked, Garagekeepers Coverage is changed to apply without regard to your or any other "insured's" legal liability for "loss" to a "customer's auto" and is primary insurance.

**A.** This endorsement provides only those coverages:

  **1.** Where a Limit Of Insurance and a premium are shown for that coverage in the Schedule; and

  **2.** For the location shown in the Schedule.

**B. Coverage**

  **1.** We will pay all sums the "insured" legally must pay as damages for "loss" to a "customer's auto" or "customer's auto" equipment left in the "insured's" care while the "insured" is attending, servicing, repairing, parking or storing it in your "garage operations" under:

    **a. Comprehensive Coverage**

    From any cause except:

      **(1)** The "customer's auto's" collision with another object; or

      **(2)** The "customer's auto's" overturn.

    **b. Specified Causes Of Loss Coverage**

    Caused by:

      **(1)** Fire, lightning or explosion;

      **(2)** Theft; or

      **(3)** Mischief or vandalism.

    **c. Collision Coverage**

    Caused by:

      **(1)** The "customer's auto's" collision with another object; or

      **(2)** The "customer's auto's" overturn.

  **2.** We will have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "loss" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends for a coverage when the Limit of Insurance for that coverage has been exhausted by payment of judgments or settlements.

  **3. Who Is An Insured**

  The following are "insureds" for "loss" to "customer's autos" and "customer's auto" equipment:

    **a.** You.

    **b.** Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "garage operations".

    **c.** Your members, if you are a limited liability company, but only with respect to the conduct of your "garage operations". Your managers are also "insureds", but only with respect to their duties as your managers.

    **d.** Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

© Insurance Services Office, Inc., 2011

**e.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing their duties related to the conduct of your "garage operations".

**4. Coverage Extensions**

The following applies as **Supplementary Payments.** We will pay for the "insured":

**a.** All expenses we incur.

**b.** The costs of bonds to release attachments in any "suit" against an "insured" we defend, but only for bond amounts within our Limit of Insurance.

**c.** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**d.** All court costs taxed against the "insured" in any "suit" against an "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**e.** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against an "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**C. Exclusions**

**1.** This insurance does not apply to any of the following:

**a. Contractual**

Liability resulting from any contract or agreement by which the "insured" accepts responsibility for "loss". But this exclusion does not apply to liability for "loss" that the "insured" would have in the absence of the contract or agreement.

**b. Theft**

"Loss" due to theft or conversion caused in any way by you, your "employees" or by your stockholders.

**c. Defective Parts**

Defective parts or materials.

**d. Faulty Work**

Faulty "work you performed".

**2.** We will not pay for "loss" to any of the following:

**a.** Tape decks or other sound-reproducing equipment unless permanently installed in a "customer's auto".

**b.** Tapes, records or other sound-reproducing devices designed for use with sound-reproducing equipment.

**c.** Sound-receiving equipment designed for use as a citizens band radio, two-way mobile radio or telephone or scanning monitor receiver, including its antennas and other accessories, unless permanently installed in the dash or console opening normally used by the "customer's auto" manufacturer for the installation of a radio.

**d.** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

**3.** We will not pay for "loss" caused by or resulting from the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss":

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**D. Limits Of Insurance And Deductibles**

**1.** Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" at each location is the Garagekeepers Coverage Limit Of Insurance shown in the Schedule for that location. Prior to the application of this limit, the damages for "loss" that would otherwise be payable will be reduced by the applicable deductibles for "loss" caused by:

**a.** Collision; or

**b.** With respect to Garagekeepers Coverage Comprehensive or Specified Causes Of Loss Coverage:

    **(1)** Theft or mischief or vandalism; or

    **(2)** All perils.

**2.** The maximum deductible stated in the Schedule for Garagekeepers Coverage Comprehensive or Specified Causes Of Loss Coverage is the most that will be deducted for all "loss" in any one event caused by:

  **a.** Theft or mischief or vandalism; or

  **b.** All perils.

**3.** To settle a claim or "suit", we may pay all or any part of the deductible. If this happens you must reimburse us for the deductible or that part of the deductible that we paid.

**E. Additional Definitions**

As used in this endorsement:

**1.** "Customer's auto" means a land motor vehicle, "trailer" or semitrailer lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent. A "customer's auto" also includes any such vehicle left in your care by your "employees" and members of their households who pay for services performed.

**2.** "Loss" means direct and accidental loss or damage and includes any resulting loss of use.

**3.** "Garage operations" means the ownership, maintenance or use of locations for the purpose of a business of selling, servicing, repairing, parking or storing "customer's autos" and that portion of the roads or other accesses that adjoin these locations. "Garage operations" also includes all operations necessary or incidental to the performance of garage operations.

**4.** "Work you performed" includes:

  **a.** Work that someone performed on your behalf; and

  **b.** The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2011

COMMERCIAL AUTO
CA 99 44 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE CLAUSE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** We will pay, as interest may appear, you and the loss payee named in the policy for "loss" to a covered "auto".

**B.** The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

**C.** We may cancel the policy as allowed by the Cancellation Common Policy Condition.

Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy, we will mail you and the loss payee the same advance notice.

