# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

Chad Eastman
    Plaintiff(s)

vs.                                          Case Number:  CIV-20-550-HE

United States Fire Insurance Company
    Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1.,which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

United States Fire Insurance Company
[name of party]

who is a (check one)   ☐ PLAINTIFF   ☑ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one)   ☐ YES   ☑ NO

2. **Does party have any parent corporations?**

   (Check one)   ☑ YES   ☐ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

   Plaintiff is wholly owned by Crum + Forster Holdings Corporation, which is wholly owned by Fairfax (U.S.) Corporation, which is substantially owned by FFHL Group, Ltd., which is wholly owned by Fairfax Holdings Limited, a publicly traded Canadian company.

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one)   ☐ YES   ☑ NO

    If YES, identify entity and nature of interest:

5. **Is party a trade association?**

    (Check one)   ☐ YES   ☑ NO

    If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this 17th day of June, 2020.

| | |
|---|---|
| s/ John C. Lennon | |
| Signature | |
| John C. Lennon | 30149 |
| Printed Name | Bar Number |
| Pierce Couch Hendrickson Baysinger & Green, L.L.P. | |
| Firm Name | |
| 1109 North Francis Avenue | |
| Address | |
| Oklahoma City, OK | 73106 |
| City | State   ZIP |
| (405) 235-1611 | (405) 235-2904 |
| Phone | Fax |
| jlennon@piercecouch.com | |
| Email Address | |

## CERTIFICATE OF SERVICE

I hereby certify that on   June 17, 2020   (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

   Mark Shores

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service      ☐ In Person Delivery

☐ Courier Service           ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

S/John C. Lennon
Signature