**D.** If we make any payments to the loss payee, we will obtain his or her rights against any other party.

© Insurance Services Office, Inc., 2011

COMMERCIAL AUTO
CA 99 48 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLLUTION LIABILITY – BROADENED COVERAGE FOR COVERED AUTOS – BUSINESS AUTO AND MOTOR CARRIER COVERAGE FORMS

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Covered Autos Liability Coverage** is changed as follows:

1. Paragraph **a.** of the **Pollution** Exclusion applies only to liability assumed under a contract or agreement.

2. With respect to the coverage afforded by Paragraph **A.1.** above, Exclusion **B.6. Care, Custody Or Control** does not apply.

**B. Changes In Definitions**

For the purposes of this endorsement, Paragraph **D.** of the **Definitions** Section is replaced by the following:

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

1. Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

2. Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraphs **a.** and **b.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

 © Insurance Services Office, Inc., 2011

# 2013 COMMERCIAL AUTO MULTISTATE FORMS REVISION ADVISORY NOTICE TO BUSINESS AUTO AND MOTOR CARRIER COVERAGE FORM POLICYHOLDERS

This is a summary of the major changes to your policy. No coverage is provided by this summary nor can it be construed to replace any provisions of your policy or endorsements. You should read your policy and review your Declarations page for complete information on the coverages you are provided. If there is any conflict between the Policy and this summary, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

Highlighted below are areas within the Policy that broaden, reduce or reinforce coverage. This notice does not reference every change, including editorial changes, made in your policy.

## COVERAGE FORMS

## REINFORCEMENTS OF COVERAGE

**Revision To "Liability Coverage" Form References**

**CA 00 01 – Business Auto Coverage Form**

**CA 00 20 – Motor Carrier Coverage Form**

References to "Liability Coverage" that pertain to auto liability in the Business Auto Coverage Form and Motor Carrier Coverage Form are replaced with "Covered Autos Liability Coverage" to distinguish such coverage from the other types of liability coverages that may be included in your policy.

**Revisions To Physical Damage Coverage**

**CA 00 01 – Business Auto Coverage Form**

**CA 00 05 – Motor Carrier Coverage Form**

The Limits Of Insurance provision under Physical Damage Coverage is reinforced to reflect that "loss" rather than "accident" triggers coverage under this section.

## MULTISTATE ENDORSEMENTS

## BROADENINGS OF COVERAGE

**NEW OPTIONAL ENDORSEMENTS**

**CA 23 30 – Motor Carrier Endorsement**

In general, this endorsement may be used to convert the Business Auto Coverage Form into a Motor Carrier Coverage Form for autos used in your operations as a motor carrier.

**EXISTING OPTIONAL ENDORSEMENTS**

**CA 20 54 – Employee Hired Autos**

This endorsement is revised to reinforce that any employee of yours is an insured while operating a rental or hired vehicle taken out in another employee's name for the purposes of performing duties related to the conduct of your business and with your permission.

**CA 99 16 – Hired Autos Specified As Covered Auto You Own**

This endorsement has been revised to remove the wording which limits coverage with respect to the lessor solely to liability arising out of the acts or omissions of the lessee or anyone else acting on the lessee's behalf.

 © Insurance Services Office, Inc., 2013

**CA 99 37 – Garagekeepers Coverage**
Spouses of partners, managers of limited liability companies and executive officers are included as insureds with respect to the conduct of your garage operations.

# REINFORCEMENTS OF COVERAGE

**EXISTING OPTIONAL ENDORSEMENTS**

CA 01 21 – **Limited Mexico Coverage**

CA 02 38 – **Reinstatement Of Insurance**

CA 02 40 – **Suspension Of Insurance**

CA 03 01 – **Deductible Liability Coverage**

CA 03 02 – **Deductible Liability Coverage**

CA 04 42 – **Exclusion Of Federal Employees Using Autos In Government Business**

CA 04 44 – **Waiver Of Transfer Of Rights Of Recovery Against Others To Us (Waiver Of Subrogation)**

CA 04 45 – **Golf Carts And Low-speed Vehicles**

CA 20 01 – **Lessor – Additional Insured And Loss Payee**

CA 20 02 – **Audio, Visual And Data Electronic Equipment Coverage – Fire, Police And Emergency Vehicles**

CA 20 05 – **Drive-away Contractors**

CA 20 06 – **Driving Schools – Non-owned Autos**

CA 20 07 – **Emergency Services – Volunteer Firefighters' And Workers' Injuries Limited Exclusion**

CA 20 08 – **Farm Tractors And Farm Tractors Equipment**

CA 20 09 – **Leasing Or Rental Concerns – Contingent Coverage**

CA 20 10 – **Leasing Or Rental Concerns – Conversion, Embezzlement Or Secretion Coverage**

CA 20 11 – **Leasing Or Rental Concerns – Exclusion Of Certain Leased Autos**

CA 20 12 – **Leasing Or Rental Concerns – Rent-it-there/Leave-it-here Autos**

CA 20 13 – **Leasing Or Rental Concerns – Schedule Of Limits For Owned Autos**

CA 20 14 – **Leasing Or Rental Concerns – Second Level Coverage**

CA 20 15 – **Mobile Equipment**

CA 20 16 – **Mobile Homes Contents Coverage**

CA 20 17 – **Mobile Homes Contents Not Covered**

CA 20 18 – **Professional Services Not Covered**

CA 20 19 – **Repossessed Autos**

CA 20 21 – **Snowmobiles**

CA 20 27 – **Registration Plates Not Issued For A Specific Auto**

CA 20 30 – **Emergency Services – Volunteer Firefighters' And Workers' Injuries Excluded**

CA 20 33 – **Autos Leased, Hired, Rented Or Borrowed With Drivers – Physical Damage Coverage**

CA 20 48 – **Designated Insured (Newly titled Designated Insured For Covered Autos Liability Coverage)**

CA 20 54 – **Employee Hired Autos**

CA 20 55 – **Fellow Employee Coverage**

CA 20 56 – **Fellow Employee Coverage For Designated Employees/Positions**

CA 20 70 – **Coverage For Certain Operations In Connection With Railroads**

CA 20 71 – **Auto Loan/Lease Gap Coverage**

CA 23 01 – **Explosives**

CA 23 03 – **Multi-purpose Equipment**

   © Insurance Services Office, Inc., 2013   **CA P 006 10 13**

**CA 23 04 – Rolling Stores**

**CA 23 05 – Wrong Delivery Of Liquid Products**

**CA 23 08 – Truckers – Excess Coverage For The Named Insured And Named Lessors For Leased Autos (Newly titled Motor Carriers – Excess Coverage For The Named Insured And Named Lessors For Leased Autos)**

**CA 23 09 – Truckers – Insurance For Non-trucking Use (Newly titled Motor Carriers – Insurance For Non-trucking Use)**

**CA 23 12 – Truckers – Named Lessee As Insured (Newly titled Motor Carriers – Named Lessee As Insured)**

**CA 23 13 – Trailer Interchange Fire And Fire And Theft Coverages**

**CA 23 17 – Truckers – Uniform Intermodal Interchange Endorsement Form UIIE-1**

**CA 23 24 – Agricultural Produce Trailers – Seasonal**

**CA 23 25 – Coverage For Injury To Leased Workers**

**CA 23 94 – Silica Or Silica-related Dust Exclusion For Covered Autos Exposure**

**CA 23 97 – Amphibious Vehicles**

**CA 24 01 – Transportation Of Seasonal Or Migrant Agricultural Workers**

**CA 24 02 – Public Transportation Autos**

**CA 99 03 – Auto Medical Payments Coverage**

**CA 99 10 – Drive Other Car Coverage – Broadened Coverage For Named Individuals**

**CA 99 13 – Fiduciary Liability Of Banks**

**CA 99 14 – Fire, Fire And Theft, Fire, Theft And Windstorm And Limited Specified Causes Of Loss Coverages**

**CA 99 16 – Hired Autos Specified As Covered Autos You Own**

**CA 99 17 – Individual Named Insured**

**CA 99 23 – Rental Reimbursement Coverage**

**CA 99 28 – Stated Amount Insurance**

**CA 99 30 – Tapes, Records And Discs Coverage**

**CA 99 33 – Employees As Insureds**

**CA 99 34 – Social Service Agencies – Volunteers As Insureds**

**CA 99 37 – Garagekeepers Coverage**

**CA 99 40 – Exclusion Or Excess Coverage Hazards Otherwise Insured**

**CA 99 44 – Loss Payable Clause**

**CA 99 47 – Employee As Lessor**

**CA 99 48 – Pollution Liability – Broadened Coverage For Covered Autos – Business Auto, Motor Carrier And Truckers Coverage Forms (Newly titled Pollution Liability – Broadened Coverage For Covered Autos – Business Auto And Motor Carrier Coverage Forms)**

**CA 99 54 – Covered Auto Designation Symbol**

**CA 99 59 – Garagekeepers Coverage – Customers' Sound-receiving Equipment**

**CA 99 60 – Audio, Visual And Data Electronic Equipment Coverage Added Limits**

**CA 99 61 – Loss Payable Clause – Audio, Visual And Data Electronic Equipment Coverage Added Limits**

**CA 99 90 – Optional Limits – Loss Of Use Expenses**

These forms have been revised, where appropriate, to:

**A.** Add reference to "Auto Dealer Coverage Form" and delete references to the "Business Auto Physical Damage Coverage Form", "Garage Coverage Form" and/or "Truckers Coverage Form" in the list of the coverage forms to which the endorsement modifies; and/or

**B.** Replace references to "Liability Coverage" with respect to auto liability with "Covered Autos Liability Coverage" to distinguish such coverage from the other types of liability coverages included in your policy.

**CA 23 97 – Amphibious Vehicles**

This endorsement, in general, is revised to reinforce that insurance is not applicable to amphibious vehicles while being launched into, used in or beached from the water. This includes, but is not limited to, coverages such as liability and physical damage coverages.

**CA 23 98 – Trailer Interchange Coverage**

The Supplementary Payments provision is revised to reinforce that it applies to **court** costs taxed against the insured that do not include the attorneys' fees or expenses taxed against the insured.

A definition of the term "trailer" is added to reinforce that such term includes a semitrailer, container or a dolly used to convert a semitrailer into a trailer.

**CA 99 28 – Stated Amount Insurance**

**CA 99 60 – Audio, Visual And Data Electronic Equipment Coverage Added Limits**

**CA 99 61 – Loss Payable Clause – Audio, Visual And Data Electronic Equipment Coverage Added Limits**

Various provisions and schedules applicable to physical damage coverage have been reinforced to reflect that "loss" rather than "accident" triggers coverage under this section.

 © Insurance Services Office, Inc., 2013 CA P 006 10 13

COMMERCIAL AUTO
CA P 008 10 13

# COMMERCIAL AUTO MULTISTATE TERRORISM EXCLUSION FORMS REVISION ADVISORY NOTICE TO POLICYHOLDERS

This is a summary of the changes to your policy. No coverage is provided by this summary nor can it be construed to replace any provisions of your policy or endorsements. You should read your policy and review your Declarations page for complete information on the coverages you are provided. If there is any conflict between the Policy and this summary, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

Highlighted below are areas within the Policy that reinforce coverage. This notice does not reference every change, including editorial changes, made in your policy.

## REINFORCEMENTS OF COVERAGE

**REVISION TO EXCLUSION OF TERRORISM ENDORSEMENTS**

**CA 23 84 – Exclusion Of Terrorism**

**CA 23 85 – Exclusion Of Terrorism Involving Nuclear, Biological Or Chemical Terrorism**

**CA 23 86 – Exclusion Of Terrorism Above Minimum Statutory Limits**

**CA 23 87 – Exclusion Of Terrorism Involving Nuclear, Biological Or Chemical Terrorism Above Minimum Statutory Limits**

These forms have been revised, where appropriate, to:

**A.** Add reference to "Auto Dealer Coverage Form" and delete references to the "Business Auto Physical Damage Coverage Form", "Garage Coverage Form" and/or "Truckers Coverage Form" in the list of the coverage forms to which the endorsement modifies; and

**B.** Replace references to "Liability Coverage", with respect to auto liability, with "Covered Autos Liability Coverage" to distinguish such coverage from the other types of liability coverages included in your policy.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY**

# WAIVER OF SUBROGATION

This endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

The following is added to the Loss Conditions Section of the Coverage Form:

We waive any right of recovery we may have against the person or organization shown in the Schedule below because of payments we make for injury or damage.  The waiver applies only to the extent required under a contract with that person or organization that was executed prior to the date of "loss".

Schedule

SEE MANUSCRIPT ENDORSEMENT

FM 114.0.1096 03 09

Page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc., with its permission

# IMPORTANT NOTICE TO POLICYHOLDER

# STATED AMOUNT PHYSICAL DAMAGE

Physical damage coverage provided by this policy is on a stated value basis.  The amount shown in the Schedule is not necessarily the amount you will receive at the time of "loss" to the covered "auto." Subject to the application of the deductible shown in the Stated Amount Insurance Schedule, the most we will pay for "loss" in any one "accident" is the least of the following amounts:

1.  The actual cash value of the damaged or stolen property as of the time of "loss"; or

2.  The cost of repairing or replacing the damaged or stolen property with property of like kind and quality; or

3.  The Limit of Insurance shown in the Stated Amount Insurance Schedule.

Values are constantly changing.  Please be sure the limits of insurance shown reflect the actual cash value of the covered property.

KILHOFFER PROPANE, INC.
FARM TO MARKET ROAD
CANUTE OK 73626-0000

ATTACHED ARE DOCUMENTS FOR THE FOLLOWING NAMED INSURED:

KILHOFFER PROPANE, INC.
FARM TO MARKET ROAD
CANUTE OK 73626

10-21-14



U.S. Department
of Transportation

Federal Motor Carrier
Safety Administration

**ENDORSEMENT FOR
MOTOR CARRIER POLICIES OF INSURANCE FOR PUBLIC LIABILITY
UNDER SECTIONS 29 AND 30 OF THE MOTOR CARRIER ACT OF 1980**

Form Approved:
OMB No.: 2126-0008

| | |
|---|---|
| Issued to   **KILHOFFER PROPANE, INC.** | of **PO BOX 159, CANUTE, OK 73626** |

Dated at **CONWAY, AR**                                this **1st**      day of **OCTOBER**                              , 20 **14**

Amending Policy No.   **5068780254**                          Effective Date **10/05/2014**

Name of Insurance Company   **UNITED STATES FIRE INSURANCE COMPANY**

Countersigned by _____

Authorized Company Representative

The policy to which this endorsement is attached provides primary or excess insurance, as indicated by "[X]," for the limits shown:

[ X ]  This insurance is primary and the company shall not be liable for amounts in excess of $1,000,000          for each accident.

[   ]This insurance is excess and the company shall not be liable for amounts in excess of $_____ for each accident in excess of the
underlying limit of $_____for each accident.

Whenever required by the Federal Motor Carrier Safety Administration (FMCSA), the company agrees to furnish the FMCSA a duplicate of said policy
and all its endorsements. The company also agrees, upon telephone request by an authorized representative of the FMCSA, to verify that the policy is in
force as of a particular date. The telephone number to call is:**800-392-1970**                          .

Cancellation of this endorsement may be effected by the company of the insured by giving (1) thirty-five (35) days notice in writing to the other party
(said 35 days notice to commence from the date the notice is mailed, proof of mailing shall be sufficient proof of notice), and (2) if the insured is subject
to the FMCSA's registration requirements under 49 U.S.C. 13901, by providing thirty (30) days notice to the FMCSA (said 30 days notice to commence
from the date the notice is received by the FMCSA at its office in Washington, D.C.).

## DEFINITIONS AS USED IN THIS ENDORSEMENT

Accident includes continuous or repeated exposure to conditions or which
results in bodily injury, property damage, or environmental damage which
the insured neither expected nor intended.
Motor Vehicle means a land vehicle, machine, truck, tractor, trailer, or
semitrailer propelled or drawn by mechanical power and used on a
highway for transporting property, or any combination thereof.
Bodily Injury means injury to the body, sickness, or disease to any person,
including death resulting from any of these.

Property Damage means damage to or loss of use of tangible property.
Environmental Restoration means restitution for the loss, damage, or
destruction of natural resources arising out of the accidental discharge,
dispersal, release or escape into or upon the land, atmosphere,
watercourse, or body of water, of any commodity transported by a motor
carrier. This shall include the cost of removal and the cost of necessary
measures taken to minimize or mitigate damage to human health, the
natural environment, fish, shellfish, and wildlife.
Public Liability means liability for bodily injury, property damage, and
environmental restoration

The insurance policy to which this endorsement is attached provides
automobile liability insurance and is amended to assure compliance by the
insured, within the limits stated herein, as a motor carrier of property, with
Sections 29 and 30 of the Motor Carrier Act of 1980 and the rules and
regulations of the Federal Motor Carrier Safety Administration (FMCSA).

In consideration of the premium stated in the policy to which this
endorsement is attached, the insurer (the company) agrees to pay, within
the limits of liability described herein, any final judgment recovered against
the insured for public liability resulting from negligence in the operation,
maintenance or use of motor vehicles subject to the financial responsibility
requirements of Sections 29 and 30 of the Motor Carrier Act of 1980
regardless of whether or not each motor vehicle is specifically described in
the policy and whether or not such negligence occurs on any route or in
any territory authorized to be served by the insured or elsewhere. Such
insurance as is afforded, for public liability, does not apply to injury to or
death of the insured's employees while engaged in the course of their
employment, or property transported by the insured, designated as cargo.
It is understood and agreed that no condition, provision, stipulation, or
limitation contained in the policy, this endorsement, or any other
endorsement thereon, or violation thereof, shall relieve the company from
liability or from the payment of any final

judgment, within the limits of liability herein described, irrespective of the
financial condition, insolvency or bankruptcy of the insured. However, all
terms, conditions, and limitations in the policy to which the endorsement
is attached shall remain in full force and effect as binding between the
insured and the company. The insured agrees to reimburse the company
for any payment made by the company on account of any accident,
claim, or suit involving a breach of the terms of the policy, and for any
payment that the company would not have been obligated to make
under the provisions of the policy except for the agreement contained in
this endorsement.

It is further understood and agreed that, upon failure of the company to
pay any final judgment recovered against the insured as provided herein,
the judgment creditor may maintain an action in any court of competent
jurisdiction against the company to compel such payment.

The limits of the company's liability for the amounts prescribed in this
endorsement apply separately to each accident and any payment under
the policy because of any one accident shall not operate to reduce the
liability of the company for the payment of final judgments resulting from
any other accident.

THE SCHEDULE OF LIMITS SHOWN ON THE REVERSE SIDE DOES NOT PROVIDE COVERAGE.  The limits shown in the schedule are for
information purposes only.

**MC 1622p** (01-07) Wolters Kluwer Financial Services | Uniform Forms™

**Form MCS-90 (4/2000)**

## SCHEDULE OF LIMITS
## PUBLIC LIABILITY

| Type of carriage | Commodity transported | Jan. 1, 1985 |
|---|---|---|
| (1) For-hire (In interstate or foreign commerce, with a gross vehicle weight rating of 10,000 or more pounds). | Property (nonhazardous) | $ 750,000 |
| (2) For-hire and Private (In interstate, foreign, or intrastate commerce, with a gross vehicle weight rating of 10,000 or more pounds). | Hazardous substances, as defined in 49 CFR 171.8, transported in cargo tanks, portable tanks, or hopper-type vehicles with capacities in excess of 3,500 water gallons; or in bulk Divisions 1.1, 1.2, and 1.3 materials, Division 2.3, Hazard Zone A, or Division 6.1, Packing Group 1, Hazard Zone A material; in bulk Division 2.1 or 2.2; or highway route controlled quantities of a Class 7 material, as defined in 49 CFR 173.403. | $5,000,000 |
| (3) For-hire and Private (In interstate or foreign commerce, in any quantity; or in intrastate commerce, in bulk only; with a gross vehicle weight rating of 10,000 or more pounds). | Oil listed in 49 CFR 172.101; hazardous waste, hazardous materials, and hazardous substances defined in 49 CFR 171.8 and listed in 49 CFR 172.101, but not mentioned in (2) above or (4) below. | $1,000,000 |
| (4) For-hire and Private (In interstate or foreign commerce, with a gross vehicle weight rating of less than 10,000 pounds). | Any quantity of Division 1.1, 1.2, or 1.3 material; any quantity of a Division 2.3, Hazard Zone A, or Division 6.1, Packing Group 1, Hazard Zone A material; or highway route controlled quantities of a Class 7 material as defined in 49 CFR 173.403. | $5,000,000 |

**Form MCS-90 (4/2000)**                                                                    MC 1622p (01/07)

**Policy Number**
**5068780254**

*Crum Forster*

**CHANGE ENDORSEMENT**

**UNITED STATES FIRE INSURANCE COMPANY**

Named Insured   KILHOFFER PROPANE, INC.

Effective Date:  10-05-14
12:01 A.M., Standard Time

Agent Name   MARKETERS GENERAL INS AGCY INC

Agent No.  84597

---

**COVERAGE PART INFORMATION — Coverage parts affected by this change as indicated by [x] below.**

- [ ] Commercial Property
- [ ] Commercial General Liability
- [ ] Commercial Crime
- [ ] Commercial Inland Marine
- [ ]
- [ ]
- [ ]

---

**CHANGE DESCRIPTION**

ENDORSEMENT #1:

IN CONSIDERATION OF NO CHANGE IN PREMIUM  THE POLICY IS AMENDED AS
FOLLOWS:
THE INSURED NAME HAS BEEN CHANGED

FROM: KILHOFFER PROPANE, INC.

TO: KILHOFFER PROPANE, INC.
LONE SYCAMORE, LLC.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

---

**PREMIUM CHANGE**

| Additional | Return |
|------------|--------|
|            |        |

_____
AUTHORIZED AGENT

FM 206.0.9 04 94

Policy Number
**5068780254**

**Crum Forster**

**PREMIUM PAYMENT SCHEDULE**

**UNITED STATES FIRE INSURANCE COMPANY**

Named Insured  KILHOFFER PROPANE, INC.                    Effective Date: 10-05-14
                                                          12:01 A.M., Standard Time

Agent Name  MARKETERS GENERAL INS AGCY INC          Agent No. 84597

| | DUE | SERVICE CHARGE | PREMIUM | SURCHARGE | REVISED INSTALLMENT TOTAL |
|---|---|---|---|---|---|
| DEPOSIT | 10/05/2014 | | | | $    33,208.00 |

Failure to pay the Installment Premium by the Date Due shown shall constitute non-payment of premium for which we may cancel this policy.

FM 600.0.963 04 94

KILHOFFER PROPANE, INC.   LONE SYCAMORE,
FARM TO MARKET ROAD
CANUTE OK 73626-0000

ATTACHED ARE DOCUMENTS FOR THE FOLLOWING NAMED INSURED:

KILHOFFER PROPANE, INC.
LONE SYCAMORE, LLC
FARM TO MARKET ROAD
CANUTE OK 73626

11-03-14

Policy Number
**5068780254**

**Crum Forster**

**CHANGE ENDORSEMENT**

**UNITED STATES FIRE INSURANCE COMPANY**

Named Insured   KILHOFFER PROPANE, INC.

Effective Date:  12-17-14

12:01 A.M., Standard Time

Agent Name    MARKETERS GENERAL INS AGCY INC

Agent No.   84597

---

**COVERAGE PART INFORMATION — Coverage parts affected by this change as indicated by [x] below.**

| | | |
|---|---|---|
| ☐ Commercial Property | | |
| [X] Commercial General Liability | $ | -17.00 |
| ☐ Commercial Crime | | |
| ☐ Commercial Inland Marine | | |
| ☐ | | |
| ☐ | | |
| ☐ | | |

---

**CHANGE DESCRIPTION**

ENDORSEMENT # 2

IN CONSIDERATION OF A RETURNED PREMIUM OF $17.00, THE POLICY IS
AMENDED AS FOLLOWS:

THE FOLLOWING CLASS CODE HAS BEEN DELETED FOR LOCATION  3, BUILDING
2, FOR THE STATE OF  OKLAHOMA:
   61212 -  BUILDING OR PREM.-BANK OR OFF.OTHER NFP

THE FOLLOWING CLASS CODE HAS BEEN ADDED FOR LOCATION  3, BUILDING  2,
FOR THE STATE OF  OKLAHOMA:
   68706 -  WAREHOUSES-PRIVATE-OTHER THAN NFP

THE FOLLOWING CLASS CODE HAS BEEN DELETED FOR LOCATION  5, BUILDING
1, FOR THE STATE OF  OKLAHOMA:
   61212 -  BUILDING OR PREM.-BANK OR OFF.OTHER NFP

THE FOLLOWING CLASS CODE HAS BEEN ADDED FOR LOCATION  5, BUILDING  1,
FOR THE STATE OF  OKLAHOMA:
   68706 -  WAREHOUSES-PRIVATE-OTHER THAN NFP

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

---

**PREMIUM CHANGE**

| Additional | Return | -17.00 |
|---|---|---|

AUTHORIZED AGENT

FM 206.0.9 04 94

Policy Number
**5068780254**

**Crum Forster**

### PREMIUM PAYMENT SCHEDULE

#### UNITED STATES FIRE INSURANCE COMPANY

Named Insured  KILHOFFER PROPANE, INC.          Effective Date: 12-17-14
                                                        12:01 A.M., Standard Time
Agent Name  MARKETERS GENERAL INS AGCY INC     Agent No. 84597

---

**RETURN PREMIUM: 17.00**

| | DUE | SERVICE CHARGE | PREMIUM | SURCHARGE | REVISED INSTALLMENT TOTAL |
|---|---|---|---|---|---|
| DEPOSIT | 12/17/2014 | $ | -17.00 | $ | -17.00 |

Failure to pay the Installment Premium by the Date Due shown shall constitute non-payment of premium for which we may cancel this policy.

FM 600.0.963 04 94

| Policy Number | |
|---|---|
| **5068780254** | ***Crum Forster*** |

## SCHEDULE OF GENERAL LIABILITY CHANGES

### UNITED STATES FIRE INSURANCE COMPANY

Named Insured KILHOFFER PROPANE, INC.

Effective Date: 12-17-14
12:01 A.M., Standard Time

Agent Name   MARKETERS GENERAL INS AGCY INC

Agent No. 84597

---

**CLASS CODE INFORMATION AFFECTED BY THIS CHANGE IS ADDED, DELETED OR CHANGED AS INDICATED.**

**THE FOLLOWING CLASS CODE INFORMATION IS DELETED :**

| Code No. 61212 | Premium Basis SQUARE FEET/NEAREST THOUSAND | Premises/Operations | |
|---|---|---|---|
| Location 003/002 | Exposure 7,200 | Rate 20.772 | ADJ. ANNUAL Premium -120.00 |
| Classification: BUILDINGS OR PREMISES - BANK OR OFFICE - MERCANTILE OR MANUFACTURING (LESSOR'S RISK ONLY) - OTHER THAN NOT-FOR-PROFIT (PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT) | | Products/Compl Operations | |
| | | Rate | ADJ. ANNUAL Premium INCL |

**THE FOLLOWING CLASS CODE INFORMATION IS ADDED :**

| Code No. 68706 | Premium Basis SQUARE FEET/NEAREST THOUSAND | Premises/Operations | |
|---|---|---|---|
| Location 003/002 | Exposure 7,200 | Rate 18.700 | ADJ. ANNUAL Premium 108.00 |
| Classification: WAREHOUSES - PRIVATE - OTHER THAN NOT-FOR-PROFIT (PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT) | | Products/Compl Operations | |
| | | Rate | ADJ. ANNUAL Premium INCL |

**THE FOLLOWING CLASS CODE INFORMATION IS ADDED :**

| Code No. 68706 | Premium Basis | Premises/Operations | |
|---|---|---|---|
| Location 003/002 | Exposure | Rate | ADJ. ANNUAL Premium 1.00 |
| Classification: FEDERAL TERRORISM COVERAGE | | Products/Compl Operations | |
| | | Rate | ADJ. ANNUAL Premium |

**THE FOLLOWING CLASS CODE INFORMATION IS DELETED :**

| Code No. 61212 | Premium Basis SQUARE FEET/NEAREST THOUSAND | Premises/Operations | |
|---|---|---|---|
| Location 005/001 | Exposure 3,200 | Rate 20.772 | ADJ. ANNUAL Premium -53.00 |
| Classification: BUILDINGS OR PREMISES - BANK OR OFFICE - MERCANTILE OR MANUFACTURING (LESSOR'S RISK ONLY) - OTHER THAN NOT-FOR-PROFIT (PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT) | | Products/Compl Operations | |
| | | Rate | ADJ. ANNUAL Premium INCL |

Policy Number
**5068780254**

# *Crum Forster*

## SCHEDULE OF GENERAL LIABILITY CHANGES

## UNITED STATES FIRE INSURANCE COMPANY

Named Insured KILHOFFER PROPANE, INC.

Effective Date: 12-17-14
12:01 A.M., Standard Time

Agent Name   MARKETERS GENERAL INS AGCY INC

Agent No. 84597

---

**CLASS CODE INFORMATION AFFECTED BY THIS CHANGE IS ADDED, DELETED OR CHANGED AS INDICATED.**

**THE FOLLOWING CLASS CODE INFORMATION IS ADDED :**

| Code No. 68706 | Premium Basis SQUARE FEET/NEAREST THOUSAND | Premises/Operations | |
|---|---|---|---|
| Location 005/001 | Exposure 3,200 | **Rate** 18.700 | **ADJ. ANNUAL** Premium 48.00 |
| Classification: WAREHOUSES - PRIVATE - OTHER THAN NOT-FOR-PROFIT (PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT) | | Products/Compl Operations | |
| | | **Rate** | **ADJ. ANNUAL** Premium INCL |

**THE FOLLOWING CLASS CODE INFORMATION IS ADDED :**

| Code No. 68706 | Premium Basis | Premises/Operations | |
|---|---|---|---|
| Location 005/001 | Exposure | **Rate** | **ADJ. ANNUAL** Premium 1.00 |
| Classification: FEDERAL TERRORISM COVERAGE | | Products/Compl Operations | |
| | | **Rate** | **ADJ. ANNUAL** Premium |

**THE FOLLOWING CLASS CODE INFORMATION IS**

| Code No. | Premium Basis | Premises/Operations | |
|---|---|---|---|
| Location | Exposure | **Rate** | **ADJ. ANNUAL** Premium |
| Classification: | | Products/Compl Operations | |
| | | **Rate** | **ADJ. ANNUAL** Premium |

**THE FOLLOWING CLASS CODE INFORMATION IS**

| Code No. | Premium Basis | Premises/Operations | |
|---|---|---|---|
| Location | Exposure | **Rate** | **ADJ. ANNUAL** Premium |
| Classification: | | Products/Compl Operations | |
| | | **Rate** | **ADJ. ANNUAL** Premium |

FM 210.0.1 04 94

KILHOFFER PROPANE, INC.   LONE SYCAMORE,
FARM TO MARKET ROAD
CANUTE OK 73626-0000

ATTACHED ARE DOCUMENTS FOR THE FOLLOWING NAMED INSURED:

KILHOFFER PROPANE, INC.
LONE SYCAMORE, LLC
FARM TO MARKET ROAD
CANUTE OK 73626

01-12-15

| Policy Number | **Crum Forster** |
|---|---|
| **5068780254** | |

**CHANGE ENDORSEMENT**

**UNITED STATES FIRE INSURANCE COMPANY**

| Named Insured | KILHOFFER PROPANE, INC. | Effective Date: 06-02-15 |
|---|---|---|
| | | 12:01 A.M., Standard Time |
| Agent Name | MARKETERS GENERAL INS AGCY INC | Agent No. 84597 |

**COVERAGE PART INFORMATION — Coverage parts affected by this change as indicated by [x] below.**

- [ ] Commercial Property
- [ ] Commercial General Liability
- [ ] Commercial Crime
- [ ] Commercial Inland Marine
- [ ]
- [ ]
- [ ]

**CHANGE DESCRIPTION**

ENDO #03

IN CONSIDERATION OF NO CHANGE IN PREMIUM THE POLICY IS AMENDED AS FOLLOWS:

THE INSURED NAME HAS BEEN CHANGED

FROM: KILHOFFER PROPANE, INC.
LONE SYCAMORE, LLC

TO: KILHOFFER PROPANE, INC.
LONE SYCAMORE, LLC
LONE SYCAMORE LAND & EQUIPMENT LLC.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

**PREMIUM CHANGE**

| Additional NO CHARGE | Return NO CHARGE |
|---|---|

AUTHORIZED AGENT

FM 206.0.9 04 94

Policy Number
**5068780254**

**Crum Forster**

**CHANGE ENDORSEMENT**

**UNITED STATES FIRE INSURANCE COMPANY**

Named Insured    KILHOFFER PROPANE, INC.                    Effective Date:  09-08-15
                                                           12:01 A.M., Standard Time

Agent Name    MARKETERS GENERAL INS AGCY INC              Agent No.   84597

---

**COVERAGE PART INFORMATION — Coverage parts affected by this change as indicated by ☒ below.**

☐ Commercial Property

☒ Commercial General Liability                    WAIVED

☐ Commercial Crime

☐ Commercial Inland Marine

☐

☐

☐

---

**CHANGE DESCRIPTION**

IN CONSIDERATION OF AN ADDITIONAL PREMIUM WAIVED OF $1, THE POLICY IS
AMENDED AS FOLLOWS:

THE FOLLOWING CLASS CODE HAS BEEN ADDED FOR LOCATION 5, BUILDING
1,FOR THE STATE OF  OKLAHOMA:
   61212 -  BUILDING OR PREM.-BANK OR OFF.OTHER NFP

THE FOLLOWING CLASS CODE HAS BEEN DELETED FOR LOCATION  5, BUILDING
1, FOR THE STATE OF OKLAHOMA:
   68706 -  WAREHOUSES-PRIVATE-OTHER THAN NFP

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

---

**PREMIUM CHANGE**

Additional  WAIVED                                    Return

_____

                                          AUTHORIZED AGENT

FM 206.0.9 04 94

Policy Number
**5068780254**

**Crum Forster**

**SCHEDULE OF GENERAL LIABILITY CHANGES**

**UNITED STATES FIRE INSURANCE COMPANY**

Named Insured  KILHOFFER PROPANE, INC.

Effective Date: 09-08-15
12:01 A.M., Standard Time

Agent Name    MARKETERS GENERAL INS AGCY INC

Agent No.  84597

**CLASS CODE INFORMATION AFFECTED BY THIS CHANGE IS ADDED, DELETED OR CHANGED AS INDICATED.**

**THE FOLLOWING CLASS CODE INFORMATION IS ADDED :**

| Code No. 61212 | Premium Basis SQUARE FEET/NEAREST THOUSAND | Premises/Operations | |
|---|---|---|---|
| Location 005/001 | Exposure 3,200 | Rate 20.772 | ADJ. ANNUAL Premium 5.00 |
| Classification: BUILDINGS OR PREMISES - BANK OR OFFICE - MERCANTILE OR MANUFACTURING (LESSOR'S RISK ONLY) - OTHER THAN NOT-FOR-PROFIT (PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT) | | Products/Compl Operations | |
| | | Rate | ADJ. ANNUAL Premium INCL |

**THE FOLLOWING CLASS CODE INFORMATION IS ADDED :**

| Code No. 61212 | Premium Basis | Premises/Operations | |
|---|---|---|---|
| Location 005/001 | Exposure | Rate | ADJ. ANNUAL Premium 1.00 |
| Classification: FEDERAL TERRORISM COVERAGE | | Products/Compl Operations | |
| | | Rate | ADJ. ANNUAL Premium |

**THE FOLLOWING CLASS CODE INFORMATION IS DELETED :**

| Code No. 68706 | Premium Basis SQUARE FEET/NEAREST THOUSAND | Premises/Operations | |
|---|---|---|---|
| Location 005/001 | Exposure 3,200 | Rate 18.700 | ADJ. ANNUAL Premium -4.00 |
| Classification: WAREHOUSES - PRIVATE - OTHER THAN NOT-FOR-PROFIT (PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT) | | Products/Compl Operations | |
| | | Rate | ADJ. ANNUAL Premium INCL |

**THE FOLLOWING CLASS CODE INFORMATION IS**

| Code No. | Premium Basis | Premises/Operations | |
|---|---|---|---|
| Location | Exposure | Rate | ADJ. ANNUAL Premium |
| Classification: | | Products/Compl Operations | |
| | | Rate | ADJ. ANNUAL Premium |

FM 210.0.1 04 94